B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Del Biaggio, William James III** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA "Boots" Del Biaggio** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9960** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3000 San Hill Road, Building 1, Ste 240**<br>**Menlo Park, CA**<br>ZIP Code **94025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Mateo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Del Biaggio, William James III |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: **Sand Hill Capital Partners III** | Case Number: **08-30989** || Date Filed: **6/05/08** |
| District: **Northern District of California** | Relationship: **Sole member of related LLC** || Judge: **Dennis Montali** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Del Biaggio, William James III**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William James Del Biaggio, III**
Signature of Debtor **William James Del Biaggio, III**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 6, 2008**
Date

### Signature of Attorney*

**X** **/s/ Michael St. James**
Signature of Attorney for Debtor(s)

**Michael St. James 95653**
Printed Name of Attorney for Debtor(s)

**St. James Law, P.C.**
Firm Name

**155 Montgomery Street**
**Suite 1004**
**San Francisco, CA 94104**
Address

**Email: michael@stjames-law.com**
**415-391-7566 Fax: 415-391-7568**
Telephone Number

**June 6, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Official Form 1, Exhibit D (10/06)**

**United States Bankruptcy Court**
**Northern District of California**

In re   **William James Del Biaggio, III**                                    Case No. _____
                                   Debtor(s)                                  Chapter   **11**

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ William James Del Biaggio, III**
                          **William James Del Biaggio, III**
Date:   **June 6, 2008**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **William James Del Biaggio, III**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AEG Facilities<br>1100 South Flower Street<br>Suite 3200<br>Los Angeles, CA 90015 | AEG Facilities<br>1100 South Flower Street<br>Suite 3200<br>Los Angeles, CA 90015 | Business Debt | | 7,000,000.00 |
| Amex<br>P.O. Box 297871<br>Fort Lauderdale,, FL 33329 | Amex<br>P.O. Box 297871<br>Fort Lauderdale,, FL 33329 | Credit Card - Business Debt | | 85.00 |
| Amex<br>P.O. Box 297871<br>Fort Lauderdale,, FL 33329 | Amex<br>P.O. Box 297871<br>Fort Lauderdale,, FL 33329 | Credit Card - Business Debt | | Unknown |
| Arata, Andrew<br>1160 Industrial Road, No.12<br>San Carlos,, CA 94070 | Arata, Andrew<br>1160 Industrial Road, No.12<br>San Carlos,, CA 94070 | Business Debt | | Unknown |
| Arata, Daniel<br>1160 Industrial Road, No. 12<br>San Carlos,, CA 94070 | Arata, Daniel<br>1160 Industrial Road, No. 12<br>San Carlos,, CA 94070 | Business Debt | | Unknown |
| Brandenburg, Brenton Lee Irrevocable Trust dtd 12/31/97<br>1122 Willow Street, No. 200<br>San Jose,, CA 95125 | Brandenburg, Brenton Lee Irrevocable Trust dtd 12/31/97<br>1122 Willow Street, No. 200<br>San Jose,, CA 95125 | Business Debt | | 1,500,000.00 |
| Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City,, MO 64195 | Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City,, MO 64195 | Credit Card - Business Debt | | 22,721.00 |
| Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City,, MO 64195 | Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City,, MO 64195 | Credit Card - Business Debt | | 14,309.00 |
| Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City,, MO 64195 | Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City,, MO 64195 | Credit Card - Business Debt | | 7,415.00 |
| Craig Leipold<br>555 Main Street<br>Suite 500<br>Racine, WI 53403 | Craig Leipold<br>555 Main Street<br>Suite 500<br>Racine, WI 53403 | | | 10,000,000.00 |

In re **William James Del Biaggio, III**     Case No. _____
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DGB Investments<br>40 Foxhill Road<br>Redwood City, CA 94062 | DGB Investments<br>40 Foxhill Road<br>Redwood City, CA 94062 | | | 3,000,000.00 |
| Heritage Bank of Commerce<br>150 Almaden Blvd<br>San Jose,, CA 95113 | Heritage Bank of Commerce<br>150 Almaden Blvd<br>San Jose,, CA 95113 | Business Debt | | 5,000,000.00 |
| Martha E. San Filippo Foundation<br>Attn: Bill Snyder<br>650 North Winchester Blvd.<br>San Jose, CA 95128 | Martha E. San Filippo Foundation<br>Attn: Bill Snyder<br>650 North Winchester Blvd.<br>San Jose, CA 95128 | | | 3,000,000.00 |
| Modern Bank<br>667 Madison Avenue<br>New York, NY 10021 | Modern Bank<br>667 Madison Avenue<br>New York, NY 10021 | | | 10,000,000.00 |
| Paul D. Showerman<br>540 White Pelican Drive<br>Vero Beach, FL 32963 | Paul D. Showerman<br>540 White Pelican Drive<br>Vero Beach, FL 32963 | | | 3,450,000.00 |
| Security Pacific Bank<br>12121 Wilshire Blvd<br>Suite 1350<br>Los Angeles, CA 90025 | Security Pacific Bank<br>12121 Wilshire Blvd<br>Suite 1350<br>Los Angeles, CA 90025 | | | 5,000,000.00 |
| South Valley Natl Bank<br>517 S Main St<br>Salinas,, CA 93901 | South Valley Natl Bank<br>517 S Main St<br>Salinas,, CA 93901 | Business Debt | | 2,000,000.00 |
| The Private Bank<br>505 Hamilton Avenue, Suite 110<br>Palo Alto, CA 94301 | The Private Bank<br>505 Hamilton Avenue, Suite 110<br>Palo Alto, CA 94301 | | | 900,000.00 |
| United American Bank<br>101 S. Ellsworth Avenue<br>San Mateo, CA 94401 | United American Bank<br>101 S. Ellsworth Avenue<br>San Mateo, CA 94401 | | | 1,737,238.00 |
| Valley Community Bank<br>5000 Pleasanton Ave<br>Pleasanton,, CA 94566 | Valley Community Bank<br>5000 Pleasanton Ave<br>Pleasanton,, CA 94566 | | | 4,218,582.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, **William James Del Biaggio, III**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 6, 2008**        Signature   **/s/ William James Del Biaggio, III**
                                                                   **William James Del Biaggio, III**
                                                                  Debtor

    *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

2006 Cook Family Rev Trust
533 Flannery Street
Santa Clara, CA 95051


AEG Facilities
1100 South Flower Street
Suite 3200
Los Angeles, CA 90015


Amex
P.O. Box 297871
Fort Lauderdale,, FL 33329


Amex
P.O. Box 297871
Fort Lauderdale,, FL 33329


Arata, Andrew
1160 Industrial Road, No.12
San Carlos,, CA 94070


Arata, Daniel
1160 Industrial Road, No. 12
San Carlos,, CA 94070


Arata, Don
1160 Industrial Road, No. 12
San Carlos,, CA 94070


Arata, Nicholas
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Aymar, Michael A. and Lynn A.
114 Alerche Drive
Los Gatos,, CA 95032


Bachelor, Eric and Christine
Children Trust
120 Deer Ridge Place
Danville,, CA 94506


Baron, Caroline L  UTMA
1122 Willow Street
San Jose,, CA 95129


Baron, Pierce F UTMA
1122 Willow Street
San Jose,, CA 95129


Bell, Ward T. and Assoc, Inc.
Profit Sharing Plan
14425 North 7th Street, Suite 101
Phoenix,, AZ 85022


Brandenburg, Brandenburg Revocable Trust
Brandenburg Revocable Trust
1122 Willow Street
Suite 200
San Jose,, CA 95125


Brandenburg, Brenton Lee
Irrevocable Trust dtd 12/31/97
1122 Willow Street, No. 200
San Jose,, CA 95125


Brandenburg, Eric, Trustee
E. Brandenburg separately Property Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125

Brandenburg, Jackson Lee
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95120


Brandenburg, Karen D.
1122 Willow Street, Suite 200
San Jose,, CA 95125


Brandenburg, Taylor Ann
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95125


Bronstein, Irving
Christina Maria Taylor
1609 Whipple Road
Hayward,, CA 94544


Bronstein, Troy
1609 Whipple Road
Hayward,, CA 94544


Brothers Living Trust
57 Newport Drive
Napa,, CA 94559


Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20432
Kansas City,, MO 64195


Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20432
Kansas City,, MO 64195

Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20432
Kansas City,, MO 64195


Connor, David
3450 Quail Walk Court
Danville,, CA 94506


Cook, Gary T.
533 Flannery Street
Santa Clara,, CA 95051


Countrywide Home Loans
450 American St
Simi Valley,, CA 93065


Craig Leipold
555 Main Street
Suite 500
Racine, WI 53403


Croesus Investments, LLC
2984 Via Della Amore
Henderson,, NV 89052


D. Scott Cacchione
Merriman Curban Ford & Co.
600 California St., 9th Floor
San Francisco, CA 94108


DCFS USA LLC
36455 Corporate Dr
Farmington Hills,, MI 48331

DCFS USA LLC
36455 Corporate Dr
Farmington Hills,, MI 48331


DeCosta, Verna M  Trust
Luigi Pietrantoni TTEE
P.O. Box 3149
San Leandro,, CA 94578


DGB Investments
40 Foxhill Road
Redwood City, CA 94062


DiLeo, Joseph
1122 Willow Street, No. 200
San Jose,, CA 95125


Economic Concepts, Inc
Defined Benefit Pension Plan
9316 E Raintree Dr., Suite100
Scottsdale,, AZ 85260


Fat Cat Intl
2140 Americas Cup Circle
Las Vegas,, NV 89117


GMAC


Goyak, John K.
3680 Howard Hughes Parkway, Suite 360
Las Vegas,, NV 89109

Hengehold, David
762 San Antonio Road
Palo Alto,, CA 94303


Heritage Bank of Commerce
150 Almaden Blvd
San Jose,, CA 95113


K-Fab, Inc
3411 Leonard Court
Santa Clara,, CA 95054


Kedell, Michael W. and Barbara A.
Family Trust
22225 Cupertino Road
Cupertino,, CA 95014


Kroerle, Diana Lee
Irrevocable Trust dtd 12/28/08
1122 Willow Street, No. 200
San Jose,, CA 95125


Laupheimer, F. Ronald
TTEE 401K PSP
45 Ashbury Terrace
San Francisco,, CA 94117


Lee Family Trust
125 Elanor Drive
Woodside,, CA 94062


Marisingen, Rene and Ramona
4378 Mallard Creek Circle
Stockton,, CA 95209

Maron Enterprises NV LTD
123 West Nye Lane, Suite 499
Carson City,, NV 89706


Martha E. San Filippo Foundation
Attn: Bill Snyder
650 North Winchester Blvd.
San Jose, CA 95128


Mayo Family Revocable Trust
18801 Montewood Drive
Saratoga,, CA 95070


Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262


Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262


Modern Bank
667 Madison Avenue
New York, NY 10021


Nicholas, Michael A.
P.O. Box 250
Diablo,, CA 94528


Orlandi, Lauren Bella Gift Trust
P.O. Box 668
Santa Clara,, CA 95052

Orlandi, Lindsey Bianca Gift Trust
P.O. Box 668
Santa Clara,, CA 95052


Orlandi, Lisa
Living Trust
1070 San Tomas Aquino
Campbell,, CA 95008


Orlandi, Lisa B Living Trust
P.O. Box 668
Santa Clara,, CA 95052


Orlandi, Richard Alexander Gift Trust
P.O. Box 668
Santa Clara,, CA 95052


Orlandi, Richard V.
ROMO, LP
3131 Riddle Road
San Jose,, CA 95117


Pacheco, Diana
1160 Industrial Road, No. 12
San Carlos,, CA 94070


Paul D. Showerman
540 White Pelican Drive
Vero Beach, FL 32963


Peregrine Asset Group, Inc.
9835 Carlton Court
zip does not match any city in CA
CA 95756

Perkins, Barbara
2355 Cherry Hills Drive
This zip code is for Byron not Discovery
Byron,, CA 94514


Peters, R.W. and C. H. 1992 Trust
1282 St. Mark Court
Los Altos,, CA 94024


Petersen, Chuck


Roberts, Richard
Medalist & Company
2880 Lakeside Drive
Santa Clara,, CA 95054


Saba, George and Dianne
69 Catalpa Drive
Atherton,, CA 94027


San Juan, Patricia P.
Liv Trust
17850 Bruce Avenue
Los Gatos,, CA 95030


Santa Fe Trust Inc.
Custodian for Paul Davis IRA
P.O. Box 22790
Santa Fe,, NM 87502


Security Pacific Bank
12121 Wilshire Blvd
Suite 1350
Los Angeles, CA 90025

Silvani, Peter
9317 Thornton
Stockton,, CA 95209


South Valley Natl Bank
517 S Main St
Salinas,, CA 93901


Spanholtz, Richard D.
365 Franklin Street
San Mateo,, CA 94402


Staedler, Rudy and Beverly Ann
1992 Revocable Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125


State of California FTB
Bankruptcy Department
P.O. Box 2952
Sacramento,, CA 95812-2952


Stolar, Jeanne & Frederick
3100 Oakbridge Drive
San Jose,, CA 95121-1749


Suttle, Susan A.
Living Trust
1382 Redmond Avenue
San Jose,, CA 95120


The 1999 Del Biaggio Family Trust
3000 Sand Hill Road
No. 1-240
Menlo Park, CA 94025

The Baron Family Rev Trust
1122 Willow Street
San Jose,, CA 95129


The Misser Irrevocable
Insurance Trust dtd 2/27/87
1680 Fordham Way
Mountain View,, CA 94040


The Private Bank
505 Hamilton Avenue, Suite 110
Palo Alto, CA 94301


The Santucci Family Trust
77 Bay Tree Lane
Los Altos,, CA 94022


The Spencer 2006 Revocable Tr
73 Toyon Road
Atherton,, CA 94027


Thornhill, Mary
Trustee, Wirth 1984 Revocable Trust
129 Spyglass Lane
Half Moon Bay,, CA 94019


U.S. Department of Treasury
IRS Insolvency Unit
P.O. Box 21126
Philadelphia,, PA 19114-0326


United American Bank
101 S. Ellsworth Avenue
San Mateo, CA 94401

United American Bank
101 S. Ellsworth Avenue
San Mateo, CA 94401


V. Panagotacos
1620 Wakefield Terrace
Los Altos,, CA 94024


Valley Community Bank
5000 Pleasanton Ave
Pleasanton,, CA 94566


Washington Mutual Bank
P. O. Box 78148
Phoenix, AZ 85062-8148


Washington Mutual Bank
P. O. Box 78148
Phoenix, AZ 85062-8148


Washington Mutual Bank
P. O. Box 78148
Phoenix, AZ 85062-8148


Wills, Donna
Rev Trust
1968 Wesley Drive
Folsom,, CA 95630


Wills, Richard & Donna Trust
FBO Ronald Earl Wills
1968 Wesley Drive
Folsom,, CA 95630

```
Zraick, Jr., Ronald
1122 Willow Street, Suite 200
San Jose,, CA 95125
```