1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   RICHARD A. ROGAN (Bar No. 67310) rar@jmbm.com
2  NICOLAS DE LANCIE (Bar No. 084934) nde@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Secured Creditor HERITAGE BANK OF
   COMMERCE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| In re | CASE NO.  08-30991-TC |
| WILLIAM JAMES DEL BIAGGIO III, aka "BOOTS" DEL BIAGGIO | Chapter 11 |
| Debtor. | |

**REQUEST FOR SPECIAL NOTICE
AND REQUEST TO BE ADDED TO MASTER
MAILING LIST BY HERITAGE BANK OF COMMERCE**

The undersigned, attorneys for Heritage Bank of Commerce ("Heritage Bank"), hereby request notice of all hearings, or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other party-in-interest in this case, and request that all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

PRINTED ON
RECYCLED PAPER

| | |
|---|---|
| 1 | Heritage Bank of Commerce |
| 2 | c/o Richard A. Rogan, Esq.<br>Nicolas De Lancie, Esq. |
| 3 | Jeffer, Mangels, Butler, & Marmaro LLP<br>Two Embarcadero Center, 5th Floor |
| 4 | San Francisco, CA 94111-3824 |

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to the Heritage Bank's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Heritage Bank's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Heritage Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Heritage Bank hereby expressly reserves.

DATED: June 6, 2008                     JEFFER, MANGELS, BUTLER & MARMARO LLP
                                        RICHARD A. ROGAN
                                        NICOLAS DE LANCIE


                                        By: /s/ Nicolas De Lancie
                                            NICOLAS DE LANCIE
                                        Attorneys for Secured Creditor HERITAGE BANK OF
                                        COMMERCE

739017v1

- 2 -    REQUEST FOR NOTICE CASE NO. 08-30991