Tobias S. Keller SBN (151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
tkeller@jonesday.com

- and -

Pedro A. Jimenez, (*pro hac vice application pending*)
Nathan P.J. Lebioda (*pro hac vice application pending*)
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
pjimenez@jonesday.com
nleoboida@jonesday.com

Attorneys for CIT Group Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

---

| | |
|---|---|
| In re: | Case No. 08-30991 TEC |
| **WILLIAM JAMES DEL BIAGGIO, III,** | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS** |

---

PLEASE TAKE NOTICE that Jones Day hereby appears in the above-captioned case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") for CIT Group Inc. ("CIT"), a creditor herein, pursuant to section 1109(b) of Bankruptcy Code and Rule 9010(b)

- 1 -

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings, disclosure statements, and plans filed or otherwise provided in this chapter 11 case be served upon the persons listed below at the following addresses and numbers:

Tobias S. Keller
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-Mail: tkeller@jonesday.com

Pedro A. Jimenez
Jones Day
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
E-Mail: pjimenez@jonesday.com

Nathan P.J. Lebioda
Jones Day
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
E-Mail: nlebioda@jonesday.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings herein.

This notice and request shall not be deemed a consent to jurisdiction or venue of any type by CIT, nor waive (1) CIT's right to have final orders in noncore matters in this case entered only after de novo review by a District Judge, (2) CIT's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) CIT's right to

- 2 -

have a District Court withdraw the reference in any matter in this case subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which CIT is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 9, 2008

*/s/ Tobias S. Keller*
Tobias S. Keller (151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

- and -

Pedro A. Jimenez
Nathan P.J. Lebioda
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939

Attorneys for CIT Group Inc.