PAHL & McCAY
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Catherine Schlomann Robertson, Esq.** (State Bar No. 136213)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Creditor
United American Bank

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO III, aka "BOOTS" DEL BIAGGIO,<br><br>Debtor. | Case No. 08-30991<br><br>*[Chapter 11]*<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>Action Filed: June 6, 2008<br>Hon. Thomas E. Carlson |

**TO THE ABOVE-CAPTIONED DEBTOR AND TO ITS ATTORNEY OF RECORD HEREIN:**

United American Bank, creditor in the above-captioned case, hereby requests, pursuant to Bankruptcy Rule 2002(g) and (i), that copies of all notices in said case, whether mailed or otherwise, be mailed to the following address:

Catherine Schlomann Robertson
PAHL & McCAY
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Email: crobertson@pahl-mccay.com

DATED: June 10, 2008

PAHL & McCAY
A Professional Corporation

By: _____
Catherine Schlomann Robertson
Attorneys for Creditor
United American Bank

---
1
---