William C. Lewis, Esq., CA Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Kristen Del Biaggio

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No.: 08-30991
                                          )
WILLIAM "BOOTS" DEL BIAGGIO,              ) Chapter 11
                                          )
                    Debtor.               ) REQUEST FOR SPECIAL NOTICE
                                          )

LAW OFFICES OF WILLIAM C. LEWIS, counsel for Kristen Del Biaggio, hereby request, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that notice be given of all matters requiring notice, whether such notice is sent by the Debtor, a creditor, Trustee, or other party designated by the Court, or by the Court, with such notice directed as follows:

>       William C. Lewis, Esq.
>       Law Offices of William C. Lewis
>       510 Waverley Street
>       Palo Alto, CA 94301

Dated: June 10, 2008                LAW OFFICES OF WILLIAM C. LEWIS

                                    By:   /s/William C. Lewis
                                          William C. Lewis
                                    Attorneys for Kristen Del Biaggio

REQUEST FOR SPECIAL NOTICE          -1-