# UNITED STATES BANKRUPTCY COURT
Northern District of California (San Francisco)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 6/6/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William James Del Biaggio III
aka "Boots" Del Biaggio
3000 San Hill Road, Building 1, Ste 240
Menlo Park, CA 94025

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 08−30991 | xxx−xx−9960 |

Attorney for Debtor(s) (name and address):
Michael St. James
St. James Law
155 Montgomery St. #1004
San Francisco, CA 94104
Telephone number: (415) 391−7566

### Meeting of Creditors

Date: **July 8, 2008**      Time: **11:00 AM**
Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **10/6/08**      For a governmental unit: **Must file before 180 days after the date relief was entered.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 9/8/08**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 235 Pine Street, 19th floor<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415−268−2300 | Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 6/10/08 |

# EXPLANATIONS

FORM B9E (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

**B10 (Official Form 10) (12/07)**

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: William James Del Biaggio III | Case Number: 08-30991 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): <br><br> Name and address where notices should be sent: <br><br><br><br><br> Telephone number: | ☐ Check this box to indicate that this claim amends a previously filed claim. <br><br> **Court Claim Number:**_____ <br> (*If known*) <br><br><br><br> Filed on:_____ |
| Name and address where payment should be sent (if different from above): <br><br><br><br> Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:**        $_____ <br><br> If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. <br><br> If all or part of your claim is entitled to priority, complete item 5. <br><br> ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** <br><br> Specify the priority of the claim. <br><br> ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____ <br>     (See instruction #2 on reverse side.) <br> **3. Last four digits of any number by which creditor identifies debtor:** _____ <br>     **3a. Debtor may have scheduled account as:** _____ <br>         (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.) <br>     Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. <br><br>     **Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other <br>     **Describe:** <br>     **Value of Property: $**_____ **Annual Interest Rate**\_\_\_% <br>     **Amount of arrearage and other charges as of time case filed included in secured claim,** <br>     **if any: $**_____ **Basis for perfection:** _____ <br>     **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). <br><br> ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7). <br><br> ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8). <br><br> ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. <br><br> **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*) <br><br> DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. <br><br> If the documents are not available, please explain: | **Amount entitled to priority:** <br><br> $_____ <br><br> *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/07) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____　　　　　　　　　_____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0971-3          User: cglosenge            Page 1 of 3              Date Rcvd: Jun 10, 2008
Case: 08-30991                Form ID: B9E               Total Served: 100
```

```
The following entities were served by first class mail on Jun 12, 2008.
db             +William James Del Biaggio, III,   3000 San Hill Road, Building 1, Ste 240,
                Menlo Park, CA 94025-7113
aty             Andrew K. Alper,    Frandzel, Robins, Bloom and Csato,    6500 Wilshire Blvd. 17th Fl.,
                Los Angeles, CA 90048-4920
aty            +Mark V. Isola,   Law Offices of Rehon and Roberts,    10 Almaden Blvd. #550,
                San Jose, CA 95113-2262
aty            +Michael St. James,   St. James Law,   155 Montgomery St. #1004,    San Francisco, CA 94104-4115
aty            +Nicolas De Lancie,    Jeffer, Mangels, Butler and Marmaro,    2 Embarcardero Center 5th Fl.,
                San Francisco, CA 94111-3813
aty            +Richard A. Rogan,    Jeffer, Mangels, Butler and Marmaro,    2 Embarcadero Center 5th Fl.,
                San Francisco, CA 94111-3813
aty            +Tobias S. Keller,    Jones Day,   555 California St. 26th Fl.,    San Francisco, CA 94104-1602
smg             CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
smg             Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
                Sacrament, CA 94230
ust            +Office of the U.S. Trustee / SF,   Office of the U.S. Trustee,    235 Pine St,   Suite 700,
                San Francisco, CA 94104-2736
cr             +Heritage Bank of Commerce,    150 Almaden Blvd,   Attn: Richard Hagarty,
                San Jose, CA 95113-2010
cr             +The Private Bank of the Peninsula,    c/o Rehon and Roberts,    10 Almaden Blvd. #550,
                San Jose, CA 95113-2262
9320341        +2006 Cook Family Rev Trust,    533 Flannery Street,    Santa Clara, CA 95051-6112
9320342        +AEG Facilities,    1100 South Flower Street,    Suite 3200,   Los Angeles, CA 90015-2125
9320345        +Arata, Andrew,   1160 Industrial Road, No.12,    San Carlos,, CA 94070-4128
9320346        +Arata, Daniel,    1160 Industrial Road, No. 12,    San Carlos,, CA 94070-4128
9320347        +Arata, Don,   1160 Industrial Road, No. 12,    San Carlos,, CA 94070-4128
9320348        +Arata, Nicholas,    1160 Industrial Road, No. 12,    San Carlos,, CA 94070-4128
9320349        +Aymar, Michael A. and Lynn A.,    114 Alerche Drive,    Los Gatos,, CA 95032-5153
9320350        +Bachelor, Eric and Christine,    Children Trust,    120 Deer Ridge Place,
                Danville,, CA 94506-6065
9320351        +Baron, Caroline L UTMA,    1122 Willow Street,    San Jose,, CA 95125-3103
9320352        +Baron, Pierce F UTMA,    1122 Willow Street,    San Jose,, CA 95125-3103
9320353        +Bell, Ward T. and Assoc, Inc.,    Profit Sharing Plan,    14425 North 7th Street, Suite 101,
                Phoenix,, AZ 85022-4389
9320354        +Brandenburg, Brandenburg Revocable Trust,    Brandenburg Revocable Trust,    1122 Willow Street,
                Suite 200,   San Jose,, CA 95125-3103
9320355        +Brandenburg, Brenton Lee,    Irrevocable Trust dtd 12/31/97,    1122 Willow Street, No. 200,
                San Jose,, CA 95125-3103
9320356        +Brandenburg, Eric, Trustee,    E. Brandenburg separately Property Trust,
                1122 Willow Street, Suite 200,    San Jose,, CA 95125-3103
9320357        +Brandenburg, Jackson Lee,    2002 Trust dtd 12/24/02,    1122 Willow Street, No. 200,
                San Jose,, CA 95125-3103
9320358        +Brandenburg, Karen D.,    1122 Willow Street, Suite 200,    San Jose,, CA 95125-3103
9320359        +Brandenburg, Taylor Ann,    2002 Trust dtd 12/24/02,    1122 Willow Street, No. 200,
                San Jose,, CA 95125-3103
9320360        +Bronstein, Irving,    Christina Maria Taylor,    1609 Whipple Road,    Hayward,, CA 94544-7928
9320361        +Bronstein, Troy,    1609 Whipple Road,    Hayward,, CA 94544-7928
9320362        +Brothers Living Trust,    57 Newport Drive,    Napa,, CA 94559-4822
9320363        +Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 20432,
                Kansas City,, MO 64195-0432
9320366        +Connor, David,    3450 Quail Walk Court,    Danville,, CA 94506-5837
9320367        +Cook, Gary T.,    533 Flannery Street,    Santa Clara,, CA 95051-6112
9320368        +Countrywide Home Loans,    450 American St,    Simi Valley,, CA 93065-6285
9320369        +Craig Leipold,    555 Main Street,    Suite 500,    Racine, WI 53403-4616
9320370        +Croesus Investments, LLC,    2984 Via Della Amore,    Henderson,, NV 89052-4029
9320371        +D. Scott Cacchione,    Merriman Curban Ford & Co.,    600 California St., 9th Floor,
                San Francisco, CA 94108-2706
9320372        +DCFS USA LLC,    36455 Corporate Dr,    Farmington Hills,, MI 48331-3552
9320375        +DGB Investments,    40 Foxhill Road,    Redwood City, CA 94062-4825
9320374        +DeCosta, Verna M Trust,    Luigi Pietrantoni TTEE,    P.O. Box 3149,    San Leandro,, CA 94578-0149
9320376        +DiLeo, Joseph,    1122 Willow Street, No. 200,    San Jose,, CA 95125-3103
9320377        +Economic Concepts, Inc,    Defined Benefit Pension Plan,    9316 E Raintree Dr., Suite100,
                Scottsdale,, AZ 85260-3006
9320378        +Fat Cat Intl,    2140 Americas Cup Circle,    Las Vegas,, NV 89117-1924
9320380         Goyak, John K.,    3680 Howard Hughes Parkway, Suite 360,    Las Vegas,, NV 89109
9320381        +Hengehold, David,    762 San Antonio Road,    Palo Alto,, CA 94303-4613
9320382        +Heritage Bank of Commerce,    150 Almaden Blvd,    San Jose,, CA 95113-2010
9320383        +K-Fab, Inc,    3411 Leonard Court,    Santa Clara,, CA 95054-2053
9320384        +Kedell, Michael W. and Barbara A.,    Family Trust,    22225 Cupertino Road,
                Cupertino,, CA 95014-1068
9320385        +Kroerle, Diana Lee,    Irrevocable Trust dtd 12/28/08,    1122 Willow Street, No. 200,
                San Jose,, CA 95125-3103
9320386        +Laupheimer, F. Ronald,    TTEE 401K PSP,    45 Ashbury Terrace,    San Francisco,, CA 94117-4501
9320387        +Lee Family Trust,    125 Elanor Drive,    Woodside,, CA 94062-1113
9320388        +Marisingen, Rene and Ramona,    4378 Mallard Creek Circle,    Stockton,, CA 95207-5205
9320389        +Maron Enterprises NV LTD,    123 West Nye Lane, Suite 499,    Carson City,, NV 89706-0899
9320390        +Martha E. San Filippo Foundation,    Attn: Bill Snyder,    650 North Winchester Blvd.,
                San Jose, CA 95128-1511
9320391        +Mayo Family Revocable Trust,    18801 Montewood Drive,    Saratoga,, CA 95070-6221
9320394        +Modern Bank,    667 Madison Avenue,    New York, NY 10065-8029
9320395        +Nicholas, Michael A.,    P.O. Box 250,    Diablo,, CA 94528-0250
9320396        +Orlandi, Lauren Bella Gift Trust,    P.O. Box 668,    Santa Clara,, CA 95052-0668
```

```
9320397      +Orlandi, Lindsey Bianca Gift Trust,   P.O. Box 668,   Santa Clara,, CA 95052-0668
9320398      +Orlandi, Lisa,   Living Trust,   1070 San Tomas Aquino,   Campbell,, CA 95008-5936
9320399      +Orlandi, Lisa B Living Trust,   P.O. Box 668,   Santa Clara,, CA 95052-0668
9320400      +Orlandi, Richard Alexander Gift Trust,   P.O. Box 668,   Santa Clara,, CA 95052-0668
9320401      +Orlandi, Richard V.,   ROMO, LP,   3131 Riddle Road,   San Jose,, CA 95117-2246
9320402      +Pacheco, Diana,   1160 Industrial Road, No. 12,   San Carlos,, CA 94070-4128
9320403      +Paul D. Showerman,   540 White Pelican Drive,   Vero Beach, FL 32963-9561
9320405      +Perkins, Barbara,   2355 Cherry Hills Drive,   This zip code is for Byron not Discovery,
               Byron,, CA 94505-1419
9320406      +Peters, R.W. and C. H. 1992 Trust,   1282 St. Mark Court,   Los Altos,, CA 94024-7041
9320408      +Roberts, Richard,   Medalist & Company,   2880 Lakeside Drive,   Santa Clara,, CA 95054-2813
9320409      +Saba, George and Dianne,   69 Catalpa Drive,   Atherton,, CA 94027-2167
9320410      +San Juan, Patricia P.,   Liv Trust,   17850 Bruce Avenue,   Los Gatos,, CA 95030-3208
9320411      +Santa Fe Trust Inc.,   Custodian for Paul Davis IRA,   P.O. Box 22790,   Santa Fe,, NM 87502-2790
9320412      +Security Pacific Bank,   12121 Wilshire Blvd,   Suite 1350,   Los Angeles, CA 90025-1199
9320413      +Silvani, Peter,   9317 Thornton,   Stockton,, CA 95209-1856
9320414      +South Valley Natl Bank,   517 S Main St,   Salinas,, CA 93901-3307
9320415      +Spanholtz, Richard D.,   365 Franklin Street,   San Mateo, CA 94402-2270
9320416      +Staedler, Rudy and Beverly Ann,   1992 Revocable Trust,   1122 Willow Street, Suite 200,
               San Jose,, CA 95125-3103
9320417       State of California FTB,   Bankruptcy Department,   P.O. Box 2952,   Sacramento,, CA 95812-2952
9320418      +Stolar, Jeanne & Frederick,   3100 Oakbridge Drive,   San Jose,, CA 95121-1718
9320419      +Suttle, Susan A.,   Living Trust,   1382 Redmond Avenue,   San Jose,, CA 95120-4423
9320420      +The 1999 Del Biaggio Family Trust,   3000 Sand Hill Road,   No. 1-240,
               Menlo Park, CA 94025-7113
9320421      +The Baron Family Rev Trust,   1122 Willow Street,   San Jose,, CA 95125-3103
9320422      +The Misser Irrevocable,   Insurance Trust dtd 2/27/87,   1680 Fordham Way,
               Mountain View,, CA 94040-3656
9320423      +The Private Bank,   505 Hamilton Avenue, Suite 110,   Palo Alto, CA 94301-2014
9320424      +The Santucci Family Trust,   77 Bay Tree Lane,   Los Altos,, CA 94022-4624
9320425      +The Spencer 2006 Revocable Tr,   73 Toyon Road,   Atherton,, CA 94027-2219
9320426      +Thornhill, Mary,   Trustee, Wirth 1984 Revocable Trust,   129 Spyglass Lane,
               Half Moon Bay,, CA 94019-8002
9320428      +United American Bank,   101 S. Ellsworth Avenue,   San Mateo, CA 94401-3956
9320430      +V. Panagotacos,   1620 Wakefield Terrace,   Los Altos,, CA 94024-5865
9320431      +Valley Community Bank,   5000 Pleasanton Ave,   Pleasanton,, CA 94566-7052
9320432       Washington Mutual Bank,   P. O. Box 78148,   Phoenix, AZ 85062-8148
9320435      +Wills, Donna,   Rev Trust,   1968 Wesley Drive,   Folsom,, CA 95630-6113
9320436      +Wills, Richard & Donna Trust,   FBO Ronald Earl Wills,   1968 Wesley Drive,
               Folsom,, CA 95630-6113
9320437      +Zraick, Jr., Ronald,   1122 Willow Street, Suite 200,   San Jose,, CA 95125-3103

The following entities were served by electronic transmission on Jun 11, 2008.
smg           EDI: CALTAX.COM Jun 11 2008 06:18:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
smg           EDI: IRS.COM Jun 11 2008 06:18:00      IRS,   P.O. Box 21126,   Philadelphia, PA  19114
9320343      +EDI: AMEREXPR.COM Jun 11 2008 06:18:00      Amex,   P.O. Box 297871,
               Fort Lauderdale,, FL 33329-7871
9320392      +EDI: DAIMLER.COM Jun 11 2008 06:18:00      Mercedes Benz Financial,   P.O. Box 685,
               Roanoke, TX 76262-0685
9320427       EDI: IRS.COM Jun 11 2008 06:18:00      U.S. Department of Treasury,   IRS Insolvency Unit,
               P.O. Box 21126,   Philadelphia,, PA 19114-0326
                                                                                       TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CIT Group Inc.
cr            Pacific Capital Bank, N.A. dba South Valley Nation
9320379       GMAC
9320404       Peregrine Asset Group, Inc.,   9835 Carlton Court,   zip does not match any city in CA,
               CA 95756
9320407       Petersen, Chuck
9320344*     +Amex,   P.O. Box 297871,   Fort Lauderdale,, FL 33329-7871
9320364*     +Citicorp Credit Services,   Centralized Bankruptcy,   P.O. Box 20432,
               Kansas City,, MO 64195-0432
9320365*     +Citicorp Credit Services,   Centralized Bankruptcy,   P.O. Box 20432,
               Kansas City,, MO 64195-0432
9320373*     +DCFS USA LLC,   36455 Corporate Dr,   Farmington Hills,, MI 48331-3552
9320393*     +Mercedes Benz Financial,   P.O. Box 685,   Roanoke, TX 76262-0685
9320429*     +United American Bank,   101 S. Ellsworth Avenue,   San Mateo, CA 94401-3956
9320433*      Washington Mutual Bank,   P. O. Box 78148,   Phoenix, AZ 85062-8148
9320434*      Washington Mutual Bank,   P. O. Box 78148,   Phoenix, AZ 85062-8148
                                                                                   TOTALS: 5, * 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2008**              **Signature:**   *Joseph Speetjens*