**Entered on Docket**
**June 10, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: June 09, 2008**

THOMAS E. CARLSON
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br>aka "BOOTS" DEL BIAGGIO,<br><br>Debtor. | Case No. 08-30991 TEC<br><br>Chapter 11<br><br>Date: August 1, 2008<br>Time: 9:30 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>235 Pine Street, 23rd Fl.<br>San Francisco, CA |

**CHAPTER 11 STATUS CONFERENCE ORDER**

A status conference is set in this case at the above date and time.

At the status conference, Debtor's principal bankruptcy counsel is to appear and advise the court concerning the following:

1. The business, financial, and other problems that prompted Debtor's bankruptcy filing.

2. How Debtor intends to use the provisions of the Bankruptcy Code to resolve the problems that precipitated the bankruptcy filing.

3. A proposed schedule for filing a plan and disclosure statement.



Case: 08-30991 Doc# 36 Filed: 06/12/08 Entered: 06/12/08 22:33:09 Page 1 of 6

4. Motions for relief from stay, whether pending or resolved.

5. The filing of monthly operating reports, establishment of debtor-in-possession bank accounts, payment of postpetition taxes and United States Trustee fees, and proof of adequate insurance.

6. Any other matters that might materially affect the administration of this bankruptcy case.

At least seven calendar days before the status conference, Debtor's counsel shall file, provide a Chambers Copy of, and serve a status conference statement. Service shall be upon the United States Trustee and the creditors' committee, or, if no such committee has been appointed, to the creditors that hold the twenty largest general unsecured claims, excluding insiders. If the creditors' committee is represented by counsel, service upon committee counsel shall constitute service upon the committee.

****END OF ORDER****


Case: 08-30991 Doc# 36 Filed: 06/12/08 Entered: 06/12/08 22:33:09 Page 2 of 6

## **Court Service List**

Michael St. James, Esq.
St. James Law
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Heritage Bank of Commerce
c/o Richard A. Rogan, Esq.
Nicolas De Lancie, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824

Peter M. Rehon, Esq.
Mark V. Isola, Esq.
Rehon & Roberts
Ten Almaden Boulevard, Suite 550
San Jose, CA 95113-2238

Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

**PLEASE SERVE ALL CREDITORS**

BAE SYSTEMS

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0971-3    User: cglosenge    Page 1 of 3    Date Rcvd: Jun 10, 2008
Case: 08-30991    Form ID: pdfeoc    Total Served: 94

The following entities were served by first class mail on Jun 12, 2008.

```
db           +William James Del Biaggio, III,   3000 San Hill Road, Building 1, Ste 240,
               Menlo Park, CA 94025-7113
             +Heritage Bank of Commerce,   c/o Richard A. Rogan, Esq.,   Nicolas De Lancie, Esq.,
               Jeffer, Mangels, Butler & Marmaro LLP,   Two Embarcadero Center, Fifth Floor,
               San Francisco, CA 94111-3823
cr           +Heritage Bank of Commerce,   150 Almaden Blvd,   Attn:  Richard Hagarty,
               San Jose, CA 95113-2010
             +Michael St. James, Esq.,   St. James Law,   155 Montgomery Street, Suite 1004,
               San Francisco, CA 94104-4115
             +Peter M. Rehon, Esq.,   Mark V. Isola, Esq.,   Rehon & Roberts,
               Ten Almaden Boulevard, Suite 550,   San Jose, CA 95113-2262
cr           +Security Pacific Bank,   Security Pacific Bank,   12121 Wilshire Blvd.,   Suite 1350,
               Los Angeles, CA 90025-1199
cr           +The Private Bank of the Peninsula,   c/o Rehon and Roberts,   10 Almaden Blvd. #550,
               San Jose, CA 95113-2262
cr           +United American Bank,   Attention Catherine Robertson,   225 W. Santa Clara St.,   Suite 1500,
               San Jose, CA 95113-1752,   U.S.
9320341      +2006 Cook Family Rev Trust,   533 Flannery Street,   Santa Clara, CA 95051-6112
9320342      +AEG Facilities,   1100 South Flower Street,   Suite 3200,   Los Angeles, CA 90015-2125
9320343      +Amex,   P.O. Box 297871,   Fort Lauderdale,, FL 33329-7871
9320345      +Arata, Andrew,   1160 Industrial Road, No.12,   San Carlos,, CA 94070-4128
9320346      +Arata, Daniel,   1160 Industrial Road, No. 12,   San Carlos,, CA 94070-4128
9320347      +Arata, Don,   1160 Industrial Road, No. 12,   San Carlos,, CA 94070-4128
9320348      +Arata, Nicholas,   1160 Industrial Road, No. 12,   San Carlos,, CA 94070-4128
9320349      +Aymar, Michael A. and Lynn A.,   114 Alerche Drive,   Los Gatos,, CA 95032-5153
9320350      +Bachelor, Eric and Christine,   Children Trust,   120 Deer Ridge Place,
               Danville,, CA 94506-6065
9320351      +Baron, Caroline L  UTMA,   1122 Willow Street,   San Jose,, CA 95125-3103
9320352      +Baron, Pierce F UTMA,   1122 Willow Street,   San Jose,, CA 95125-3103
9320353      +Bell, Ward T. and Assoc, Inc.,   Profit Sharing Plan,   14425 North 7th Street, Suite 101,
               Phoenix,, AZ 85022-4389
9320354      +Brandenburg, Brandenburg Revocable Trust,   Brandenburg Revocable Trust,   1122 Willow Street,
               Suite 200,   San Jose,, CA 95125-3103
9320355      +Brandenburg, Brenton Lee,   Irrevocable Trust dtd 12/31/97,   1122 Willow Street, No. 200,
               San Jose,, CA 95125-3103
9320356      +Brandenburg, Eric, Trustee,   E. Brandenburg separately Property Trust,
               1122 Willow Street, Suite 200,   San Jose,, CA 95125-3103
9320357      +Brandenburg, Jackson Lee,   2002 Trust dtd 12/24/02,   1122 Willow Street, No. 200,
               San Jose,, CA 95125-3103
9320358      +Brandenburg, Karen D.,   1122 Willow Street, Suite 200,   San Jose,, CA 95125-3103
9320359      +Brandenburg, Taylor Ann,   2002 Trust dtd 12/24/02,   1122 Willow Street, No. 200,
               San Jose,, CA 95125-3103
9320360      +Bronstein, Irving,   Christina Maria Taylor,   1609 Whipple Road,   Hayward,, CA 94544-7928
9320361      +Bronstein, Troy,   1609 Whipple Road,   Hayward,, CA 94544-7928
9320362      +Brothers Living Trust,   57 Newport Drive,   Napa,, CA 94559-4822
9320363      +Citicorp Credit Services,   Centralized Bankruptcy,   P.O. Box 20432,
               Kansas City,, MO 64195-0432
9320366      +Connor, David,   3450 Quail Walk Court,   Danville,, CA 94506-5837
9320367      +Cook, Gary T.,   533 Flannery Street,   Santa Clara,, CA 95051-6112
9320368      +Countrywide Home Loans,   450 American St,   Simi Valley,, CA 93065-6285
9320369      +Craig Leipold,   555 Main Street,   Suite 500,   Racine, WI 53403-4616
9320370      +Croesus Investments, LLC,   2984 Via Della Amore,   Henderson,, NV 89052-4029
9320371      +D. Scott Cacchione,   Merriman Curban Ford & Co.,   600 California St., 9th Floor,
               San Francisco, CA 94108-2706
9320372      +DCFS USA LLC,   36455 Corporate Dr,   Farmington Hills,, MI 48331-3552
9320375      +DGB Investments,   40 Foxhill Road,   Redwood City, CA 94062-4825
9320374      +DeCosta, Verna M  Trust,   Luigi Pietrantoni TTEE,   P.O. Box 3149,   San Leandro,, CA 94578-0149
9320376      +DiLeo, Joseph,   1122 Willow Street, No. 200,   San Jose,, CA 95125-3103
9320377      +Economic Concepts, Inc,   Defined Benefit Pension Plan,   9316 E Raintree Dr., Suite100,
               Scottsdale,, AZ 85260-3006
9320378      +Fat Cat Intl,   2140 Americas Cup Circle,   Las Vegas,, NV 89117-1924
9320380       Goyak, John K.,   3680 Howard Hughes Parkway, Suite 360,   Las Vegas,, NV 89109
9320381      +Hengehold, David,   762 San Antonio Road,   Palo Alto,, CA 94303-4613
9320382      +Heritage Bank of Commerce,   150 Almaden Blvd,   San Jose,, CA 95113-2010
9320383      +K-Fab, Inc,   3411 Leonard Court,   Santa Clara,, CA 95054-2053
9320384      +Kedell, Michael W. and Barbara A.,   Family Trust,   22225 Cupertino Road,
               Cupertino,, CA 95014-1068
9320385      +Kroerle, Diana Lee,   Irrevocable Trust dtd 12/28/08,   1122 Willow Street, No. 200,
               San Jose,, CA 95125-3103
9320386      +Laupheimer, F. Ronald,   TTEE 401K PSP,   45 Ashbury Terrace,   San Francisco,, CA 94117-4501
9320387      +Lee Family Trust,   125 Elanor Drive,   Woodside,, CA 94062-1113
9320388      +Marisingen, Rene and Ramona,   4378 Mallard Creek Circle,   Stockton,, CA 95207-5205
9320389      +Maron Enterprises NV LTD,   123 West Nye Lane, Suite 499,   Carson City,, NV 89706-0899
9320390      +Martha E. San Filippo Foundation,   Attn:  Bill Snyder,   650 North Winchester Blvd.,
               San Jose, CA 95128-1511
9320391      +Mayo Family Revocable Trust,   18801 Montewood Drive,   Saratoga,, CA 95070-6221
9320392      +Mercedes Benz Financial,   P.O. Box 685,   Roanoke, TX 76262-0685
9320394      +Modern Bank,   667 Madison Avenue,   New York, NY 10065-8029
9320395      +Nicholas, Michael A.,   P.O. Box 250,   Diablo,, CA 94528-0250
9320396      +Orlandi, Lauren Bella Gift Trust,   P.O. Box 668,   Santa Clara,, CA 95052-0668
9320397      +Orlandi, Lindsey Bianca Gift Trust,   P.O. Box 668,   Santa Clara,, CA 95052-0668
9320398      +Orlandi, Lisa,   Living Trust,   1070 San Tomas Aquino,   Campbell,, CA 95008-5936
9320399      +Orlandi, Lisa B Living Trust,   P.O. Box 668,   Santa Clara,, CA 95052-0668
```

9320400 +Orlandi, Richard Alexander Gift Trust, P.O. Box 668, Santa Clara,, CA 95052-0668
9320401 +Orlandi, Richard V., ROMO, LP, 3131 Riddle Road, San Jose,, CA 95117-2246
9320402 +Pacheco, Diana, 1160 Industrial Road, No. 12, San Carlos,, CA 94070-4128
9320403 +Paul D. Showerman, 540 White Pelican Drive, Vero Beach, FL 32963-9561
9320405 +Perkins, Barbara, 2355 Cherry Hills Drive, This zip code is for Byron not Discovery, Byron,, CA 94505-1419
9320406 +Peters, R.W. and C. H. 1992 Trust, 1282 St. Mark Court, Los Altos,, CA 94024-7041
9320408 +Roberts, Richard, Medalist & Company, 2880 Lakeside Drive, Santa Clara,, CA 95054-2813
9320409 +Saba, George and Dianne, 69 Catalpa Drive, Atherton,, CA 94027-2167
9320410 +San Juan, Patricia P., Liv Trust, 17850 Bruce Avenue, Los Gatos,, CA 95030-3208
9320411 +Santa Fe Trust Inc., Custodian for Paul Davis IRA, P.O. Box 22790, Santa Fe,, NM 87502-2790
9320412 +Security Pacific Bank, 12121 Wilshire Blvd, Suite 1350, Los Angeles, CA 90025-1199
9320413 +Silvani, Peter, 9317 Thornton, Stockton,, CA 95209-1856
9320414 +South Valley Natl Bank, 517 S Main St, Salinas,, CA 93901-3307
9320415 +Spanholtz, Richard D., 365 Franklin Street, San Mateo,, CA 94402-2270
9320416 +Staedler, Rudy and Beverly Ann, 1992 Revocable Trust, 1122 Willow Street, Suite 200, San Jose,, CA 95125-3103
9320417 State of California FTB, Bankruptcy Department, P.O. Box 2952, Sacramento,, CA 95812-2952
9320418 +Stolar, Jeanne & Frederick, 3100 Oakbridge Drive, San Jose,, CA 95121-1718
9320419 +Suttle, Susan A., Living Trust, 1382 Redmond Avenue, San Jose,, CA 95120-4423
9320420 +The 1999 Del Biaggio Family Trust, 3000 Sand Hill Road, No. 1-240, Menlo Park, CA 94025-7113
9320421 +The Baron Family Rev Trust, 1122 Willow Street, San Jose,, CA 95125-3103
9320422 +The Misser Irrevocable, Insurance Trust dtd 2/27/87, 1680 Fordham Way, Mountain View,, CA 94040-3656
9320423 +The Private Bank, 505 Hamilton Avenue, Suite 110, Palo Alto, CA 94301-2014
9320424 +The Santucci Family Trust, 77 Bay Tree Lane, Los Altos,, CA 94022-4624
9320425 +The Spencer 2006 Revocable Tr, 73 Toyon Road, Atherton,, CA 94027-2219
9320426 +Thornhill, Mary, Trustee, Wirth 1984 Revocable Trust, 129 Spyglass Lane, Half Moon Bay,, CA 94019-8002
9320427 U.S. Department of Treasury, IRS Insolvency Unit, P.O. Box 21126, Philadelphia,, PA 19114-0326
9320428 +United American Bank, 101 S. Ellsworth Avenue, San Mateo, CA 94401-3956
9320430 +V. Panagotacos, 1620 Wakefield Terrace, Los Altos,, CA 94024-5865
9320431 +Valley Community Bank, 5000 Pleasanton Ave, Pleasanton,, CA 94566-7052
9320432 Washington Mutual Bank, P. O. Box 78148, Phoenix, AZ 85062-8148
9320435 +Wills, Donna, Rev Trust, 1968 Wesley Drive, Folsom,, CA 95630-6113
9320436 +Wills, Richard & Donna Trust, FBO Ronald Earl Wills, 1968 Wesley Drive, Folsom,, CA 95630-6113
9320437 +Zraick, Jr., Ronald, 1122 Willow Street, Suite 200, San Jose,, CA 95125-3103

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr CIT Group Inc.
intp Kristen Del Biaggio
cr Pacific Capital Bank, N.A. dba South Valley Nation
9320379 GMAC
9320404 Peregrine Asset Group, Inc., 9835 Carlton Court, zip does not match any city in CA, CA 95756
9320407 Petersen, Chuck
9320344* +Amex, P.O. Box 297871, Fort Lauderdale,, FL 33329-7871
9320364* +Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 20432, Kansas City,, MO 64195-0432
9320365* +Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 20432, Kansas City,, MO 64195-0432
9320373* +DCFS USA LLC, 36455 Corporate Dr, Farmington Hills,, MI 48331-3552
9320393* +Mercedes Benz Financial, P.O. Box 685, Roanoke, TX 76262-0685
9320429* +United American Bank, 101 S. Ellsworth Avenue, San Mateo, CA 94401-3956
9320433* Washington Mutual Bank, P. O. Box 78148, Phoenix, AZ 85062-8148
9320434* Washington Mutual Bank, P. O. Box 78148, Phoenix, AZ 85062-8148

TOTALS: 6, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2008** **Signature:** Joseph Speetjens