IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIAM JAMES DEL BIAGGIO III | § | CASE NO. 08-30991-TEC |
| | § | CHAPTER 11 |
| AKA "BOOTS" DEL BIAGGIO | § | |
| | § | JUDGE THOMAS E. CARLSON |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Washington Mutual Bank**
**PO Box 44090**
**Jacksonville, Florida 32231-4090**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Larry Buckley
_____

Larry Buckley

F# 7778-N-0300
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Washington Mutual Bank

## CERTIFICATE OF SERVICE

      I, Larry Buckley, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before June 18, 2008:

**Debtors' Attorney**
Michael St. James
Attorney At Law
St. James Law 155 Montgomery St. #1004
San Francisco, CA  94104

**Chapter 11 Trustee**


**U.S. Trustee**
Office of the US Trustee
250 Montgomery Street, Suite 1000
San Francisco, California 94104-3401


    /s/ Larry Buckley

    Larry Buckley


7778-N-0300
noaelect