John C. Tishler (SBN 252670)
WALLER LANSDEN DORTCH & DAVIS, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, CA 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679

Ames Davis (TN SBN 003826)
J. Chase Cole (TN SBN 006663)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

*Counsel for Predators Holdings, LP*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

In re )  Case No. 08-30991
)
WILLIAM JAMES DEL BIAGGIO III, ) **NOTICE OF APPEARANCE AND**
) **REQUEST FOR NOTICES BY WALLER**
Debtor. ) **LANSDEN DORTCH & DAVIS, LLP**
)
) **[No Hearing Required]**
)
)

TO: THE CLERK OF THE COURT; THE UNITED STATES TRUSTEE; THE DEBTOR, DEBTOR'S COUNSEL OF RECORD; AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the undersigned appears as counsel for Predators Holdings, LP, a creditor and party-in-interest ("Predators"). Pursuant to Sections 102 and 342 of the Bankruptcy Code, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

John C. Tishler, Esq.
Waller Lansden Dortch & Davis, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, CA 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679
John.Tishler@wallerlaw.com

Ames Davis, Esq.
J. Chase Cole, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Ames.Davis@wallerlaw.com
Chase.Cole@wallerlaw.com

*Attorneys for Predators Holdings, LP*

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This is Notice of Appearance and Request for Service of Papers is without prejudice to Predators' rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit Predators to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation Predators' (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other

rights, claims, actions, setoffs or recoupments to which Predators is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Predators expressly reserves.

Dated: June 19, 2008.  Respectfully submitted,

/s/ John C. Tishler
John C. Tishler (CA State Bar No. 252670

WALLER LANSDEN DORTCH & DAVIS, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, California 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679

*Counsel for Creditor and Party-in-Interest
Predators Holdings, LP*

Waller Lansden
Dortch & Davis, LLP

# **PROOF OF SERVICE**

I, Michelle D. Irick, the undersigned, declare that:

I am employed in the County of Davidson, State of Tennessee, over the age of 18, and not a party to this cause. My business address is 511 Union Street, Suite 2700, Nashville, TN 37219.

On June 19, 2008, I caused a true copy of the **NOTICE OF APPEARANCE BY WALLER LANSDEN DORTCH & DAVIS, LLP** be delivered to the following party as follows:

**[X]** VIA the Court's Electronic Noticing System to those listed on the attached matrix as specified.

**[X]** (VIA FIRST-CLASS MAIL) by placing the above-named document in a sealed enveloped addressed as set forth on the attached mailing matrix. I caused each such envelope, with postage thereon fully prepaid, to be deposited for collection and mailing and delivery, with United States Postal Service in accordance with Waller Lansden Dortch & Davis, LLP's ordinary business practices.

I am readily familiar with Waller Lansden Dortch & Davis, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. That practice includes the deposit of all correspondence with the United States Postal Service the same day as it is collected and processed. I certify that I am employed in the office of a member of the bar of this Court at whose direction service was made. I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed on June 19, 2008, at Nashville, Tennessee.

/s/ Michelle D. Irick
Michelle D. Irick

Via the Court's Electronic Noticing System to:

- Andrew K. Alper   aalper@frandzel.com, ekidder@frandzel.com;efiling@frandzel.com
- Lawrence J. Buckley   notice@bkcylaw.com
- Patrick M. Costello   pcostello@bbslaw.com
- Nicolas De Lancie   ndelancie@jmbm.com
- Cecily A. Dumas   cdumas@friedumspring.com, calas@friedumspring.com
- Mark V. Isola   misola@rehonroberts.com
- Tobias S. Keller   tkeller@jonesday.com
- William C. Lewis   ecf@williamclewis.com
- Austin McMullen   amcmullen@boultcummings.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Kurt E. Ramlo   KRamlo@skadden.com
- Catherine Schlomann Robertson   crobertson@pahl-mccay.com, tmeek@pahl-mccay.com
- Richard A. Rogan   rrogan@jmbm.com
- Michael St. James   ecf@stjames-law.com
- Todd C. Toral   ttoral@reedsmith.com, jzic@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Via First Class Mail to:

| | |
|---|---|
| AEG Facilities, Inc.<br>c/o Meryl Macklin, Esq.<br>Holme Roberts & Owen, LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105 | Bruce E. Copeland<br>Law Offices of Nixon Peabody<br>2 Embarcadero Center #2700<br>San Francisco, CA 94111-3996 |
| G. Larry Engel<br>Law Offices of Morrison and Foerster<br>425 Market St.<br>San Francisco, CA 94105 | Pedro A. Jimenez<br>Jones Day<br>222 E 41st. St.<br>New York, NY 10017 |
| Nathan P.J. Lebioda<br>Jones Day<br>222 E 41st. St.<br>New York, NY 10017 | Andrew R. Neilson<br>Nixon Peabody, LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600 |