**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: 415.882.8200
Facsimile: 415.882.8220

Jeffrey L. Bornstein (SBN 99358)
Michael J. Quinn (SBN 198349)

Attorneys for Merriman Curhan Ford

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO III, aka "BOOTS" DEL BIAGGIO,<br><br>Debtor. | Case No. 08-30991<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE OF MERRIMAN CURHAN FORD** |

**TO THE DEBTOR AND ITS ATTORNEYS OF RECORD, THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Merriman Curhan Ford ("Merriman"), hereby requests special notice of all matters pertaining to the above-referenced bankruptcy proceeding including, but not limited to, the commencement of any adversary proceedings, the filing of any request for hearing, objections, and/or notices of motion, motions, or any other auxiliary filings. Further, Merriman requests special notice of all matters which must be noticed to all creditors, creditor committees and parties-in-interest and other notices as required by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, and/or local rules.

In addition, Merriman requests that it be served with copies of all papers, reports and statements submitted to the Office of the United States Trustee.

LA-253834 v1

**PLEASE TAKE NOTICE THAT** all notices pursuant to the foregoing should be addressed to:

Jeffrey L. Bornstein, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493

and

Christopher Aguilar
General Counsel and Chief Compliance Officer
Merriman Curhan Ford
600 California Street, 9th Floor
San Francisco, CA 94108

Merriman also requests that the above address be included in any mailing list that the Debtor is or may be required to maintain.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: June 23, 2008        By: /s/ *Michael J. Quinn*
                                Jeffrey L. Bornstein
                                Michael J. Quinn

                                Attorneys for Merriman Curhan Ford

LA-253834 v1

2