ADLESON, HESS & KELLY, APC
Patric J. Kelly, Esq. (Bar No. 71461)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
pjkelly@ahk-law.com

Attorneys for Party in Interest
GIL TREVINO and OSCAR "RUSTY" TREVINO
dba TREVINO BROTHERS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-30991 |
| WILLIAM JAMES DEL BIAGGIO, III, | Chapter: 11 |
| Debtor. | [NO HEARING REQUIRED] |

**SPECIFICATION OF ADDRESS FOR MAILING OF NOTICES
TO CREDITOR(S) AND REQUEST FOR ALL NOTICES**

COMES NOW, GIL TREVINO and OSCAR "RUSTY" TREVINO dba TREVINO BROTHERS, a party in interest in the above-captioned case, and hereby requests, pursuant to Rule 2002 of the Bankruptcy Rules that said party be given notice of all matters requiring notice, including, but not limited to, copies of all disclosure statements, plans of reorganization, chapter 11 or 13 plans, applications to compromise controversies, applications for the sale of property, applications to accept or reject leases, applications for employment of professionals, applications for approval of compensation for professionals, and such similar applications, whether such notice is sent by the debtor, the debtor's counsel or other authorized agent, a creditor, trustee, or other party designated by the court, or by the court, with such notice directed as follows:

ADLESON, HESS &
KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

Gil Trevino and Oscar "Rusty" Trevino
dba TREVINO BROTHERS
c/o Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
577 Salmar Avenue, Second Floor
Campbell, CA 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
pjkelly@ahk-law.com

Respectfully submitted,

Dated: June 23, 2008                ADLESON, HESS & KELLY, APC

By: */s/  Patric J. Kelly*
    PATRIC J. KELLY
    Attorney for Creditors
    GIL TREVINO and
    OSCAR "RUSTY" TREVINO
    dba TREVINO BROTHERS

DEBTOR: William James Del Biaggio, III
BANKRUPTCY #: 08-30991

## CERTIFICATE OF SERVICE

I, the undersigned, certify:

I am a citizen of the United States and a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 577 Salmar Avenue, Second Floor, Campbell, California 95008.

On June 23, 2008, I served the following document:

**SPECIFICATION OF ADDRESS FOR MAILING OF NOTICES
TO CREDITOR(S) AND REQUEST FOR ALL NOTICES**

on the following persons by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, or via facsimile as indicated below, in the United States mail at Campbell, California, addressed as follows:

| | |
|---|---|
| William James Del Biaggio, III<br>3000 San Hill Road, Building 1, Suite 240<br>Menlo Park, CA 94025 | **Debtor** |
| Michael St. James, Esq.<br>155 Montgomery Street, #1004<br>San Francisco, CA 94104<br>T: (415) 391-7566<br>E-mail: ecf@stjames-law.com | **Attorney for Debtor** |
| Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br>T: (415) 705-3333 | **U.S. Trustee** |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 23, 2008, at Campbell, California.

 */s/ Andrea Q. Rodriguez*
Andrea Q. Rodriguez

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM