# United States Bankruptcy Court
## Northern District of California

In re    **William James Del Biaggio, III**            Case No.   **08-30991**
                                         Debtor(s)                 Chapter    **11**

## CREDITOR MATRIX COVER SHEET - AMENDED

I declare that the attached Creditor Mailing Matrix, consisting of __13__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **June 23, 2008**                     **/s/ Michael St. James**
                                                         Signature of Attorney
                                                         **Michael St. James 95653**
                                                         **St. James Law, P.C.**
                                                         **155 Montgomery Street**
                                                         **Suite 1004**
                                                         **San Francisco, CA 94104**
                                                         **415-391-7566   Fax: 415-391-7568**

2006 Cook Family Rev Trust
533 Flannery Street
Santa Clara, CA 95051

AEG Facilities
1100 South Flower Street
Suite 3200
Los Angeles,, CA 90015

Amex
P.O. Box 297871
Fort Lauderdale,, FL 33329

Arata, Andrew
1160 Industrial Road, No.12
San Carlos,, CA 94070

Arata, Daniel
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Arata, Don
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Arata, Nicholas
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Aymar, Michael A. and Lynn A.
114 Alerche Drive
Los Gatos,, CA 95032

Bachelor, Eric and Christine
Children Trust
120 Deer Ridge Place
Danville,, CA 94506


Baron, Caroline L  UTMA
1122 Willow Street
San Jose,, CA 95129


Baron, Pierce F UTMA
1122 Willow Street
San Jose,, CA 95129


Bell, Ward T. and Assoc, Inc.
Profit Sharing Plan
14425 North 7th Street, Suite 101
Phoenix,, AZ 85022


Brandenburg, Brandenburg Revocable Trust
Brandenburg Revocable Trust
1122 Willow Street
Suite 200
San Jose,, CA 95125


Brandenburg, Brenton Lee
Irrevocable Trust dtd 12/31/97
1122 Willow Street, No. 200
San Jose,, CA 95125


Brandenburg, Eric, Trustee
E. Brandenburg Separate Property Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125


Brandenburg, Jackson Lee
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95120

Brandenburg, Karen D.
1122 Willow Street, Suite 200
San Jose,, CA 95125


Brandenburg, Taylor Ann
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95125


Bronstein, Irving
Christina Maria Taylor
1609 Whipple Road
Hayward,, CA 94544


Bronstein, Troy
1609 Whipple Road
Hayward,, CA 94544


Brothers Living Trust
57 Newport Drive
Napa,, CA 94559


Cacchione, D. Scott
Merriman Curban Ford & Co.
600 California St., 9th Floor
San Francisco,, CA 94108


Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20432
Kansas City,, MO 64195


Connor, David
3450 Quail Walk Court
Danville,, CA 94506

Cook, Gary T.
533 Flannery Street
Santa Clara,, CA 95051


Countrywide Home Loans
450 American St
Simi Valley,, CA 93065


Craig Leipold
555 Main Street
Suite 500
Racine,, WI 53403


Croesus Investments, LLC
2984 Via Della Amore
Henderson,, NV 89052


DCFS USA LLC
36455 Corporate Dr
Farmington Hills,, MI 48331


DeCosta, Verna M  Trust
Luigi Pietrantoni TTEE
P.O. Box 3149
San Leandro,, CA 94578


DGB Investments
40 Foxhill Road
Redwood City,, CA 94062


DiLeo, Joseph
1122 Willow Street, No. 200
San Jose,, CA 95125

Economic Concepts, Inc
Defined Benefit Pension Plan
9316 E Raintree Dr., Suite100
Scottsdale,, AZ 85260


Fat Cat Intl
2140 Americas Cup Circle
Las Vegas,, NV 89117


Goyak, John K.
3680 Howard Hughes Parkway, Suite 360
Las Vegas,, NV 89109


Harrah's Tahoe
15 Hwy 50
Stateline,, NV 89449


Hengehold, David
762 San Antonio Road
Palo Alto,, CA 94303


Heritage Bank of Commerce
150 Almaden Blvd
San Jose,, CA 95113


K-Fab, Inc
3411 Leonard Court
Santa Clara,, CA 95054


Kedell, Michael W. and Barbara A.
Family Trust
22225 Cupertino Road
Cupertino,, CA 95014

Kerzner International
The Atlantis Hotel
1000 South Pine Island Road
Suite 800
Plantation,, FL 33324-3907


Kristen Del Biaggio
20801 Scenic Vista Drive
San Jose, CA 95120-1215


Kroerle, Diana Lee
Irrevocable Trust dtd 12/28/08
1122 Willow Street, No. 200
San Jose,, CA 95125


Kuhn, Bonnie
P.O. Box 3210
Arnold,, CA 95223


Laupheimer, F. Ronald
TTEE 401K PSP
45 Ashbury Terrace
San Francisco,, CA 94117


Lee Family Trust
125 Elanor Drive
Woodside,, CA 94062


Leipold, Craig
555 Main Street
Suite 500
Racine,, WI 53403


Luc Robitaille
55 No. Nash Street
El Segundo, CA 90245

Marisingen, Rene and Ramona
4378 Mallard Creek Circle
Stockton,, CA 95209


Maron Enterprises NV LTD
123 West Nye Lane, Suite 499
Carson City,, NV 89706


Martha E. San Filippo Foundation
Attn: Bill Snyder
650 North Winchester Blvd.
San Jose,, CA 95128


Mayo Family Revocable Trust
18801 Montewood Drive
Saratoga,, CA 95070


Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262


Modern Bank
667 Madison Avenue
New York,, NY 10021


Nicholas, Michael A.
P.O. Box 250
Diablo,, CA 94528


Orlandi, Lauren Bella Gift Trust
P.O. Box 668
Santa Clara,, CA 95052

Orlandi, Lindsey Bianca Gift Trust
P.O. Box 668
Santa Clara,, CA 95052


Orlandi, Lisa
Living Trust
1070 San Tomas Aquino
Campbell,, CA 95008


Orlandi, Lisa B Living Trust
P.O. Box 668
Santa Clara,, CA 95052


Orlandi, Richard Alexander Gift Trust
P.O. Box 668
Santa Clara,, CA 95052


Orlandi, Richard V.
ROMO, LP
3131 Riddle Road
San Jose,, CA 95117


Pacheco, Diana
1160 Industrial Road, No. 12
San Carlos,, CA 94070


Panagotacos, V.
1620 Wakefield Terrace
Los Altos,, CA 94024


Paul D. Showerman
540 White Pelican Drive
Vero Beach,, FL 32963

```
Peregrine Asset Group, Inc.
Attn: Robert Gale
9835 Carlton Court
Granite Bay, CA 95756


Perkins, Barbara
2355 Cherry Hills Drive
Byron,, CA 94514


Pershing, LLC
One Pershing Plaza
Jersey City,, NJ 07399


Peters, R.W. and C. H. 1992 Trust
1282 St. Mark Court
Los Altos,, CA 94024


Petersen, Chuck
12755 Folsom Blvd
Folsom, CA 95630


Roberts, Richard
Medalist & Company
2880 Lakeside Drive
Santa Clara,, CA 95054


Saba, George and Dianne
69 Catalpa Drive
Atherton,, CA 94027


San Juan, Patricia P.
Liv Trust
17850 Bruce Avenue
Los Gatos,, CA 95030
```

Sand Hill Finance
901 Campisi Way, Suite 250
Campbell,, CA 95008


Santa Fe Trust Inc.
Custodian for Paul Davis IRA
P.O. Box 22790
Santa Fe,, NM 87502


Security Pacific Bank
12121 Wilshire Blvd
Suite 1350
Los Angeles,, CA 90025


Silvani, Peter
9317 Thornton
Stockton,, CA 95209


South Valley Natl Bank
517 S Main St
Salinas,, CA 93901


Spanholtz, Richard D.
365 Franklin Street
San Mateo,, CA 94402


Staedler, Rudy and Beverly Ann
1992 Revocable Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125


State of California FTB
Bankruptcy Department
P.O. Box 2952
Sacramento,, CA 95812-2952

Stolar, Jeanne & Frederick
3100 Oakbridge Drive
San Jose,, CA 95121-1749


Suttle, Susan A.
Living Trust
1382 Redmond Avenue
San Jose,, CA 95120


The 1999 Del Biaggio Family Trust
3000 Sand Hill Road
No. 1-240
Menlo Park,, CA 94025


The Baron Family Rev Trust
1122 Willow Street
San Jose,, CA 95129


The Misser Irrevocable
Insurance Trust dtd 2/27/87
1680 Fordham Way
Mountain View,, CA 94040


The Private Bank
505 Hamilton Avenue, Suite 110
Palo Alto,, CA 94301


The Santucci Family Trust
77 Bay Tree Lane
Los Altos,, CA 94022


The Spencer 2006
Revocable Trust
73 Toyon Road
Atherton,, CA 94027

The Venetian
3355 Las Vegas Blvd. So.
Las Vegas,, NV 89109


Thornhill, Mary
Trustee, Wirth 1984 Revocable Trust
129 Spyglass Lane
Half Moon Bay,, CA 94019


U.S. Department of Treasury
IRS Insolvency Unit
P.O. Box 21126
Philadelphia,, PA 19114-0326


United American Bank
101 S. Ellsworth Avenue
San Mateo,, CA 94401


Valley Community Bank
5000 Pleasanton Ave
Pleasanton,, CA 94566


Washington Mutual Bank
P. O. Box 78148
Phoenix,, AZ 85062-8148


William Lewis, Esq.
510 Waverly Street
Palo Alto, CA 94301-2009


Wills, Donna
Rev Trust
1968 Wesley Drive
Folsom,, CA 95630

Wills, Richard & Donna Trust
FBO Ronald Earl Wills
1968 Wesley Drive
Folsom,, CA 95630


Zraick, Jr., Ronald
1122 Willow Street, Suite 200
San Jose,, CA 95125