Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for William "Boots" Del Biaggio

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>WILLIAM "BOOTS" DEL BIAGGIO<br><br>　　　　Debtor | Case No. 08-30991<br><br>Chapter 11<br><br>[Hearing Not Set] |

## STATEMENT REGARD SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND OTHER FINANCIAL INFORMATION

PLEASE BE ADVISED THAT, while the Debtor has attempted to the best of his ability accurately to present financial information in his Schedules of Assets and Liabilities, Statement of Financial Affairs and other filings with the Court, he has been required to prepare this information without access to his books and records, and as a consequence acknowledges the possibility that there may be material errors.

DATED:　　　June 23, 2008　　　　　　　　　ST. JAMES LAW, P.C.


　　　　　　　　　　　　　　　　　　　　　　By: _/s/ Michael St. James_ .
　　　　　　　　　　　　　　　　　　　　　　　　Michael St. James
　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor