David S. Rosenbloom (S.B. No. 119439)
McDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel for Craig Leipold*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISO)

| | |
|---|---|
| In re ) | Case No. 08-30991 TEC 11 |
| ) | |
| **WILLIAM JAMES DEL BIAGGIO III,** ) | Chapter 11 |
| ) | |
| Debtor ) | **NOTICE OF APPEARANCE AND** |
| ) | **REQUEST FOR NOTICE** |
| ) | |

**TO THE CLERK OF THE COURT, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES ENTITLED TO NOTICE:**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankrutpcy Procedure, McDermott Will & Emery LLP hereby gives notice of its appearance in this case on behalf of creditor Craig Leipold.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, section 342 of the Bankruptcy Code, and such other rules or statues as may be applicable, Craig Leipold hereby requests that (1) all notices given or required to be given in this case to creditors, any creditors' committee, or any other parties in interest, whether sent by the Court, the Debtor, any trustee, or any other party in this case and (2) any disclosure statements or plans of reorganization filed in this case, and any notice of hearing on such disclosure statement of plants of reorganization, be served on Craig Leipold at the following address:

David S. Rosenbloom, Esq.
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL 60606
Fax: (312) 984-7700
Email: drosenbloom@mwe.com

| | |
|---|---|
| 1 | |
| 2 | Nathan F. Coco, Esq.<br>McDermott Will & Emery LLP<br>227 W. Monroe Street<br>Chicago, IL 60606<br>Fax: (312) 984-7700<br>Email: ncoco@mwe.com |
| 3 | |
| 4 | |
| 5 | Dated: June 23, 2008     McDERMOTT WILL & EMERY LLP |
| 6 | |
| 7 | |
| 8 | By: ___s/David S. Rosenbloom_____ |
| 9 | David S. Rosenbloom<br>Attorneys for Craig Leipold |
| 10 | |

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

CHI99 4996667-1.057043.0012

- 2 -

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE