

Signed and Filed: June 25, 2008

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 Sara L. Kistler

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | No. 08-30991 TEC 11 |
| ) | |
| **WILLIAM JAMES DEL BIAGGIO, III**, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the application of the Acting United States Trustee for Region 17, and it appearing that R. Todd Neilson, a disinterested person as set forth in 11 U.S.C. § 101(14), has been appointed by the Acting United States Trustee in this chapter 11 case, and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED** that the appointment of R. Todd Neilson as Chapter 11 Trustee in this case is approved under 11 U.S.C. § 1104.

**IT IS FURTHER ORDERED** that the chapter 11 Trustee shall have all the powers of a chapter 11 trustee under 11 U.S.C. § 1106(a).

\* \* \* END OF ORDER \* \* \*

**COURT SERVICE LIST**

Debtor
William James Del Biaggio, III
3000 San Hill Road, Building 1, Ste 240
Menlo Park, CA 94025

Debtor's Counsel
Michael St. James, Esq.
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104

Request for Special Notice
Mark Vincent Isola, Esq.
Rehon & Roberts
10 Almaden Blvd #550
San Jose, CA, 95113

David Stephen Rosenbloom
McDermott Will & Emery
227 W Monroe St #4400
Chicago, IL, 60606-5096

Andrew Keith Alper
Frandzel Robins et al
6500 Wilshire Blvd 17FL
Los Angeles, CA, 90048-4920

Stephen D. Pahl
Catherine Scholmann Robertson
Pahl & McCay
225 West Santa Clara Street Suite 1500
San Jose, California 95113-1752

Andrew Stuart Pauly
Greenwald Pauly Foster & Miller, P.C.
1299 Ocean Ave Ste 400
Santa Monica, CA, 90401-1007

Cecily Ann Dumas
Friedman Dumas et al LLP
150 Spear St Ste 1600
San Francisco, CA, 94105

Bernard Greenfield
McGrane Greenfield et al
40 So. Market Street, Second Floor
San Jose 95113

Richard Rogan
Nicolas De Lancie
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

| | |
|---|---|
| 1 | Tobias S. Keller<br>Jones Day |
| 2 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 3 | |
| 4 | Pedro A. Jimenez<br>Jones Day<br>222 East 41st Street |
| 5 | New York, NY 10017 |
| 6 | Nathan P.J. Lebioda<br>Jones Day |
| 7 | 222 East 41st Street<br>New York, NY 10017 |
| 8 | |
| 9 | William C. Lewis, Esq.<br>Law Offices of William C. Lewis<br>510 Waverley Street |
| 10 | Palo Alto, CA 94301 |
| 11 | Meryl Macklin<br>Holme, Roberts & Owen |
| 12 | 560 Mission Street, 25th Floor<br>San Francisco, CA 94105 |
| 13 | |
| 14 | Lawrence M. Schwab, Esq.<br>Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab |
| 15 | 2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 |
| 16 | |
| 17 | John W. (Jay) Fowler, Esq.<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500 |
| 18 | San Jose, CA 95110-2712 |
| 19 | G. Larry Engel<br>Vincent J. Novak |
| 20 | Morrison & Foerster LLP<br>425 Market Street |
| 21 | San Francisco, CA 94105-2482 |
| 22 | JayM. Goffman<br>Skadden, Arps, Slate, Meagher & Flom LLP |
| 23 | Four Times Square<br>New York, New York 10036 |
| 24 | |
| 25 | Nick P. Saggese<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>300 South Grand Avenue, Suite 3400 |
| 26 | Los Angeles, CA 90071 |
| 27 | Austin L. McMullen<br>Boult, Cummings, Conners & Berry, PLC |
| 28 | 1600 Division Street, Suite 700<br>P. O. Box 340025<br>Nashville, Tennessee 37203 |

| | |
|---|---|
| 1 | |
| 2 | Washington Mutual Bank<br>P.O. Box 44090<br>Jacksonville, Florida 32231-4090 |
| 3 | |
| 4 | Bruce Copeland<br>Todd Toral<br>Andrew R. Neilson<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111 |
| 5 | |
| 6 | |
| 7 | John C. Tishler, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>333 S. Grand Avenue, Suite 1800<br>Los Angeles, CA 90071 |
| 8 | |
| 9 | |
| 10 | Ames Davis, Esq.<br>J. Chase Cole, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 |
| 11 | |
| 12 | |
| 13 | Michelle Rice<br>Arkin Kaplan Rice LL<br>590 Madison Avenue<br>New York, NY 10022 |
| 14 | |
| 15 | |
| 16 | Stevan C. Adelman<br>Miller, Morton, Caillat & Nevis, LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110 |
| 17 | |
| 18 | Michael Steinberg<br>Sullivan & Cromwell<br>1888 Century Park East<br>Los Angeles, California 90067-1725 |
| 19 | |
| 20 | <u>U.S. Trustee</u><br>Julie M. Glosson<br>Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |