J. Gregory Milmoe
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Gregory.Milmoe@skadden.com

- and -

Van C. Durrer, II (California State Bar No. 226693)
Ramon M. Naguiat (California State Bar No. 209271)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Van.Durrer@skadden.com
Ramon.Naguiat@skadden.com

Attorneys for the National Hockey League

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-30991 (TEC) |
| WILLIAM JAMES DEL BIAGGIO, III, aka "BOOTS" DEL BIAGGIO, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the undersigned appears as counsel to the National Hockey League (the "NHL"), a creditor and party in interest, and hereby files this notice of appearance and requests that all notices and pleadings hereafter given or filed in this case be given and served upon

> J. Gregory Milmoe
> Skadden, Arps, Slate, Meagher & Flom LLP
> 4 Times Square
> New York, New York 10036
> (212) 735-3000
> (212) 735-2000
> Gregory.Milmoe@skadden.com

Van C. Durrer, II
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Van.Durrer@skadden.com

Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Ramon.Naguiat@skadden.com

Gregory W. Fox
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000
Gregory.Fox@skadden.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in Rules 2002, 3017(a), 9007, and 9010(a) and (b) of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, complaint, demand, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with respect to the above-captioned case and proceeding therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders in non-core matters entered only after de novo review by a District Judge, (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other substantive or procedural right.

PLEASE TAKE FURTHER NOTICE that (1) this Notice of Appearance and Request for Notice and Service of Papers is without prejudice to the NHL's rights, remedies

claims, actions, defenses, setoffs, or recoupments in law or in equity against any entity in this chapter 11 case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved and (2) any objection that may be made to the jurisdiction of the Court shall not be deemed or construed to submit the NHL to the jurisdiction of the Court.

DATED: June 27, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

J. Gregory Milmoe
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

- and -

By: /s/ Van C. Durrer, II
Van C. Durrer, II (California State Bar No. 226693)
300 South Grand Avenue, Suite 3500
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for the National Hockey League

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **June 27, 2008**, I served the foregoing documents described as:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

on the interested parties in this action addressed as follows:

SEE ATTACHED LIST

☒ (BY US MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that above is true and correct.

Executed on **June 27, 2008** at Los Angeles, California.

| | |
|---|---|
| Andy Shah | /s/Andy Shah |
| Type or Print Name | Signature |

Label Matrix for local noticing
0971-3
Case 08-30991
Northern District of California
San Francisco
Fri Jun 27 12:48:36 PDT 2008

2006 Cook Family Rev Trust
533 Flannery Street
Santa Clara, CA 95051-6112

AEG Facilities
1100 South Flower Street
Suite 3200
Los Angeles, CA 90015-2125

AEG Facilities, Inc.
c/o Meryl Macklin, Esq.
Holme Roberts & Owen, LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994

Andrew K. Alper
Frandzel, Robins, Bloom and Csato
6500 Wilshire Blvd. 17th Fl.
Los Angeles, CA 90048-4920

Amex
P.O. Box 297871
Fort Lauderdale,, FL 33329-7871

Andrew M. Thau
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Arata, Andrew
1160 Industrial Road, No.12
San Carlos,, CA 94070-4128

Arata, Daniel
1160 Industrial Road, No. 12
San Carlos,, CA 94070-4128

Arata, Don
1160 Industrial Road, No. 12
San Carlos,, CA 94070-4128

Arata, Nicholas
1160 Industrial Road, No. 12
San Carlos,, CA 94070-4128

Aymar, Michael A. and Lynn A.
114 Alerche Drive
Los Gatos,, CA 95032-5153

Bachelor, Eric and Christine
Children Trust
120 Deer Ridge Place
Danville,, CA 94506-6065

Baron, Caroline L UTMA
1122 Willow Street
San Jose,, CA 95125-3103

Baron, Pierce F UTMA
1122 Willow Street
San Jose,, CA 95125-3103

Bell, Ward T. and Assoc, Inc.
Profit Sharing Plan
14425 North 7th Street, Suite 101
Phoenix,, AZ 85022-4389

Brandenburg, Brandenburg Revocable Trust
Brandenburg Revocable Trust
1122 Willow Street
Suite 200
San Jose,, CA 95125-3103

Brandenburg, Brenton Lee
Irrevocable Trust dtd 12/31/97
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Brandenburg, Eric, Trustee
E. Brandenburg separately Property Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125-3103

Brandenburg, Jackson Lee
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Brandenburg, Karen D.
1122 Willow Street, Suite 200
San Jose,, CA 95125-3103

Brandenburg, Taylor Ann
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Bronstein, Irving
Christina Maria Taylor
1609 Whipple Road
Hayward,, CA 94544-7928

Bronstein, Troy
1609 Whipple Road
Hayward,, CA 94544-7928

Brothers Living Trust
57 Newport Drive
Napa,, CA 94559-4822

Lawrence J. Buckley
Brice, Vander, Linden and Wernick
9441 LBJ Freeway #350
Dallas, TX 75243-4545

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

CIT Group Inc.
c/o Nathan P.J. Lebioda
Jones Day
222 East 41st Street
New York, NY 10017-6727

CIT Group Inc.
c/o Pedro A. Jimenez
Jones Day
222 East 41st Street
New York, NY 10017-6727

| | | |
|---|---|---|
| Cacchoione, D. Scott<br>Merriman Curhan Ford & Co.<br>600 California St. 9th Fl<br>San Francisco, CA 94108-2706 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230 | Christopher Aguilar<br>General Counsel and Chief,<br>Compliance Officer<br>Merriman Curhan Ford<br>600 California St. 9th Fl<br>San Francisco, CA 94108-2706 |
| Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City,, MO 64195-0432 | Connor, David<br>3450 Quail Walk Court<br>Danville,, CA 94506-5837 | Cook, Gary T.<br>533 Flannery Street<br>Santa Clara,, CA 95051-6112 |
| Bruce E. Copeland<br>Law Offices of Nixon Peabody<br>2 Embarcadero Center 18th Fl<br>San Francisco, CA 94111-3941 | Patrick M. Costello<br>Bialson, Bergen and Schwab<br>2600 El Camino Real #300<br>Palo Alto, CA 94306-1720 | Countrywide Home Loans<br>450 American St<br>Simi Valley,, CA 93065-6285 |
| Craig Leipold<br>555 Main Street<br>Suite 500<br>Racine, WI 53403-4616 | Croesus Investments, LLC<br>2984 Via Della Amore<br>Henderson,, NV 89052-4029 | D. Scott Cacchione<br>Merriman Curban Ford & Co.<br>600 California St., 9th Floor<br>San Francisco, CA 94108-2706 |
| DCFS USA LLC<br>36455 Corporate Dr<br>Farmington Hills,, MI 48331-3552 | DCFS USA LLC successor to DaimlerChrysler Fi<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, 10th floor<br>Costa Mesa,, CA 92626-1947 | DGB Investments<br>40 Foxhill Road<br>Redwood City, CA 94062-4825 |
| David S. Rosenbloom Esq.<br>McDermott Will & Emery LLP<br>227 W Monroe Street<br>Chicago, IL 60606-5096 | Nicolas De Lancie<br>Jeffer, Mangels, Butler and Marmaro<br>2 Embarcardero Center 5th Fl.<br>San Francisco, CA 94111-3813 | DeCosta, Verna M Trust<br>Luigi Pietrantoni TTEE<br>P.O. Box 3149<br>San Leandro,, CA 94578-0149 |
| William James Del Biaggio III<br>3000 San Hill Road, Building 1, Ste 240<br>Menlo Park, CA 94025-7113 | DiLeo, Joseph<br>1122 Willow Street, No. 200<br>San Jose,, CA 95125-3103 | Cecily A. Dumas<br>Friedman, Dumas and Springwater<br>150 Spear St. #1600<br>San Francisco, CA 94105-1541 |
| Economic Concepts, Inc<br>Defined Benefit Pension Plan<br>9316 E Raintree Dr., Suite100<br>Scottsdale,, AZ 85260-3006 | G. Larry Engel<br>Law Offices of Morrison and Foerster<br>425 Market St.<br>San Francisco, CA 94105-2406 | Fat Cat Intl<br>2140 Americas Cup Circle<br>Las Vegas,, NV 89117-1924 |
| Gil Trevino and Oscar "Rusty" Trev<br>dba Trevino Brothers<br>c/o Patric J. Kelly, Esq.<br>Adleson, Hess & Kelly APC<br>577 Salmar Ave. Second Fl<br>Campbell, CA 95008-1453 | Gil Trevino and Oscar Trevino dba Trevino Br<br>c/o Patric J. Kelly, Esq.<br>ADLESON, HESS & KELLY, APC<br>577 Salmar Ave., Campbell, CA 95008 | Julie M. Glosson<br>Office of the United States Trustee<br>235 Pine St. #800<br>San Francisco, CA 94104-2736 |
| Goyak, John K.<br>3680 Howard Hughes Parkway, Suite 360<br>Las Vegas,, NV 89109 | Harrah's Tahoe<br>15 Hwy 50<br>Stateline, NV 89449 | David Hengehold<br>c/o John W. (Jay) Fowler, Esq.<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 |

Hengehold, David
762 San Antonio Road
Palo Alto,, CA 94303-4613

Michael J. Heyman
Kirkpatrick, Lockhart, Preston et al.
10100 Santa Monica Blvd. 7th Fl.
Los Angeles, CA 90067-4003

Jeffrey L. Bornstein Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
55 Second Street Ste. 1700
San Francisco, CA 94105-3493

Kedell, Michael W. and Barbara A.
Family Trust
22225 Cupertino Road
Cupertino,, CA 95014-1068

Kerzner International
The Atlantis Hotel
1000 South Pine Island Road
Suite 800
Plantation, FL 33324-3909

Kuhn, Bonnie
PO Box 3210
Arnold, CA 95223-3210

Nathan P.J. Lebioda
Jones Day
222 E 41st. St.
New York, NY 10017-6727

William C. Lewis
Law Offices of William C. Lewis
510 Waverly St.
Palo Alto, CA 94301-1720

Maron Enterprises NV LTD
123 West Nye Lane, Suite 499
Carson City,, NV 89706-0899

Austin McMullen
Boult, Cummings, Conners and Berry
1600 Division St. #700
Nashville, TN 37203-2771

Heritage Bank of Commerce
150 Almaden Blvd
Attn: Richard Hagarty
San Jose, CA 95113-2010

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Pedro A. Jimenez
Jones Day
222 E 41st. St.
New York, NY 10017-6727

Tobias S. Keller
Jones Day
555 California St. 26th Fl.
San Francisco, CA 94104-1602

Kristen Del Biaggio
20801 Scenic Vista Drive
San Jose, CA 95120-1215

Rodger M. Landau
Landau and Berger LLP
1801 Century Park East #1460
Los Angeles, CA 90067-2316

Lee Family Trust
125 Elanor Drive
Woodside,, CA 94062-1113

Luc Robitaille
55 No. Nash Street
El Segundo, CA 90245

Martha E. San Filippo Foundation
Attn: Bill Snyder
650 North Winchester Blvd.
San Jose, CA 95128-1511

Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262-0685

Heritage Bank of Commerce
150 Almaden Blvd
San Jose,, CA 95113-2010

Mark V. Isola
Law Offices of Rehon and Roberts
10 Almaden Blvd. #550
San Jose, CA 95113-2262

K-Fab, Inc
3411 Leonard Court
Santa Clara,, CA 95054-2053

Patric J. Kelly
Adleson, Hess and Kelly
577 Salmar Ave. 2nd Fl.
Campbell, CA 95008-1439

Kroerle, Diana Lee
Irrevocable Trust dtd 12/28/08
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Laupheimer, F. Ronald
TTEE 401K PSP
45 Ashbury Terrace
San Francisco,, CA 94117-4501

Craig Leipold
c/o David Rosenbloom
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL 60606-5096

Marisingen, Rene and Ramona
4378 Mallard Creek Circle
Stockton,, CA 95207-5205

Mayo Family Revocable Trust
18801 Montewood Drive
Saratoga, CA 95070-6221

Merriman Curhan Ford
c/o Kirkpatrick & Lockhart Preston Gates
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Modern Bank
667 Madison Avenue
New York, NY 10065-8029

Andrew R. Neilson
Nixon Peabody, LLP
1 Embarcadero Center 18th Fl.
San Francisco, CA 94111-3667

Orlandi, Lauren Bella Gift Trust
P.O. Box 668
Santa Clara,, CA 95052-0668

Orlandi, Lisa B Living Trust
P.O. Box 668
Santa Clara,, CA 95052-0668

Pacheco, Diana
1160 Industrial Road, No. 12
San Carlos,, CA 94070-4128

Perkins, Barbara
2355 Cherry Hills Drive
This zip code is for Byron not Discovery
Byron,, CA 94505-1419

Peters, R.W. and C. H. 1992 Trust
1282 St. Mark Court
Los Altos,, CA 94024-7041

Predators Holdings, LP
c/o Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219-1791

Catherine Schlomann Robertson
Law Offices of Pahl and Gosselin
225 W Santa Clara St. #1500
San Jose, CA 95113-1752

Saba, George and Dianne
69 Catalpa Drive
Atherton,, CA 94027-2167

Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy and Woog
535 Anton Blvd. 10th Fl.
Costa Mesa, CA 92626-1947

Nicholas, Michael A.
P.O. Box 250
Diablo,, CA 94528-0250

Orlandi, Lindsey Bianca Gift Trust
P.O. Box 668
Santa Clara,, CA 95052-0668

Orlandi, Richard Alexander Gift Trust
P.O. Box 668
Santa Clara,, CA 95052-0668

Panagotacos, V
1620 Wakefield Terrace
Los Altos, CA 94024-5865

Pershing LLC
One Pershing Plaza
Jersey City, NJ 07399-0002

Petersen Chuck
12755 Folson Blvd.
Folsom, CA 95630-8097

Kurt E. Ramlo
Skadden, Arps, Slate, Meagher & Flom
300 S Grand Ave. #3400
Los Angeles, CA 90071-3137

Richard A. Rogan
Jeffer, Mangels, Butler and Marmaro
2 Embarcadero Center 5th Fl.
San Francisco, CA 94111-3813

San Hill Finance
901 Campisi Way, Suite 250
Campbell, CA 95008-2375

Nathan F Coco Esq
McDermott Will & Emery LLP
227 W Monroe Street
Chicago, IL 60606-5096

Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104-2736

Orlandi, Lisa
Living Trust
1070 San Tomas Aquino
Campbell,, CA 95008-5936

Orlandi, Richard V.
ROMO, LP
3131 Riddle Road
San Jose,, CA 95117-2246

Paul D. Showerman
540 White Pelican Drive
Vero Beach, FL 32963-9561

Pershing, LLC
One Perishing Plaza
Jersey City, NJ 07399-0002

Predators Holdings, LP
c/o John C. Tishler, Esq.
Waller Lansden Dortch & Davis, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523

Roberts, Richard
Medalist & Company
2880 Lakeside Drive
Santa Clara,, CA 95054-2813

David S. Rosenbloom
McDermott Will and Emery LLP
227 W Monroe St.
Chicago, IL 60606-5096

San Juan, Patricia P.
Liv Trust
17850 Bruce Avenue
Los Gatos,, CA 95030-3208

Case: 08-30991    Doc# 79    Filed: 06/27/08    Entered: 06/27/08 16:02:57    Page 8 of 11

| | | |
|---|---|---|
| Santa Fe Trust Inc.<br>Custodian for Paul Davis IRA<br>P.O. Box 22790<br>Santa Fe,, NM 87502-2790 | Security Pacific Bank<br>Security Pacific Bank<br>12121 Wilshire Blvd.<br>Suite 1350<br>Los Angeles, CA 90025-1199 | Security Pacific Bank<br>12121 Wilshire Blvd<br>Suite 1350<br>Los Angeles, CA 90025-1199 |
| Silvani, Peter<br>9317 Thornton<br>Stockton,, CA 95209-1856 | South Valley Natl Bank<br>517 S Main St<br>Salinas,, CA 93901-3307 | Spanholtz, Richard D.<br>365 Franklin Street<br>San Mateo,, CA 94402-2270 |
| Michael St. James<br>St. James Law<br>155 Montgomery St. #1004<br>San Francisco, CA 94104-4115 | Staedler, Rudy and Beverly Ann<br>1992 Revocable Trust<br>1122 Willow Street, Suite 200<br>San Jose,, CA 95125-3103 | State of California FTB<br>Bankruptcy Department<br>P.O. Box 2952<br>Sacramento,, CA 95812-2952 |
| Stolar, Jeanne & Frederick<br>3100 Oakbridge Drive<br>San Jose,, CA 95121-1718 | Suttle, Susan A.<br>Living Trust<br>1382 Redmond Avenue<br>San Jose,, CA 95120-4423 | The 1999 Del Biaggio Family Trust<br>3000 Sand Hill Road<br>No. 1-240<br>Menlo Park, CA 94025-7113 |
| The Baron Family Rev Trust<br>1122 Willow Street<br>San Jose,, CA 95125-3103 | The Misser Irrevocable<br>Insurance Trust dtd 2/27/87<br>1680 Fordham Way<br>Mountain View,, CA 94040-3656 | The Private Bank<br>505 Hamilton Avenue, Suite 110<br>Palo Alto, CA 94301-2014 |
| The Private Bank of the Peninsula<br>c/o Rehon and Roberts<br>10 Almaden Blvd. #550<br>San Jose, CA 95113-2262 | The Santucci Family Trust<br>77 Bay Tree Lane<br>Los Altos,, CA 94022-4624 | The Spencer 2006 Revocable Tr<br>73 Toyon Road<br>Atherton,, CA 94027-2219 |
| The Sports Authority of the Metropolitan Gov<br>c/o Austin L. McMullen<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, TN 37203-0025 | The Venetian<br>3355 Las Vegas Blvd. So.<br>Las Vegas, NV 89109-8931 | Thornhill, Mary<br>Trustee, Wirth 1984 Revocable Trust<br>129 Spyglass Lane<br>Half Moon Bay,, CA 94019-8002 |
| John C. Tishler<br>Waller Lansden Dortch and Davis<br>511 Union St. #2700<br>Nashville, TN 37219-1791 | Todd C. Toral<br>Reed, Smith, Crosby and Heafey<br>1999 Harrison St.<br>P.O. Box 2084<br>Oakland, CA 94604-2084 | Gil Trevino<br>7505 Whitehurst Road<br>Gilroy, CA 95020-9425 |
| Oscar "Rusty" Trevino<br>7505 Whitehurst Road<br>Gilroy, CA 95020-9425 | Trevino Brothers<br>7505 Whitehurst Road<br>Gilroy, CA 95020-9425 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| U.S. Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia,, PA 19114-0326 | United American Bank<br>Pahl & McCay<br>Attention Catherine Robertson<br>225 W. Santa Clara St.<br>Suite 1500<br>San Jose, CA 95113-1752 | United American Bank<br>101 S. Ellsworth Avenue<br>San Mateo, CA 94401-3956 |

V. Panagotacos
1620 Wakefield Terrace
Los Altos,, CA 94024-5865

Valley Community Bank
Valley Community Bank
5000 Pleasanton Ave.
Suite 210
Pleasanton, CA 94566-7052

Valley Community Bank
5000 Pleasanton Ave
Pleasanton,, CA 94566-7052

Washington Mutual Bank
PO Box 44090
Jacksonville, Fl 32231-4090

Washington Mutual Bank
P. O. Box 78148
Phoenix, AZ 85062-8148

William Lewis Esq.
510 Waverly Street
Palo Alto, CA 94301-1720

Wills, Donna
Rev Trust
1968 Wesley Drive
Folsom,, CA 95630-6113

Wills, Richard & Donna Trust
FBO Ronald Earl Wills
1968 Wesley Drive
Folsom,, CA 95630-6113

Warren C. Woo
c/o JayM. Goffman
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Zraick, Jr., Ronald
1122 Willow Street, Suite 200
San Jose,, CA 95125-3103

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
P.O. Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
Insolvency
PO BOX 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CIT Group Inc.

(u)Thomas E. Carlson
San Francisco

(d)Craig Leipold
555 Main Street
Suite 500
Racine, WI 53403-4616

(u)Kristen Del Biaggio

(u)First Pitch, LLC

(u)GMAC

(u)John Goyak

(d)Mayo Family Revocable Trust
18801 Montewood Drive
Saratoga,, CA 95070-6221

(u)R. Todd Neilson

| | | |
|---|---|---|
| (u) Pacific Capital Bank, N.A. dba South Valle | (u) Peregrine Asset Group, Inc.<br>9835 Carlton Court<br>zip does not match any city in CA<br>CA 95756 | (u) Petersen, Chuck |
| (u) Power Play Real Estate Management, LLC | (u) Sand Hill Ventures, LLC | (d) United American Bank<br>101 S. Ellsworth Avenue<br>San Mateo, CA 94401-3956 |

End of Label Matrix
Mailable recipients 159
Bypassed recipients 15
Total 174