DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of United States Trustee
235 Pine Street, Suite 700
San Francisco, California 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-30991 TEC 11 |
| **WILLIAM JAMES DEL BIAGGIO, III**, | Chapter 11 |
| Debtor. | |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following unsecured creditors of the above-named debtor, each being among those holding the largest unsecured claims against the debtor and being willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. **AEG Facilities**
   1100 South Flower Street
   Los Angeles, CA 90015
   Phone: (213) 763-7700

   Represented by:
   Merly Macklin, Esq.
   Holme Roberts & Owen, LLP
   560 Mission Street, 25th Floor
   Phone: (415) 268-2000
   Fax: (415) 268-1999
   Email: meryl.macklin@hro.com

2. **Don Arata**
   1160 Industrial Road, Suite 12
   San Carlos, CA 94070
   Phone: (650) 508-1010
   Fax: (650) 508-1011
   Email: don@arata.com

Case: 08-30991   Doc# 81   Filed: 06/27/08   Entered: 06/27/08 18:12:08   Page 1 of 3
APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS                                                                 - 1 -

| | | | |
|---|---|---|---|
| 1 | 3. | **DGB Investments, Inc.** | Represented by: |
| 2 | | 40 Foxhill Road<br>Redwood City, CA 94062 | Michael H. Steinberg, Esq.<br>Sullivan & Cromwell, LLP |
| 3 | | | 1888 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| 4 | | | Phone: (408) 232-7801<br>Fax: (408) 232-7804 |
| 5 | | | Email: steinberg@sullcrom.com |
| 6 | 4. | **F. Ronald Laupheimer**<br>**TTEE 401K PSP** | |
| 7 | | 45 Ashbury Terrace<br>San Francisco, CA 94117 | |
| 8 | | Phone: (415) 564-5555<br>Fax: (415) 564-5538 | |
| 9 | | Email: rlaupheimer@pacbell.net | |
| 10 | | | |
| 11 | 5. | **Martha E. San Filippo Foundation**<br>Attn: William J. Snyder | Represented by:<br>Stevan C. Adelman, Esq. |
| 12 | | 650 North Winchester Blvd., Suite 6<br>San Jose, CA 95128 | Miller, Morton, Caillat & Nevis LLP<br>25 Metro Drive, 7th Floor |
| 13 | | Phone: (408) 241-8700<br>Fax: (408) 241-8181 | San Jose, CA 95110<br>Phone: (408) 292-1765 |
| 14 | | | Fax: (408) 436-8272<br>Email: sadelman@millermorton.com |
| 15 | | | |
| 16 | 6. | **Modern Bank, N.A.**<br>Attn: Anthony Burke | Represented by:<br>Michelle Rice, Esq. |
| 17 | | 667 Madison Avenue<br>New York, NY 10021 | Arkin Kaplan Rice LLP<br>590 Madison Avenue |
| 18 | | Phone: (212) 323-1100 | New York, NY 10022<br>Direct: (212) 333-0227 |
| 19 | | | Fax: (212) 333-2350<br>Email: mrice@arkin-law.com |
| 20 | | | |
| 21 | | | Michael Ahrens, Esq.<br>Sheppard Mullin Richter & Hampton LLP |
| 22 | | | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 23 | | | Direct: (415) 774-3243<br>Fax: (415) 434-3947 |
| 24 | | | Email: mahrens@sheppardmullin.com |
| 25 | 7. | **Security Pacific Bank**<br>Attn: Randy Zuckerman | Represented by:<br>Cecily A. Dumas, Esq. |
| 26 | | 12121 Wilshire Blvd, Suite 13<br>Los Angeles, CA 90025 | Friedman Dumas et al LLP<br>150 Spear Street, Suite 1600 |
| 27 | | Phone: (310) 622-7654<br>Fax: (310) 207-1732 | San Francisco, CA 94105<br>Phone: (415) 834-3800 |
| 28 | | | Fax: (415) 834-1044<br>Email: cdumas@friedumspring.com |

Case: 08-30991    Doc# 81    Filed: 06/27/08    Entered: 06/27/08 18:12:08    Page 2 of 3

| | | |
|---|---|---|
| 8. | **United American Bank**<br>Attn: W.R. Walters<br>101 S. Ellsworth Ave. #110<br>San Mateo, CA 94401<br>Phone: (650) 579-1515<br>Fax: (650) 579-1501 | Represented by:<br>Catherine Scholmann Robertson, Esq.<br>Pahl & McCay<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113-1752<br>Phone: (408) 286-5100<br>Fax: 408-286-5722<br>Email: crobertson@pahl-mccay.com |
| 9. | **Valley Community Bank**<br>465 Main Street<br>Pleasanton, CA 94566<br>Phone: (925) 484-5400<br>Fax: (925) 484-9073 | Represented by:<br>Bruce Copeland, Esq.<br>Todd Toral, Esq.<br>Andrew Neilson, Esq.<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>Phone: (415) 984-8200<br>Fax: (415) 984-8300<br>Email: bcopeland@nixonpeabody.com<br>ttoral@nixonpeabody.com<br>aneilson@nixonpeabody.com |

Dated: June 27, 2008

Sara L. Kistler, Acting U.S. Trustee

By: /s/ Donna S. Tamanaha
      Assistant U.S. Trustee

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS — 3 —