1  Meryl Macklin (CA State Bar No. 115053)
   Holme Roberts & Owen LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:   (415) 268-2000
   Facsimile:    (415) 268-1999
4  meryl.macklin@hro.com

5
   And
6

7  Lawrence Bass (CA State Bar No. 60527)
   Holme Roberts & Owen LLP
8  1700 Lincoln Street, Suite 4100
   Denver, CO 80203-4541
9  Telephone: (303) 861-7000
   Facsimile: (303) 866-0200
10 lawrence.bass@hro.com

11
   Attorneys for AEG Facilities, Inc.
12

13

14                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF CALIFORNIA
15                       SAN FRANCISCO DIVISION

16

17  In Re                                    CASE NO. 08-30991

18  WILLIAM JAMES DEL BIAGGIO, III, a/k/a    Chapter 11
    BOOTS DEL BIAGGIO
19                                           **AMENDED REQUEST FOR SPECIAL
                                             NOTICE AND INCLUSION ON MASTER
20                                           MAILING LIST**

21

22

23

24
        PLEASE TAKE NOTICE that Holme Roberts & Owen LLP, on behalf of AEG Facilities,
25
    Inc. ("AEG"), hereby files its Amended Request for Special Notice and Inclusion on Master Mailing
26
    List and requests that all notices given or required to be given in this case to creditors, any creditors'
27
    committee, or any other party in interest, whether sent by the Court, the Debtor, the Trustee, or any
28
                                             1

#38165 v2

1    other party in this case, and all papers served or required to be served in connection with any such

2    matter, be served on AEG and Holme Roberts & Owen, attorneys for AEG, at the addresses listed

3    below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the

4    Court's master mailing list:

5            Meryl Macklin, Esq.
             Holme Roberts & Owen, LLP
6            560 Mission Street, 25th Floor
             San Francisco, CA  94105-2994
7            Telephone:     (415) 268-2000
             Facsimile:     (415) 268-1999
8            meryl.macklin@hro.com

9
             And
10

11           Lawrence Bass, Esq.
             Holme Roberts & Owen LLP
12           1700 Lincoln Street, Suite 4100
             Denver, CO 80203-4541
13           Telephone: (303) 861-7000
             Facsimile: (303) 866-0200
14           lawrence.bass@hro.com

15

16           PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and

17   papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of

18   any application, complaint, dismissal, hearing, motion, pleading, plan, disclosure statement or

19   request, formal or informal, whether conveyed by mail, telephone, facsimile or otherwise.

20           Neither this Amended Request for Special Notice nor any subsequent appearance, pleading,

21   claim or suit is intended to waive any rights including: (i) AEG's right to have final orders in non-

22   core matters entered only after de novo review by a district court judge; (ii) AEG's right to a jury

23   trial in any proceeding; (iii) AEG's right to have the reference withdrawn by the District Court in

24   any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights,

25   claims, actions, defenses, reclamations, setoffs, or recoupments to which AEG is or may be entitled

26   under any agreements, in law or in equity, all of which rights, claims, actions, defenses,

27   reclamations, setoffs, and recoupments AEG expressly reserves.  AEG does not, by filing this

28   Amended Request, submit to the jurisdiction of this Court, or any other court, in this case.

#38165 v2

1

2  Dated:  July 3, 2008                                    HOLME ROBERTS & OWEN LLP

3

4
                                                    By:    Lawrence Bass
5                                                          Lawrence Bass (CA State Bar No.: 60527)
6                                                          Attorneys for AEG Facilities, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Special Notice
In re William James Del Biaggio, III
Case No. 08-30991

#38165 v2