```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
 2    Including Professional Corporations
    MICHAEL H. AHRENS, Cal. Bar No. 44766
 3  ORI KATZ, Cal. Bar No. 209561
    MICHAEL M. LAUTER, Cal. Bar No. 246048
 4  Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4109
 5  Telephone:    415-434-9100
    Facsimile:    415-434-3947
 6
    Proposed Attorneys for the OFFICIAL
 7  COMMITTEE OF UNSECURED CREDITORS
    OF WILLIAM JAMES DEL BIAGGIO, III
 8
 9              UNITED STATES BANKRUPTCY COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION
12
13  In re                          Case No. 08-30991 TEC 11
14  WILLIAM JAMES DEL BIAGGIO, III, Chapter 11
15           Debtor.               REQUEST FOR SPECIAL NOTICE
                                   BY OFFICIAL COMMITTEE OF
16                                 UNSECURED CREDITORS
17
18          TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTOR,
    THE CHAPTER 11 TRUSTEE, THE UNITED STATES TRUSTEE, ALL OTHER
19
    INTERESTED PARTIES, AND THE ATTORNEYS OF RECORD FOR THE
20
    FOREGOING:
21
22          PLEASE TAKE NOTICE THAT, the Official Committee of Unsecured
23  Creditors (the "Committee"), hereby requests that all notices given or required to be given
24  in this case to creditors or any other party in interest, whether given by the Court, the
25  debtor, any trustee, any creditor, or any other party in this case, and all pleadings or other
26  papers served or required to be served in connection with any such matter, be served on
27  counsel for the Committee at the following address:
28
```

Michael H. Ahrens, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Phone: (415) 434-9100
Facsimile: (415) 434-3947

PLEASE TAKE FURTHER NOTICE THAT this request is made pursuant to 11 U.S.C. §§ 342 and 1109(b), and includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including, without limitation, all schedules, requests, notices, motions, complaints, stipulations, settlements, proposed disclosure statements, plans of reorganization, or other pleadings.

PLEASE TAKE FURTHER NOTICE THAT this request shall not be construed as a consent to have final orders in noncore matters entered without de novo review by the United States District Court, waiver of trial by jury as to matters so triable in this case, waiver of the rights to seek withdrawal of reference, mandatory or discretionary abstention, or as a waiver or limitation of any right or remedy available to such party, all of which are expressly reserved.

Dated: July 11, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Michael H. Ahrens
       MICHAEL H. AHRENS

Proposed Attorneys for Official Committee of Unsecured Creditors of William James Del Biaggio, III