STEVAN C. ADELMAN, ESQ.
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorney for the MARTHA E. SAN FILIPPO FOUNDATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br>a/k/a BOOTS DEL BIAGGIO<br><br>Debtor. | Case No.: 08-30991 TEC<br><br>Chapter 11<br><br>REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST |

PLEASE TAKE NOTICE that Miller, Morton, Caillat & Nevis, LLP, on behalf of the MARTHA E. SAN FILIPPO FOUNDATION (the "FOUNDATION"), in the above-captioned Chapter 11 case, hereby requests that all notices given or required to be given in this case to creditors, any creditors committee, or any other party in interest (Bankruptcy Rules 2002(a), (b), (c) and (f) and Bankruptcy Rule 9007), whether sent by the Court, the debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter be served on the FOUNDATION and Miller, Morton, Caillat & Nevis, LLP, attorneys for the FOUNDATION, at the address listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

Stevan C. Adelman, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint dismissal, hearing motion, pleading, plan, disclosure statement or request, formal or informal, whether conveyed by mail, telephone, facsimile or otherwise.

Dated: July //, 2008

MILLER, MORTON, CAILLAT & NEVIS, LLP

By: _____
STEVAN C. ADELMAN
Attorneys for the MARTHA E. SAN FILIPPO FOUNDATION

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:37314.1

2

REQUEST FOR SPECIAL NOTICE AND
INCLUSION ON MASTER MAILING LIST

In Re William James Del Biaggio, III
Case No. 08-30991 TEC

Case: 08-30991   Doc# 101   Filed: 07/11/08   Entered: 07/11/08 15:11:45   Page 2 of 8

## PROOF OF SERVICE

I, the undersigned, declare: I am now and at all times herein mentioned have been over the age of eighteen years, a citizen of the United States, employed in Santa Clara County, California, and not a party to the within action or cause; my business address is 25 Metro Drive, 7th Floor, San Jose, California 95110. On the date set forth below, I served the below-stated person(s) the attached

### REQUEST FOR SPECIAL NOTICE
### AND INCLUSION ON MASTER MAILING LIST

[ X ]  BY MAIL on the following party(ies) in said action, in accordance with CCP §1013a, by placing a true copy thereof enclosed in a sealed envelope addressed as shown below. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  BY FACSIMILE TRANSMISSION in accordance with CCP §1013(e), to the following party(ies) at the facsimile number(s) indicated. I caused a facsimile machine transmission to the facsimile numbers listed next to the below-stated person(s)' names. Upon completion of said facsimile transmission, the transmitting machine issues a transmission report showing the transmission was complete and without error.

[ ]  BY OVERNIGHT DELIVERY on the following party(ies) in said action, in accordance with CCP §1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area of outgoing overnight mail, addressed as set forth below. In the ordinary course of business mail, placed in that designated area and is picked up that same day for delivery the following business day.

[ ]  BY PERSONAL SERVICE. I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ X ]  FEDERAL  I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

### SEE ATTACHED SERVICE LIST

Executed on July 11, 2008, at San Jose, California.

_____
PATRICIA A. FA'ATUAI

Request for Special Notice and
Inclusion on Master Mailing List

In Re William James Del Biaggio, III
Case No. 08-30991
Chapter 11

# SERVICE LIST

| | |
|---|---|
| Michael St. James<br>St. James Law<br>155 Montgomery St. #1004<br>San Francisco, CA 94104 | Attorney for Debtor |
| Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | Trustee |
| Tobias S. Keller<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 626-3939<br>Fax: (415) 875-5700<br>Email: tkeller@jonesday.com | Attorneys for Creditor CIT Group, Inc. |
| Pedro A. Jimenez<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>Email: pjimenez@jonesday.com | Attorneys for Creditor CIT Group, Inc. |
| Heritage Bank of Commerce<br>c/o Richard A. Rogan, Esq.<br>Nicolas De Lancie, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111-3824 | Attorneys for Creditor Heritage Bank of Commerce |
| Andrew K. Alper<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048 | Attorneys for Creditor Pacific Capital Bank, N.A., dba South Valley National Bank |
| Cecily A. Dumas, Esq.<br>Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105 | Attorneys for Creditor Security Pacific Bank |

| | |
|---|---|
| Mark V. Isola, Esq.<br>Rehon & Roberts<br>10 Almaden Blvd., Suite 550<br>San Jose, CA 95113 | Attorneys for Creditor The Private Bank of the Peninsula |
| Catherine Schlomann Robertson<br>Pahl & McCay<br>225 West Santa Clara St., Ste. 1500<br>San Jose, CA 95113 | Attorneys for Creditor United American Bank |
| William C. Lewis, Esq.<br>Law Offices of William C. Lewis<br>510 Waverly Street<br>Palo Alto, CA 94301 | Attorneys for Kristen Del Biaggio |

## DEL BIAGGIO CREDITORS COMMITTEE

| | |
|---|---|
| **Modern Bank, N.A.**<br>Jonathan R. Weinberg<br>Sr. Vice President and Chief Compliance Officer<br>667 Madison Avenue<br>New York, NY 10065<br>Phone: (212) 323-2822<br>Fax: (212) 323-1187<br>jweinberg@modernbank.com<br><br>Lewis J. Goverman<br>Sr. Executive Vice President/Chief Credit Officer<br>Modern Bank, N.A.<br>667 Madison Avenue<br>New York, NY 10065<br>Phone: (212) 323-1112<br>Fax: (212) 323-1172<br>lgoverman@modernbank.com | Represented by:<br>Michelle Rice, Esq.<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Direct: (212) 333-0227<br>Fax: (212) 333-2350<br>mrice@arkin-law.com<br><br>Michael H. Ahrens, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Direct: (415) 774-3243<br>Fax: (415) 434-3947<br>mahrens@sheppardmullin.com |

Request for Special Notice and
Inclusion on Master Mailing List

In Re William James Del Biaggio, III
Case No. 08-30991
Chapter 11

Case: 08-30991   Doc# 101   Filed: 07/11/08   Entered: 07/11/08 15:11:45   Page 5 of 8

| | |
|---|---|
| **United American Bank**<br>William R. Walters<br>Executive Vice President and Chief Credit Officer<br>101 South Ellsworth Avenue, Suite 110<br>San Mateo, CA 94401<br>Phone: (650) 579-1515<br>Fax: (650) 579-1501<br>bwalters@unitedamericanbank.com | Represented by:<br>Catherine Schlomann Robertson, Esq.<br>Pahl & McCay<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113-1752<br>Phone: (408) 286-5100<br>Fax: (408) 286-5722<br>crobertson@pahl-mccay.com |
| **AEG Facilities**<br>1100 South Flower Street<br>Los Angeles, CA 90015<br>Phone: (213) 763-7700 | Represented by:<br>Meryl Macklin, Esq.<br>Holme Roberts & Owen, LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105-2994<br>Phone: (415) 268-2000<br>Fax: (415) 268-1999<br>meryl.macklin@hro.com<br><br>Lawrence Bass, Esq.<br>Holme Roberts & Owen, LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>Phone: (303) 866-0496<br>Fax: (303) 866-0200<br>Cell: (303) 946-9444<br>lawrence.bass@hro.com |
| **Don Arata**<br>1160 Industrial Road, Suite 12<br>San Carlos, CA 94070<br>Phone: (650) 508-1010<br>Fax: (650) 508-1011<br>don@arata.com | |
| **DGB Investments, Inc.**<br>40 Foxhill Road<br>Redwood City, CA 94062 | Represented by:<br>Michael H. Steinberg. Esq.<br>Sullivan & Cromwell, LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Phone: (408) 232-7801<br>Fax: (408) 232-7804<br>steinberg@sullcrom.com |

Request for Special Notice and
Inclusion on Master Mailing List

In Re William James Del Biaggio, III
Case No. 08-30991
Chapter 11

Case: 08-30991   Doc# 101   Filed: 07/11/08   Entered: 07/11/08 15:11:45   Page 6 of 8

| | |
|---|---|
| **F. Ronald Laupheimer**<br>**TTEE 401K PSP**<br>45 Ashbury Terrace<br>San Francisco, CA 94117<br>Phone: (415) 564-5555<br>Fax: (415) 564-5538<br>rlaupheimer@pacbell.net | |
| **Martha E. San Filippo Foundation**<br>Attn: William J. Snyder<br>650 North Winchester Blvd., Suite 6<br>San Jose, CA 95128<br>Phone: (408) 241-8700<br>Fax: (408) 241-8181 | |
| **Security Pacific Bank**<br>Randy L. Zuckerman<br>Sr. Vice President/Manager<br>Special Assets Department<br>12121 Wilshire Boulevard, Suite 1350<br>Los Angeles, CA 90025<br>Phone: (310) 622-7618<br>Fax: (310) 207-1732<br>rzuckerman@securitypacificbank.com | Represented by:<br>Cecily A. Dumas, Esq.<br>Friedman Dumas et al LLP<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>Phone: (415) 834-3800<br>Fax: (415) 834-1044<br>cdumas@friedumspring.com |
| **Valley Community Bank**<br>465 Main Street<br>Pleasanton, CA 94566<br>Phone: (925) 484-5400<br>Fax: (925) 484-9073 | Represented by:<br>Bruce Copeland, Esq.<br>Todd Toral, Esq.<br>Andrew Neilson, Esq.<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>Phone: (415) 984-8200<br>Fax: (415) 984-8300<br>bcopeland@nixonpeabody.com<br>ttoral@nixonpeabody.com<br>aneilson@nixonpeabody.com |

Request for Special Notice and
Inclusion on Master Mailing List

In Re William James Del Biaggio, III
Case No. 08-30991
Chapter 11

Case: 08-30991   Doc# 101   Filed: 07/11/08   Entered: 07/11/08 15:11:45   Page 7 of 8

| Trustee:<br>R. Todd Neilson<br>LECG<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Phone: (310) 556-0709<br>Fax: (310) 556-0766<br><br>201 Mission Street, Suite 800<br>San Francisco, CA 94105<br>Phone: (415) 267-0300<br>Fax: (415) 267-0310<br>tneilson@lecg.com | Represented by:<br>John D. Fiero, Esq.<br>Pachulski, Stang, Ziehl, Young, Jones &<br>Weintraub LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4554<br>Phone: (415) 263-7000<br>Fax: (415) 263-7010<br>jfiero@pszyj.com |
|---|---|

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:37379.1

Request for Special Notice and
Inclusion on Master Mailing List

In Re William James Del Biaggio, III
Case No. 08-30991
Chapter 11

Case: 08-30991   Doc# 101   Filed: 07/11/08   Entered: 07/11/08 15:11:45   Page 8 of 8