| | |
|---|---|
| 1 | Paul E. Manasian (SB No. 130855) |
| | Gregory A. Rougeau (SB No. 194437) |
| 2 | MANASIAN & ROUGEAU, LLP |
| | 400 Montgomery Street, Suite 1000 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 291-8425 |
| 4 | Facsimile: (415) 291-8426 |
| | Email: manasian@mrlawsf.com |
| 5 | Email: rougeau@mrlawsf.com |
| 6 | Attorneys for Creditor |
| | PAUL SHOWERMAN |
| 7 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

WILLIAM JAMES DEL BIAGGIO III,
aka BOOTS DEL BIAGGIO

Debtor.

Case No. 08-30991
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

PAUL SHOWERMAN, by and through his counsel, Manasian & Rougeau, LLP, files this Notice of Appearance pursuant to the provisions of rule 9010(b) of the Federal Rules of Bankruptcy Procedure and this Request for Special Notice pursuant to the provisions of Rules 2002(a), (b), (d) and (f) and 3017(a) of the Federal Rules of Bankruptcy Procedure.

Please take notice that PAUL SHOWERMAN is represented in this matter by Manasian & Rougeau, LLP and that PAUL SHOWERMAN ("Creditor") requests that the Clerk and all creditors and other parties in interest provide to it and its counsel, at the following address:

> Paul E. Manasian, Esq.
> Gregory A. Rougeau, Esq.
> Manasian & Rougeau, LLP
> 400 Montgomery Street, Suite 1000
> San Francisco, CA 94104
> Facsimile: (415)291-8426
> manasian@mrlawsf.com
> rougeeau@mrlawsf.com

copies of all notices, pleadings, and other papers filed in this case and in any adversary proceedings filed in connection with this case.

Please also take notice that this request includes all notices, pleadings and papers filed in the case, regardless of the subject matter, and includes, without limitation, notices, applications motions, complaints, pleadings, demands or requests, formal or informal, whether transmitted by mail, electronic mail, telephone, facsimile or otherwise, as well as copies of the applications, motions, complaints, pleadings, demands or requests referred to in the notices and also all notices of any hearings thereon.

The Creditor further requests that the Clerk of the Court place Manasian & Rougeau, LLP on the mailing matrix in the case and also on any limited mailing matrix, if the mailing matrix is limited in any manner in the future.

Dated: July 16, 2008               MANASIAN & ROUGEAU, LLP

                                           *Gregory A. Rougeau*
                                           Gregory A. Rougeau
                                           Attorneys for Creditor,
                                           PAUL SHOWERMAN