1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    MICHAEL H. AHRENS, Cal. Bar No. 44766
3   ORI KATZ, Cal. Bar No. 209561
    MICHAEL M. LAUTER, Cal, Bar No. 246048
4   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4109
5   Telephone:    415-434-9100
    Facsimile:    415-434-3947
6
    Proposed Attorneys for the OFFICIAL
7   COMMITTEE OF UNSECURED CREDITORS
    OF WILLIAM JAMES DEL BIAGGIO, III
8

9                    UNITED STATES BANKRUPTCY COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  In re                              Case No. 08-30991 TEC 11

14  WILLIAM JAMES DEL BIAGGIO, III,    Chapter 11

15              Debtor.                **AMENDED REQUEST FOR SPECIAL
                                       NOTICE BY OFFICIAL COMMITTEE
16                                     OF UNSECURED CREDITORS**

17

18          TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTOR,

19  THE CHAPTER 11 TRUSTEE, THE UNITED STATES TRUSTEE, ALL OTHER

20  INTERESTED PARTIES, AND THE ATTORNEYS OF RECORD FOR THE

21  FOREGOING:

22          PLEASE TAKE NOTICE THAT, the Official Committee of Unsecured

23  Creditors (the "Committee"), hereby requests that all notices given or required to be given

24  in this case to creditors or any other party in interest, whether given by the Court, the

25  debtor, any trustee, any creditor, or any other party in this case, and all pleadings or other

26  papers served or required to be served in connection with any such matter, be served on

27  counsel for the Committee at the following address:

28

-1-

Case: 08-30991   Doc# 114   Filed: 07/18/08   Entered: 07/18/08 12:20:39   Page 1 of 2

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA   94111
Attn:    Michael H. Ahrens, Esq.
          Ori Katz, Esq.
          Michael M. Lauter, Esq.
Phone: (415) 434-9100
Facsimile:  (415) 434-3947
Email:   mahrens@sheppardmullin.com
          okatz@sheppardmullin.com
          mlauter@sheppardmullin.com

PLEASE TAKE FURTHER NOTICE THAT this request is made pursuant to 11 U.S.C. §§ 342 and 1109(b), and includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including, without limitation, all schedules, requests, notices, motions, complaints, stipulations, settlements, proposed disclosure statements, plans of reorganization, or other pleadings.

PLEASE TAKE FURTHER NOTICE THAT this request shall not be construed as a consent to have final orders in noncore matters entered without de novo review by the United States District Court, waiver of trial by jury as to matters so triable in this case, waiver of the rights to seek withdrawal of reference, mandatory or discretionary abstention, or as a waiver or limitation of any right or remedy available to such party, all of which are expressly reserved.

This Amended Request for Special Notice amends and restates the Request for Special Notice filed by the Committee on July 11, 2008 as Docket No. 100 in the above-captioned bankruptcy case.

Dated:  July 18, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By        /s/ Michael M. Lauter
                MICHAEL M. LAUTER

Proposed Attorneys for Official Committee of Unsecured Creditors of William James Del Biaggio, III

-2-

Case: 08-30991   Doc# 114   Filed: 07/18/08   Entered: 07/18/08 12:20:39   Page 2 of 2