Entered on Docket
July 18, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 17, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____

RANDALL P. MROCZYNSKI
(STATE BAR NO. 156784)
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1026
Facsimile: (714) 431-1119

Attorneys for Movant
DCFS USA LLC SUCCESSOR TO
DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICAS LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br><br>Debtor.<br><br>DCFS USA LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC,<br><br>Movant,<br><br>vs.<br><br>WILLIAM JAMES DEL BIAGGIO, III, Debtor, and R. TODD NEILSON, Chapter 11 Trustee,<br><br>Respondent. | CASE NO. 08-30991 TEC 11<br><br>CHAPTER 11<br><br>RS No: RPM - 14<br><br>**ORDER TERMINATING THE AUTOMATIC STAY**<br><br>Hearing on Motion:<br><br>Date: July 14, 2008<br>Time: 1:00 p.m.<br>Ctrm: 23 |

DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC's Motion for Relief from the Automatic Stay came on regularly for hearing on July 14, 2008, at 1:00 p.m., before the Honorable Thomas E. Carlson. All appearances were as noted in the Court's record.

Based upon the pleadings contained herein and on oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in regard to the 2008 MERCEDES BENZ S63 AMG, Vehicle Identification Number WDDNG77X98A153016, the automatic stay is terminated as to Movant, and Movant may enforce its remedies to repossess or otherwise obtain possession of, and dispose of the Vehicle in accordance with applicable non-bankruptcy law.

IT IS FURTHER ORDERED that the 10-day stay provided by FRBP Rule 4001(a)(3) is waived.

Certificate of Service for the Proposed Order Docket Entry Number 107.

\* \* \* \* END OF ORDER \* \* \* \*

# COURT SERVICE LIST

## CASE NO: 08-30991 TEC

| Counsel of Record | Phone/Fax Nos. | Party |
|---|---|---|
| William James Del Biaggio III<br>3000 San Hill Road, Building 1, Suite 240<br>Menlo Park, CA 94025 | | Debtor |
| Michael St. James<br>St. James Law<br>155 Montgomery St., #1004<br>San Francisco, CA 94104 | | Attorney for Debtor |
| R. Todd Neilson<br>Chapter 11 Trustee<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 | | Chapter 11 Trustee |
| U.S. Trustee<br>Office of the U.S. Trustee / SF<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104 | | U.S. Trustee |
| Randall P. Mroczynski, Esq.<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>535 Anton Blvd, 10th Floor<br>Costa Mesa, CA 92626 | | Attorney for Movant |