WAYNE A. SILVER, Esq. (108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Tel. (408) 720-7007
Fax. (408) 720-7001
email: w_silver@sbcglobal.net

Attorney for Interested Parties:
Michael Aymar, Ward T. Bell, Gary T. Cook, Paul Davis, Bryan Dziedziak, Perefrine Asset
Group, Inc. (Bob Gale as Trustee), John K. Goyak, Ken Hartstein, Mike Kedell, Rene
Marasigan, Mayo Family Revocable Trust, Cesar M. Mayo IRA, Michael A. Nicholas (Irvin
Nicholas as Trustee), Lisa B. Orlandi Living Trust, Lindsey Bianca Orlandi Gift Trust (Lisa B.
Orlandi as Trustee), Lauren Bella Orlandi Gift Trust (Lisa B. Orlandi as Trustee), Richard
Alexander Orlandi Gift Trust, ROMO, LP (Richard Orlandi as Trustee), Barbara Perkins, Peter
Silvani, Thornhill Living Trust dated 10/08/98 (Gary Thornhill as Trustee), and Wirth 1984
Revocable Trust (Mary Thornhill as Trustee), Andrew Arata, Daniel Arata, Don Arata Nicholas
Arata, Bachelor Living Trust, Brothers Living Trust (Stephen Brothers as Trustee), Cook
Family Trust (Gary T. Cook as Trustee), Economic Concepts (Ken Hartstein as Trustee), Fat
Cat Intl. (Steven Gould as Trustee), Kedell Family Trust (Mike Kedell as Trustee), K-Fab, Inc.
(Mike Kedell as Trustee), Ron Laupheimer 401K PSP, Misser Irrevocable Trust (Linda Misser
as Trustee), Diana Pacheco, Pat San Juan Living Trust, Susan Suttle Living Trust, Ron Wills,
Donna Wills, Richard Roberts, WTB Limited Partnership I (Ward T. Bell as Trustee),
WTKBJT, LLC (Ward T. Bell as Trustee), WTBA Profit Sharing Plan (Ward T. Bell as
Trustee), ECI Investment Advisors Inc. DBPP (Ken Hartstein as Trustee), and ECI Pension
Services LLC DBPP (Ken Hartstein as Trustee).

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 08-30991-TEC |
| | ) Chapter 11 |
| WILLIAM JAMES DEL BIAGGIO, III, | ) |
| aka "BOOTS" DEL BIAGGIO, | ) **NOTICE OF APPEARANCE AND** |
| | ) **REQUEST FOR SPECIAL NOTICE** |
| Debtor-in-possession. | ) |
| | ) |

Pursuant to Bankruptcy Rule 2002(g), Creditors Michael Aymar, Ward T. Bell, Gary T.

Cook, Paul Davis, Bryan Dziedziak, Perefrine Asset Group, Inc. (Bob Gale as Trustee), John K.

Goyak, Ken Hartstein, Mike Kedell, Rene Marasigan, Mayo Family Revocable Trust, Cesar M.

Mayo IRA, Michael A. Nicholas (Irvin Nicholas as Trustee), Lisa B. Orlandi Living Trust, Lindsey

Case: 08-30991   Doc# 128   Filed: 07/25/08   Entered: 07/25/08 11:20:57   Page 1 of 2

Bianca Orlandi Gift Trust (Lisa B. Orlandi as Trustee), Lauren Bella Orlandi Gift Trust (Lisa B. Orlandi as Trustee), Richard Alexander Orlandi Gift Trust, ROMO, LP (Richard Orlandi as Trustee), Barbara Perkins, Peter Silvani, Thornhill Living Trust dated 10/08/98 (Gary Thornhill as Trustee), and Wirth 1984 Revocable Trust (Mary Thornhill as Trustee), Don Arata, (Don Arata as Trustee for Nicholas Arata, Andrew Arata, Daniel Arata), Bachelor Living Trust, Brothers Living Trust (Stephen Brothers as Trustee), Cook Family Trust (Gary T. Cook as Trustee), Economic Concepts (Ken Hartstein as Trustee), Fat Cat Intl. (Steven Gould as Trustee), Kedell Family Trust (Mike Kedell as Trustee), K-Fab, Inc. (Mike Kedell as Trustee), Ron Laupheimer 401K PSP, Misser Irrevocable Trust (Linda Misser as Trustee), Diana Pacheco, Pat San Juan Living Trust, Susan Suttle Living Trust, Ron Wills, Donna Wills, Richard Roberts, WTB Limited Partnership I (Ward T. Bell as Trustee), WTKBJT, LLC (Ward T. Bell as Trustee), WTBA Profit Sharing Plan (Ward T. Bell), ECI Investment Advisors Inc. DBPP (Ken Hartstein as Trustee), and ECI Pension Services LLC DBPP (Ken Hartstein as Trustee) hereby appear and request that the undersigned attorney be added to the official mailing matrix and service lists for the above-captioned Case. All pleadings, motions, notices, and other papers, filed and/or served in the above-captioned Case, should be served as follows:

WAYNE A. SILVER, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, California 94807

Dated: July 23 2008

/s/ Wayne A. Silver
Wayne A. Silver, Attorney for
Creditors

Notice Of Appearance And Request For Special Notice

Case: 08-30991    Doc# 128    Filed: 07/25/08    Entered: 07/25/08 11:20:57    Page 2 of 2