SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER, Cal. Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Proposed Attorneys for the OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
OF WILLIAM JAMES DEL BIAGGIO, III

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br><br>                Debtor. | Case No. 08-30991 TEC 11<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

1    I am employed in the County of San Francisco; I am over the age of 18 years
and not a party to the within entitled action; my business address is Four Embarcadero Center,
2    17th Floor, San Francisco, California 94111-4106.

3    On August 1, 2008, I served the following documents to the parties listed on
Exhibit A hereto:

**MOTION FOR ORDER (1) CONFIRMING THAT THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS IS NOT AUTHORIZED OR
REQUIRED TO PROVIDE ACCESS TO CONFIDENTIAL OR
PRIVILEGED INFORMATION; AND (2) APPROVING INFORMATION
ACCESS PROTOCOL**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR ORDER (1) CONFIRMING THAT THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS IS NOT AUTHORIZED OR
REQUIRED TO PROVIDE ACCESS TO CONFIDENTIAL OR
PRIVILEGED INFORMATION; AND (2) APPROVING INFORMATION
ACCESS PROTOCOL**

**NOTICE OF MOTION FOR ORDER (1) CONFIRMING THAT THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS IS NOT
AUTHORIZED OR REQUIRED TO PROVIDE ACCESS TO
CONFIDENTIAL OR PRIVILEGED INFORMATION; AND
(2) APPROVING INFORMATION ACCESS PROTOCOL**

On August 1, 2008, I served the following document to the parties listed on
Exhibit B hereto:

**NOTICE OF MOTION FOR ORDER (1) CONFIRMING THAT THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS IS NOT
AUTHORIZED OR REQUIRED TO PROVIDE ACCESS TO
CONFIDENTIAL OR PRIVILEGED INFORMATION; AND
(2) APPROVING INFORMATION ACCESS PROTOCOL**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit **[Exhibits A and B]**.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **BY OVERNIGHT DELIVERY EXCEPT AS OTHERWISE STATED:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2008 at San Francisco, California.

/s/ Lisa Semeraro
Lisa Semeraro

**Exhibit A to Certificate of Service**

William James Del Biaggio, III
3000 Sand Hill Road, Building 1, Ste 240
Menlo Park, CA 94025


Michael St. James
St. James Law
155 Montgomery St. #1004
San Francisco, CA 94104


Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, Suite 1100
Los Angeles, California 90067-4100

John D. Fiero
Maxim B. Litvak
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4023

R Todd Neilson
LECG
2049 Century Park East, Suite 2300
Los Angeles, CA 90067


Tom Jeremiassen
LECG
550 S Hope St, Ste 2150
Los Angeles, CA 90071


Julie M. Glosson
Office of the United States Trustee
235 Pine St. #800
San Francisco, CA 94104


Mark V. Isola, Esq.
Rehon & Roberts
10 Almaden Blvd., Suite 550
San Jose, CA 95113

| | |
|---|---|
| 1 | Heritage Bank of Commerce<br>c/o Richard A. Rogan, Esq. |
| 2 | Nicolas De Lancie, Esq. |
| 3 | Jeffer, Mangels, Butler, & Marmaro LLP<br>Two Embarcadero Center, 5th Floor |
| 4 | San Francisco, CA 94111-3824 |
| 5 | Tobias S. Keller |
| 6 | Jones Day<br>555 California Street, 26th Floor |
| 7 | San Francisco, CA 94104 |
| 8 | Pedro A. Jimenez |
| 9 | Jones Day<br>222 East 41st Street |
| 10 | New York, NY 10017 |
| 11 | Nathan P.J. Lebioda |
| 12 | Jones Day<br>222 East 41st Street |
| 13 | New York, NY 10017 |
| 14 | Pacific Capital Bank, N.A. dba South Valley National Bank<br>c/o Frandzel Robins Bloom & Csato, L.C. |
| 15 | 6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90048 |
| 16 | Attn: Andrew K. Alper |
| 17 | Catherine Schlomann Robertson |
| 18 | PAHL & McKAY<br>225 West Santa Clara Street, Suite 1500 |
| 19 | San Jose, CA 95113 |
| 20 | William C. Lewis, Esq. |
| 21 | Law Offices of William C. Lewis<br>510 Waverley Street |
| 22 | Palo Alto, CA 94301 |
| 23 | Cecily A. Dumas, Esq. |
| 24 | Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600 |
| 25 | San Francisco, CA 94105 |
| 26 | Meryl Macklin, Esq.<br>Holme Roberts & Owen, LLP |
| 27 | 560 Mission Street, 25th Floor<br>San Francisco, CA 94105-2994 |
| 28 | |

| | |
|---|---|
| 1 | Lawrence Bass, Esq. |
| | Holme Roberts & Owen LLP |
| 2 | 1700 Lincoln Street, Suite 4100 |
| | Denver, CO 80203-4541 |
| 3 | |
| 4 | Lawrence M. Schwab, Esq. |
| | Patrick M. Costello, Esq. |
| 5 | Bialson, Bergen & Schwab |
| | 2600 El Camino Real, Suite 300 |
| 6 | Palo Alto, CA 94306 |
| 7 | |
| | John W. (Jay) Fowler, Esq. |
| 8 | Bergeson, LLP |
| | 303 Almaden Blvd., Suite 500 |
| 9 | San Jose, CA 95110-2712 |
| 10 | |
| | G. Larry Engel |
| 11 | Vincent J. Novak |
| | Morrison & Foerster LLP |
| 12 | 425 Market Street |
| | San Francisco, CA 94105-2482 |
| 13 | |
| | Jay M. Goffman |
| 14 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | Four Times Square |
| 15 | New York, New York 10036 |
| 16 | |
| | Nick P. Saggese |
| 17 | Skadden, Arps, Slate, Meagher & Flom, LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 18 | Los Angeles, CA 90071 |
| 19 | |
| | Austin L. McMullen |
| 20 | Boult, Cummings, Conners & Berry, PLC |
| | 1600 Division Street, Suite 700 |
| 21 | P. O. Box 340025 |
| | Nashville, Tennessee 37203 |
| 22 | |
| 23 | Washington Mutual Bank |
| | PO Box 44090 |
| 24 | Jacksonville, Florida 32231-4090 |
| 25 | |
| | Bruce Copeland, Esq. |
| 26 | Todd Toral, Esq. |
| | Andrew Neilson, Esq. |
| 27 | NIXON PEABODY LLP |
| | One Embarcadero Center, 18th Floor |
| 28 | San Francisco, California 94111-3600 |

| | |
|---|---|
| 1 | John C. Tishler, Esq. |
|   | Waller Lansden Dortch & Davis, LLP |
| 2 | 333 S. Grand Avenue, Suite 1800 |
|   | Los Angeles, CA 90071 |
| 3 | |
| 4 | Ames Davis, Esq. |
|   | J. Chase Cole, Esq. |
| 5 | Waller Lansden Dortch & Davis, LLP |
|   | 511 Union Street, Suite 2700 |
| 6 | Nashville, TN 37219 |
| 7 | |
|   | Richard S. Berger, Esq. |
| 8 | Landau & Berger LLP |
|   | 1801 Century Park East, Suite 1460 |
| 9 | Los Angeles, CA 90067 |
| 10 | |
|    | Jeffrey L. Bornstein, Esq. |
| 11 | Kirkpatrick & Lockhart Preston Gates Ellis LLP |
|    | 55 Second Street, Suite 1700 |
| 12 | San Francisco, California 94105-3493 |
| 13 | Christopher Aguilar |
|    | General Counsel and Chief Compliance Officer |
| 14 | Merriman Curhan Ford |
|    | 600 California Street, 9th Floor |
| 15 | San Francisco, CA 94108 |
| 16 | |
|    | Gil Trevino and Oscar "Rusty" Trevino |
| 17 | dba TREVINO BROTHERS |
|    | c/o Patric J. Kelly, Esq. |
| 18 | ADELSON, HESS & KELLY, APC |
|    | 577 Salmar Avenue, Second Floor |
| 19 | Campbell, CA 95008 |
| 20 | |
|    | David S. Rosenbloom, Esq. |
| 21 | McDermott Will & Emery LLP |
|    | 227 W. Monroe Street |
| 22 | Chicago, IL 60606 |
| 23 | |
|    | Nathan F. Coco, Esq. |
| 24 | McDermott Will & Emery LLP |
|    | 227 W. Monroe Street |
| 25 | Chicago, IL 60606 |
| 26 | |
|    | Andrew M. Thau |
| 27 | Skadden, Arps, Slate, Meagher & Flom LLP |
|    | Four Times Square |
| 28 | New York, New York 10036 |

| | |
|---|---|
| 1 | DCFS USA LLC SUCCESSOR TO |
| | DAIMLER CHRYSLER FINANCIAL |
| 2 | SERVICES AMERICAS LLC |
| | c/o Randall P. Mroczynski, Esq. |
| 3 | COOKSEY, TOOLEN, GAGE, DUFFY & WONG |
| 4 | 535 Anton Boulevard, Tenth Floor |
| | Costa Mesa, CA 92626 |
| 5 | |
| | Metropolitan Department of Law |
| 6 | c/o Andrew D. McClanahan, Esq. |
| | P.O. Box 196300 |
| 7 | Nashville, Tennessee 37219-6300 |
| 8 | |
| | J. Gregory Milmoe |
| 9 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 4 Times Square |
| 10 | New York, New York 10036 |
| 11 | |
| | Van C. Durrer, II |
| 12 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 300 South Grand Avenue, Suite 3500 |
| 13 | Los Angeles, CA 90071 |
| 14 | |
| | Ramon M. Naguit |
| 15 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 300 South Grand Avenue, Suite 3500 |
| 16 | Los Angeles, CA 90071 |
| 17 | Gregory W. Fox |
| | Skadden, Arps, Slate, Meagher & Flom LLP |
| 18 | 4 Times Square |
| | New York, New York 10036 |
| 19 | |
| 20 | Robert T. Kugler |
| | LEONARD, STREET AND DEINARD |
| 21 | Professional Association |
| | 150 South Fifth Street, Suite 2300 |
| 22 | Minneapolis, MN 55402 |
| 23 | |
| | Michael J. McQuaid, Esq. |
| 24 | Carr, McClellan, Ingersol, Thompson & Horn |
| | Professional Law Corporation |
| 25 | 216 Park Road, P.O. Box 513 |
| | Burlingame, CA 94011 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | David S. Rosenbloom |
| | McDermott Will & Emery LLP |
| 2 | 227 West Monroe Street |
| | Chicago, Illinois 60606 |
| 3 | |
| 4 | Don Arata |
| | 1160 Industrial Road, Suite 12 |
| 5 | San Carlos, CA 94070 |
| 6 | Michael H. Steinberg, Esq. |
| | Sullivan & Cromwell, LLP |
| 7 | 1888 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| 8 | |
| 9 | F. Ronald Laupheimer |
| | 45 Ashbury Terrace |
| 10 | San Francisco, CA 94117 |
| 11 | |
| | Martha E. San Filippo Foundation |
| 12 | Attn: William J. Snyder |
| | 650 North Winchester Blvd, Suite 6 |
| 13 | San Jose, CA 95128 |
| 14 | Stevan C. Adelman, Esq. |
| | Miller, Morton, Caillat & Nevis LLP |
| 15 | 25 Metro Drive, 7th Floor |
| | San Jose, CA 95110 |
| 16 | |
| 17 | Modern Bank, N.A. |
| | Attn: Anthony Burke |
| 18 | 667 Madison Avenue |
| | New York, NY 10021 |
| 19 | |
| 20 | Michelle Rice, Esq. |
| | Arkin Kaplan Rice LLP |
| 21 | 590 Madison Avenue |
| | New York, NY 10022 |
| 22 | |
| 23 | Security Pacific Bank |
| | Attn: Randy Zuckerman |
| 24 | 12121 Wilshire Blvd, Suite 13 |
| | Los Angeles, CA 90025 |
| 25 | |
| 26 | United American Bank |
| | Attn: W.R. Walters |
| 27 | 101 S. Ellsworth Ave. #110 |
| | San Mateo, CA 94401 |
| 28 | |

| | |
|---|---|
| 1 | Valley Community Bank |
|   | 465 Main Street |
| 2 | Pleasanton, CA 94566 |
| 3 | |
|   | DGB Investments, Inc. |
| 4 | 40 Foxhill Road |
|   | Redwood City, CA 94062 |
| 5 | |
|   | AEG Facilities |
| 6 | 1100 South Flower Street |
|   | Los Angeles, CA 90015 |
| 7 | |
| 8 | Paul E. Manasian, Esq. |
|   | Gregory A. Rougeau, Esq. |
| 9 | Manasian & Rougeau, LLP |
|   | 400 Montgomery Street, Suite 1000 |
| 10 | San Francisco, CA 94104 |
| 11 | |
|   | WAYNE A. SILVER, Esq. |
| 12 | 333 W. El Camino Real, Suite 310 |
|   | Sunnyvale, California 94807 |

# Exhibit B to Certificate of Service

(See Attached)

Case: 08-30991    Doc# 135    Filed: 08/01/08    Entered: 08/01/08 14:14:46    Page 11 of 18

```
Label Matrix for local noticing          AEG Facilities, Inc.                      DCFS USA LLC successor to DaimlerChrysler Fi
0971-3                                   c/o Meryl Macklin, Esq.                   c/o Randall P. Mroczynski
Case 08-30991                            Holme Roberts & Owen, LLP                 Cooksey, Toolen, Gage, Duffy & Woog
Northern District of California          560 Mission Street, 25th Floor            535 Anton Boulevard, 10th floor
San Francisco                            San Francisco, CA 94105-2994              Costa Mesa,, CA 92626-1947
Fri Aug  1 11:33:21 PDT 2008

Heritage Bank of Commerce                Merriman Curhan Ford                      Metropolitan Department of Law
150 Almaden Blvd                         c/o Kirkpatrick & Lockhart Preston Gates  P.O. Box 196300
Attn:  Richard Hagarty                   55 Second Street, Suite 1700              Nashville, TN 37219-6300
San Jose, CA 95113-2010                  San Francisco, CA 94105-3493


Official Committee of Unsecured Creditors Predators Holdings, LP                   Predators Holdings, LP
Sheppard, Mullin, Richter & Hampton LLP  c/o John C. Tishler, Esq.                 c/o Waller Lansden Dortch & Davis, LLP
Four Embarcadero Center, 17th Floor      Waller Lansden Dortch & Davis, LLP        511 Union Street, Suite 2700
San Francisco, CA 94111-4158             333 S. Grand Avenue, Suite 1800           Nashville, TN 37219-1791
                                         Los Angeles, CA 90071-1523


Security Pacific Bank                    Skadden, Arps, Slate, Meagher and Flom    The Private Bank of the Peninsula
Security Pacific Bank                    300 S. Grand Ave. 34th Fl.                c/o Rehon and Roberts
12121 Wilshire Blvd.                     Los Angeles, CA 90071-3109                10 Almaden Blvd. #550
Suite 1350                                                                         San Jose, CA 95113-2262
Los Angeles, CA 90025-1199


The Sports Authority of the Metropolitan Gov  Trevino Brothers                     United American Bank
c/o Austin L. McMullen                   7505 Whitehurst Road                      Pahl & McCay
Boult, Cummings, Conners & Berry, PLC    Gilroy, CA 95020-9425                     Attention Catherine Robertson
1600 Division Street, Suite 700                                                    225 W. Santa Clara St.
P.O. Box 340025                                                                    Suite 1500
Nashville, TN 37203-0025                                                           San Jose, CA 95113-1752

Valley Community Bank                    Washington Mutual Bank                    U.S. Bankruptcy Court
Valley Community Bank                    PO Box 44090                              235 Pine Street, 19th floor
5000 Pleasanton Ave.                     Jacksonville, Fl 32231-4090               Post Office Box 7341
Suite 210                                                                          San Francisco, CA 94120-7341
Pleasanton, CA 94566-7052


2006 Cook Family Rev Trust               AEG Facilities                            Amex
533 Flannery Street                      1100 South Flower Street                  P.O. Box 297871
Santa Clara, CA 95051-6112               Suite 3200                                Fort Lauderdale,, FL 33329-7871
                                         Los Angeles, CA 90015-2125



Andrew M. Thau                           Andrew M. Thau                            Arata, Andrew
Skadden, Arps, Slate, Meagher & Flom LLP Skadden, Arps, Slate, Meagher & Flom LLP  1160 Industrial Road, No.12
Four Times Square                        Four Times Square                         San Carlos,, CA 94070-4128
New York, NY 10036-6522                  New York, New York 10036-6522



Arata, Daniel                            Arata, Don                                Arata, Nicholas
1160 Industrial Road, No. 12             1160 Industrial Road, No. 12              1160 Industrial Road, No. 12
San Carlos,, CA 94070-4128               San Carlos,, CA 94070-4128                San Carlos,, CA 94070-4128



Aymar, Michael A. and Lynn A.            Bachelor, Eric and Christine              Baron, Caroline L  UTMA
114 Alerche Drive                        Children Trust                            1122 Willow Street
Los Gatos,, CA 95032-5153                120 Deer Ridge Place                      San Jose,, CA 95125-3103
                                         Danville,, CA 94506-6065
```

Baron, Pierce F UTMA
1122 Willow Street
San Jose,, CA 95125-3103

Bell, Ward T. and Assoc, Inc.
Profit Sharing Plan
14425 North 7th Street, Suite 101
Phoenix,, AZ 85022-4389

Brandenburg, Brandenburg Revocable Trust
Brandenburg Revocable Trust
1122 Willow Street
Suite 200
San Jose,, CA 95125-3103

Brandenburg, Brenton Lee
Irrevocable Trust dtd 12/31/97
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Brandenburg, Eric, Trustee
E. Brandenburg separately Property Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125-3103

Brandenburg, Jackson Lee
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Brandenburg, Karen D.
1122 Willow Street, Suite 200
San Jose,, CA 95125-3103

Brandenburg, Taylor Ann
2002 Trust dtd 12/24/02
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Bronstein, Irving
Christina Maria Taylor
1609 Whipple Road
Hayward,, CA 94544-7928

Bronstein, Troy
1609 Whipple Road
Hayward,, CA 94544-7928

Brothers Living Trust
57 Newport Drive
Napa,, CA 94559-4822

CIT Group Inc.
c/o Nathan P.J. Lebioda
Jones Day
222 East 41st Street
New York, NY 10017-6727

CIT Group Inc.
c/o Pedro A. Jimenez
Jones Day
222 East 41st Street
New York, NY 10017-6727

Cacchoione, D. Scott
Merriman Curban Ford & Co.
600 California St. 9th Fl
San Francisco, CA 94108-2706

Charles G. Peterson
c/o Law Offices of John M. O'Donnel
915 University Avenue
Sacramento, CA 95825-6725

Christopher Aguilar
General Counsel and Chief,
Compliance Officer
Merriman Curhan Ford
600 California St. 9th Fl
San Francisco, CA 94108-2706

Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20432
Kansas City,, MO 64195-0432

Connor, David
3450 Quail Walk Court
Danville,, CA 94506-5837

Cook, Gary T.
533 Flannery Street
Santa Clara,, CA 95051-6112

Countrywide Home Loans
450 American St
Simi Valley,, CA 93065-6285

Craig Leipold
555 Main Street
Suite 500
Racine, WI 53403-4616

Croesus Investments, LLC
2984 Via Della Amore
Henderson,, NV 89052-4029

D. Scott Cacchione
Merriman Curban Ford & Co.
600 California St., 9th Floor
San Francisco, CA 94108-2706

DCFS USA LLC
36455 Corporate Dr
Farmington Hills,, MI 48331-3552

DGB Investments
40 Foxhill Road
Redwood City, CA 94062-4825

David S. Rosenbloom Esq.
McDermott Will & Emery LLP
227 W Monroe Street
Chicago, IL 60606-5096

DeCosta, Verna M Trust
Luigi Pietrantoni TTEE
P.O. Box 3149
San Leandro,, CA 94578-0149

DiLeo, Joseph
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Don Arata
1160 Industrial Road, Suite 12
San Carlos, CA 94070-4128

Economic Concepts, Inc
Defined Benefit Pension Plan
9316 E Raintree Dr., Suite100
Scottsdale,, AZ 85260-3006

F. Ronald Laupheimer
TTEE 401 K PSP
45 Ashbury Terrace
San Francisco, CA 94117-4501

Fat Cat Intl
2140 Americas Cup Circle
Las Vegas,, NV 89117-1924

Gil Trevino and Oscar "Rusty" Trev
dba Trevino Brothers
c/o Patric J. Kelly, Esq.
Adleson, Hess & Kelly APC
577 Salmar Ave. Second Fl
Campbell, CA 95008-1453

Gil Trevino and Oscar Trevino dba Trevino Br
c/o Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
577 Salmar Ave., Campbell, CA 95008

Goyak, John K.
3680 Howard Hughes Parkway, Suite 360
Las Vegas,, NV 89109

Harrah's Casino Hotel Lake Tahoe
c/o Robert G. Aisenstein, Esq.
2114 Fountain Springs Drive
Henderson, Nevada 89074-1575

Harrah's Tahoe
15 Hwy 50
Stateline, NV 89449

Hengehold, David
762 San Antonio Road
Palo Alto,, CA 94303-4613

Heritage Bank of Commerce
150 Almaden Blvd
San Jose,, CA 95113-2010

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

J. Gregory Milmoe
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036-6522

Jeffrey L. Bornstein Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
55 Second Street Ste. 1700
San Francisco, CA 94105-3493

K-Fab, Inc
3411 Leonard Court
Santa Clara,, CA 95054-2053

Kedell, Michael W. and Barbara A.
Family Trust
22225 Cupertino Road
Cupertino,, CA 95014-1068

Kerzner International
The Atlantis Hotel
1000 South Pine Island Road
Suite 800
Plantation, FL 33324-3909

Kristen Del Biaggio
20801 Scenic Vista Drive
San Jose, CA 95120-1215

Kroerle, Diana Lee
Irrevocable Trust dtd 12/28/08
1122 Willow Street, No. 200
San Jose,, CA 95125-3103

Kuhn, Bonnie
PO Box 3210
Arnold, CA 95223-3210

Laupheimer, F. Ronald
TTEE 401K PSP
45 Ashbury Terrace
San Francisco,, CA 94117-4501

Lee Family Trust
125 Elanor Drive
Woodside,, CA 94062-1113

Luc Robitaille
55 No. Nash Street
El Segundo, CA 90245

Marisingen, Rene and Ramona
4378 Mallard Creek Circle
Stockton,, CA 95207-5205

Maron Enterprises NV LTD
123 West Nye Lane, Suite 499
Carson City,, NV 89706-0899

Martha E. San Filippo Foundation
Attn: Bill Snyder
650 North Winchester Blvd.
San Jose, CA 95128-1511

Mayo Family Revocable Trust
18801 Montewood Drive
Saratoga, CA 95070-6221

Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262-0685

Metropolitan Department of Law
c/o Andrew D. McClanahan, Esq.
P.O. Box 196300
Nashville, Tennessee 37219-6300

Modern Bank
667 Madison Avenue
New York, NY 10065-8029

Nathan F Coco Esq
McDermott Will & Emery LLP
227 W Monroe Street
Chicago, IL 60606-5096

Nicholas, Michael A.
P.O. Box 250
Diablo,, CA 94528-0250

| | | |
|---|---|---|
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2736 | Orlandi, Lauren Bella Gift Trust<br>P.O. Box 668<br>Santa Clara,, CA 95052-0668 | Orlandi, Lindsey Bianca Gift Trust<br>P.O. Box 668<br>Santa Clara,, CA 95052-0668 |
| Orlandi, Lisa<br>Living Trust<br>1070 San Tomas Aquino<br>Campbell,, CA 95008-5936 | Orlandi, Lisa B Living Trust<br>P.O. Box 668<br>Santa Clara,, CA 95052-0668 | Orlandi, Richard Alexander Gift Trust<br>P.O. Box 668<br>Santa Clara,, CA 95052-0668 |
| Orlandi, Richard V.<br>ROMO, LP<br>3131 Riddle Road<br>San Jose,, CA 95117-2246 | Pacheco, Diana<br>1160 Industrial Road, No. 12<br>San Carlos,, CA 94070-4128 | Panagotacos, V<br>1620 Wakefield Terrace<br>Los Altos, CA 94024-5865 |
| Paul D. Showerman<br>540 White Pelican Drive<br>Vero Beach, FL 32963-9561 | Perkins, Barbara<br>2355 Cherry Hills Drive<br>This zip code is for Byron not Discovery<br>Byron,, CA 94505-1419 | Pershing LLC<br>One Pershing Plaza<br>Jersey City, NJ 07399-0002 |
| Pershing, LLC<br>One Perishing Plaza<br>Jersey City, NJ 07399-0002 | Peters, R.W. and C. H. 1992 Trust<br>1282 St. Mark Court<br>Los Altos,, CA 94024-7041 | Petersen Chuck<br>12755 Folson Blvd.<br>Folsom, CA 95630-8097 |
| Richard M. Pachulski<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, Suite 1100<br>Los Angeles, California 90067-4111 | Robert T. Kugler<br>LEONARD, STREET AND DEINARD<br>Professional Association<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402-4223 | Roberts, Richard<br>Medalist & Company<br>2880 Lakeside Drive<br>Santa Clara,, CA 95054-2813 |
| Saba, George and Dianne<br>69 Catalpa Drive<br>Atherton,, CA 94027-2167 | San Hill Finance<br>901 Campisi Way, Suite 250<br>Campbell, CA 95008-2375 | San Juan, Patricia P.<br>Liv Trust<br>17850 Bruce Avenue<br>Los Gatos,, CA 95030-3208 |
| Santa Fe Trust Inc.<br>Custodian for Paul Davis IRA<br>P.O. Box 22790<br>Santa Fe,, NM 87502-2790 | Security Pacific Bank<br>12121 Wilshire Blvd<br>Suite 1350<br>Los Angeles, CA 90025-1199 | Silvani, Peter<br>9317 Thornton<br>Stockton,, CA 95209-1856 |
| South Valley Natl Bank<br>517 S Main St<br>Salinas,, CA 93901-3307 | Spanholtz, Richard D.<br>365 Franklin Street<br>San Mateo,, CA 94402-2270 | Staedler, Rudy and Beverly Ann<br>1992 Revocable Trust<br>1122 Willow Street, Suite 200<br>San Jose,, CA 95125-3103 |
| State of California FTB<br>Bankruptcy Department<br>P.O. Box 2952<br>Sacramento,, CA 95812-2952 | Stolar, Jeanne & Frederick<br>3100 Oakbridge Drive<br>San Jose,, CA 95121-1718 | Suttle, Susan A.<br>Living Trust<br>1382 Redmond Avenue<br>San Jose,, CA 95120-4423 |

| | | |
|---|---|---|
| The 1999 Del Biaggio Family Trust<br>3000 Sand Hill Road<br>No. 1-240<br>Menlo Park, CA 94025-7113 | The Baron Family Rev Trust<br>1122 Willow Street<br>San Jose,, CA 95125-3103 | The Misser Irrevocable<br>Insurance Trust dtd 2/27/87<br>1680 Fordham Way<br>Mountain View,, CA 94040-3656 |
| The Private Bank<br>505 Hamilton Avenue, Suite 110<br>Palo Alto, CA 94301-2014 | The Santucci Family Trust<br>77 Bay Tree Lane<br>Los Altos,, CA 94022-4624 | The Spencer 2006 Revocable Tr<br>73 Toyon Road<br>Atherton,, CA 94027-2219 |
| The Venetian<br>3355 Las Vegas Blvd. So.<br>Las Vegas, NV 89109-8931 | Thornhill, Mary<br>Trustee, Wirth 1984 Revocable Trust<br>129 Spyglass Lane<br>Half Moon Bay,, CA 94019-8002 | U.S. Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia,, PA 19114-0326 |
| United American Bank<br>101 S. Ellsworth Avenue<br>San Mateo, CA 94401-3956 | United American Bank<br>c/o Stephen Pahl/Catherine Robertson<br>Pahl & McCay<br>225 W. Santa Clara St., Suite 1500<br>San Jose, CA 95113-1752 | V. Panagotacos<br>1620 Wakefield Terrace<br>Los Altos,, CA 94024-5865 |
| Valley Community Bank<br>5000 Pleasanton Ave<br>Pleasanton,, CA 94566-7052 | WASHINGTON MUTUAL BANK<br>POST OFFICE BOX 44090<br>JACKSONVILLE, FLORIDA 32231-4090 | Washington Mutual Bank<br>P. O. Box 78148<br>Phoenix, AZ 85062-8148 |
| William Lewis Esq.<br>510 Waverly Street<br>Palo Alto, CA 94301-1720 | Wills, Donna<br>Rev Trust<br>1968 Wesley Drive<br>Folsom,, CA 95630-6113 | Wills, Richard & Donna Trust<br>FBO Ronald Earl Wills<br>1968 Wesley Drive<br>Folsom,, CA 95630-6113 |
| Zraick, Jr., Ronald<br>1122 Willow Street, Suite 200<br>San Jose,, CA 95125-3103 | Christopher Aguilar<br>General Counsel and Chief Compliance<br>Merriman Curhan Ford<br>600 California Street, 9th Floor<br>San Francisco, CA 94108-2706 | Craig Leipold<br>c/o David Rosenbloom<br>McDermott Will & Emery LLP<br>227 W. Monroe Street<br>Chicago, IL 60606-5096 |
| David Hengehold<br>c/o John W. (Jay) Fowler, Esq.<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 | Gil Trevino<br>7505 Whitehurst Road<br>Gilroy, CA 95020-9425 | Janina M. Elder<br>P.O. Box 1657<br>Santa Rosa, CA 95402-1657 |
| Luc Robitaille<br>c/o Robert T. Kugler<br>Leonard, Street and Deinard<br>150 South Fifth Street<br>Suite 2300<br>Minneapolis, MN 55402-4238 | Martha E. San Filippo Foundation<br>c/o Stevan C. Adelman, Esq.<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110-1316 | Michael St. James<br>St. James Law<br>155 Montgomery St. #1004<br>San Francisco, CA 94104-4115 |
| Oscar "Rusty" Trevino<br>7505 Whitehurst Road<br>Gilroy, CA 95020-9425 | Paul Showerman<br>540 White Pellican Circle<br>Orchid, FL 32963-9561 | Susan Suttle |

William James Del Biaggio III
3000 San Hill Road, Building 1, Ste 240
Menlo Park, CA 94025-7113

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency
PO BOX 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CIT Group Inc. | (u)First Pitch, LLC | (u)National Hockey League |
| (u)Pacific Capital Bank, N.A. dba South Valle | (u)Power Play Real Estate Management, LLC | (u)Sand Hill Ventures, LLC |
| (d)Craig Leipold<br>555 Main Street<br>Suite 500<br>Racine, WI 53403-4616 | (u)GMAC | (d)Mayo Family Revocable Trust<br>18801 Montewood Drive<br>Saratoga,, CA 95070-6221 |
| (u)Peregrine Asset Group, Inc.<br>9835 Carlton Court<br>zip does not match any city in CA<br>CA 95756 | (u)Petersen, Chuck | (u)Barbara Perkins |
| (u)Bob Gale | (u)Bryan Dziedziak | (u)Cesar Mayo |
| (d)Charles G. Peterson<br>c/o Law Offices of John M. O'Donnel<br>915 University Avenue<br>Sacramento, CA 95825-6725 | (u)Don Arata | (u)Eric Bachelor |

| | | |
|---|---|---|
| (u)Gary Thornhill | (u)Gary T. Cook | (u)Irvin Nicholas |
| (u)John Goyak | (u)Ken Hartstein | (u)Kristen Del Biaggio |
| (u)Linda Misser | (u)Lisa B. Orlandi | (u)Mary Thornhill |
| (u)Mike Kedell | (u)Patricia San Juan | (u)Peter Silvani |
| (u)R. Todd Neilson | (u)Rene Marasigan | (u)Ron Laupheimer |
| (u)Ron Wills | (u)Stephen Brothers | (u)Steven Gould |
| (u)Ward T. Bell | End of Label Matrix<br>Mailable recipients 150<br>Bypassed recipients 37<br>Total 187 | |