

Signed and Filed: August 22, 2008

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER,
Cal. Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Proposed Attorneys for the Official
Committee of Unsecured Creditors of
William James Del Biaggio, III

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br><br>            Debtor. | Case No. 08-30991 TEC 11<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

1. The Court having duly considered the *Application for Order Authorizing Employment of Sheppard, Mullin, Richter & Hampton LLP as Counsel for the Official Committee of Unsecured Creditors* (the "Application"), the supporting Declaration of Michael H. Ahrens, and all other papers filed in connection therewith, each filed by the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy proceeding of William James Del Biaggio, III (the "Debtor"), and finding that notice is appropriate under the circumstances, that no objection to the Application was filed in the appropriate time period, and that good cause exists therefor,

**IT IS HEREBY ORDERED** that:

1. The Application shall be and hereby is approved in its entirety, pursuant to Bankruptcy Code Bankruptcy Code sections 328 and 1103(a), and Federal Rule of Bankruptcy Procedure 2014;

2. The Committee is authorized to retain the law firm of Sheppard, Mullin, Richter & Hampton LLP as its counsel during the duration of this bankruptcy case, effective as of July 9, 2008; and

3. Sheppard, Mullin, Richter & Hampton LLP is authorized to perform the services described in the Application, and compensation for such services shall be paid from the Debtor's estate in such amounts, and at such times, as the Court may hereafter allow.

** END OF ORDER **

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | William James Del Biaggio, III |
| 3 | 3000 Sand Hill Road, Building 1, Ste 240<br>Menlo Park, CA 94025 |
| 4 | |
| 5 | Michael St. James |
| 6 | St. James Law<br>155 Montgomery St. #1004 |
| 7 | San Francisco, CA 94104 |
| 8 | Richard M. Pachulski |
| 9 | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, Suite 1100 |
| 10 | Los Angeles, California 90067-4100 |
| 11 | John D. Fiero |
| 12 | Maxim B. Litvak<br>Pachulski Stang Ziehl & Jones LLP |
| 13 | 150 California Street, 15th Floor |
| 14 | San Francisco, California 94111-4023 |
| 15 | R Todd Neilson |
| 16 | LECG<br>2049 Century Park East, Suite 2300 |
| 17 | Los Angeles, CA 90067 |
| 18 | |
| 19 | Tom Jeremiassen<br>LECG |
| 20 | 550 S Hope St, Ste 2150<br>Los Angeles, CA 90071 |
| 21 | |
| 22 | Julie M. Glosson |
| 23 | Office of the United States Trustee<br>235 Pine St. #800 |
| 24 | San Francisco, CA 94104 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-3-

W02-WEST:6MML1\400975685.1    ORDER AUTHORIZING EMPLOYMENT OF SHEPPARD MULLIN

Case: 08-30991   Doc# 147   Filed: 08/27/08   Entered: 08/27/08 23:02:22   Page 3 of 4

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-3            User: cglosenge            Page 1 of 1                Date Rcvd: Aug 25, 2008
Case: 08-30991                  Form ID: pdfeoc            Total Served: 4

The following entities were served by first class mail on Aug 27, 2008.
db           +William James Del Biaggio, III,    3000 San Hill Road, Building 1, Ste 240,
               Menlo Park, CA 94025-7113
             +R Todd Neilson,    LECG,    2049 Century Park East, Suite 2300,    Los Angeles, CA 90067-3125
             +Richard M. Pachulski,     Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Blvd, Suite 1100,
               Los Angeles, CA 90067-4111
             +Tom Jeremiassen,    LECG,    550 S Hope St, Ste 2150,    Los Angeles, CA 90071-2631

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2008                    Signature:    *Joseph Speetjens*