COOLEY GODWARD KRONISH LLP
J. MICHAEL KELLY (133657)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kellyjm@cooley.com

Attorneys for Creditor
COOLEY GODWARD KRONISH LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| WILLIAM DEL BIAGGIO III, | Case No. 08-30991 |
| Debtor. | **REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g) and (i), 3017(a), and 9010(b), COOLEY GODWARD KRONISH LLP (hereinafter "COOLEY"), hereby appears as a creditor, and hereby requests the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties, to give notice to COOLEY regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), (i), and to provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this

///
///
///
///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1101984 v1/SF

**REQUEST FOR NOTICE
CASE NO. 08-30991**

Case: 08-30991   Doc# 156   Filed: 09/03/08   Entered: 09/03/08 10:10:12   Page 1 of 4

| | |
|---|---|
| 1 | Court, by sending such notices and documents to COOLEY at the following address: |
| 2 | |
| 3 | J. Michael Kelly<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |
| 4 | |
| 5 | Dated: September 3, 2008        COOLEY GODWARD KRONISH LLP |
| 6 | |
| 7 | By: /s/ J. Michael Kelly |
| 8 | J. Michael Kelly (133657) |
| 9 | Attorneys for Creditor<br>COOLEY GODWARD KRONISH LLP |

1101984 v1/SF                    2.

**REQUEST FOR NOTICE**
**CASE NO. 08-30991**

Case: 08-30991    Doc# 156    Filed: 09/03/08    Entered: 09/03/08 10:10:12    Page 2 of 4

**PROOF OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On September 3, 2008, I served the foregoing document(s) described as:

**Request for Notice**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 3, 2008 at San Francisco, California.

/s/ Kris Tsao Cachia
Kris Tsao Cachia

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1101984 v1/SF

**REQUEST FOR NOTICE**
**CASE NO. 08-30991**

Case: 08-30991   Doc# 156   Filed: 09/03/08   Entered: 09/03/08 10:10:12   Page 3 of 4

| | |
|---|---|
| 1 | **SERVICE LIST** |

2  *Debtor*
   William "Boots" Del Biaggio
3  3000 Sand Hill Road, Building 1, Ste 240
   Menlo Park, CA 94025
4

   *Debtor's Counsel*
5  Michael St. James
   St. James Law
6  155 Montgomery Street, Suite 1004
   San Francisco, CA 94104
7

   *Chapter 11 Trustee*
8  R. Todd Neilson
   LECG LLC
9  2049 Century Park East, Suite 2300
   Los Angeles, CA 90067
10

   *Chapter 11 Trustee's Counsel*
11 John D. Fiero
   Pachulski, Stang, Ziehl, Young and Jones
12 150 California St. 15th Fl.
   San Francisco, CA 94111-4500
13

   *U.S. Trustee*
14 Julie M. Glosson
   Office of the U.S. Trustee
15 235 Pine Street, Suite 700
   San Francisco, CA 94104
16

   *Creditors Committee Counsel*
17 Michael H. Ahrens
   Michael Lauter
18 Ori Katz
   Sheppard, Mullin, Richter and Hampton
19 4 Embarcadero Center, 17th Floor
   San Francisco, CA 94111
20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1101984 v1/SF

**REQUEST FOR NOTICE**
**CASE NO. 08-30991**

Case: 08-30991    Doc# 156    Filed: 09/03/08    Entered: 09/03/08 10:10:12    Page 4 of 4