Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail:  rpachulski@pszjlaw.com
         jfiero@pszjlaw.com
         mlitvak@pszjlaw.com

Attorneys for R Todd Neilson, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re | Case No.: 08-30991 TEC |
|---|---|
| WILLIAM JAMES DEL BIAGGIO, III, aka "BOOTS" DEL BIAGGIO,<br><br>Debtor. | Chapter 11<br><br>**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, hereby appears as proposed counsel for R Todd Neilson, the duly appointed chapter 11 trustee (the "Trustee") in this chapter 11 case and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

> Richard M. Pachulski
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd, Suite 1100
> Los Angeles, California 90067-4100
> Telephone: 310/277-6910
> Facsimile: 310/201-0760
> Email: rpachulski@pszjlaw.com

> and

| | |
|---|---|
| 1 | John D. Fiero |
| 2 | Maxim B. Litvak<br>Pachulski Stang Ziehl & Jones LLP |
| 3 | 150 California Street, 15th Floor<br>San Francisco, California 94111-4023 |
| 4 | Telephone: 415/263-7000<br>Facsimile: 415/263-7010 |
| 5 | Email: jfiero@pszjlaw.com<br>mlitvak@pszjlaw.com |
| 6 | and |
| 7 | R Todd Neilson |
| 8 | Tom Jeremiassen<br>LECG |
| 9 | 2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 |
| 10 | Telephone: 310/556-0709<br>Facsimile: 310/556-0766 |
| 11 | Email: tneilson@lecg.com<br>Email: tjeremiassen@lecg.com |

The foregoing request includes, without limitation, all notices, papers and disclosure statements referred to in FED. R. BANKR. P. 2002, 3017 and 9007, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise.

Dated: September 5, 2008    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Maxim B. Litvak*
Maxim B. Litvak
Attorneys for R Todd Neilson, Chapter 11 Trustee