Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:rpachulski@pszjlaw.com
jfiero@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re: | Case No.: 08-30991 (TEC) |
|---|---|
| WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Adriana Zaragoza, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On October 8, 2008, I caused to be served the **MONTHLY OPERATING REPORT JULY 2008** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 8, 2008, at San Francisco, California.

*/s/ Adriana Zaragoza*
Adriana Zaragoza, Legal Assistant

CERTIFICATE OF SERVICE

1

## Service List

| | | |
|---|---|---|
| **Counsel to Debtor**<br>Michael St. James, Esq.<br>155 Montgomery Street, # 1004<br>San Francisco, CA 94104 | **UST Trustee's Office**<br>Julie M. Glosson, Esq.<br>Office of the U.S. Trustee<br>235 Pine Street, #800<br>San Francisco, CA 94104 | |
| **Mailing Matrix** | | |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Eric Brandenburg, Trustee<br>E. Brandenburg separately Property Trust<br>1122 Willow Street, Suite 200<br>San Jose, CA 95125 |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230 | Heritage Bank of Commerce<br>150 Almaden Blvd<br>Attn: Richard Hagarty<br>San Jose, CA 94113 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Security Pacific Bank<br>12121 Wilshire Blvd.<br>Suite 1350<br>Los Angeles, CA 90025 | Trevino Brothers<br>7505 Whitehurst Road<br>Gilroy, CA 95020 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 |
| Washington Mutual Bank<br>PO Box 44090<br>Jacksonville, Fl 32231 | Attention Catherine Robertson<br>225 W. Santa Clara St.<br>Suite 1500<br>San Jose, CA 95113 | Valley Community Bank<br>5000 Pleasanton Ave.<br>Suite 210<br>Pleasanton, CA 94566 |
| 2006 Cook Family Rev Trust<br>533 Flannery Street<br>Santa Clara, CA 95051 | AEG Facilities<br>1100 South Flower Street<br>Suite 3200<br>Los Angeles, CA 90015 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 |
| Andrew Arata<br>1160 Industrial Road, No.12<br>San Carlos, CA 94070 | Daniel Arata<br>1160 Industrial Road, No. 12<br>San Carlos, CA 94070 | Don Arata<br>1160 Industrial Road, No. 12<br>San Carlos, CA 94070 |
| Nicholas Arata<br>1160 Industrial Road, No. 12<br>San Carlos, CA 94070 | Michael A. and Lynn A. Aymar<br>114 Alerche Drive<br>Los Gatos, CA 95032 | Eric and Christine Bachelor Children Trust<br>120 Deer Ridge Place<br>Danville, CA 94506 |
| Brandenburg Revocable Trust<br>1122 Willow Street<br>Suite 200<br>San Jose, CA 95125 | Brenton Lee Brandenburg<br>Irrevocable Trust dtd 12/31/97<br>1122 Willow Street, No. 200<br>San Jose, CA 95125 | Taylor Ann Brandenburg<br>2002 Trust dtd 12/24/02<br>1122 Willow Street, No. 200<br>San Jose, CA 95125 |
| Irving Bronstein<br>Christina Maria Taylor<br>1609 Whipple Road<br>Hayward, CA 94544 | Troy Bronstein<br>1609 Whipple Road<br>Hayward, CA 94544 | Brothers Living Trust<br>57 Newport Drive<br>Napa, CA 94559 |
| Citicorp Credit Services<br>Centralized Bankruptcy<br>P.O. Box 20432<br>Kansas City, MO 64195 | David Connor<br>3450 Quail Walk Court<br>Danville, CA 94506 | Gary T. Cook<br>533 Flannery Street<br>Santa Clara, CA 95051 |
| Countrywide Home Loans<br>450 American St<br>Simi Valley, CA 93065 | Craig Leipold<br>555 Main Street, Suite 500<br>Racine, WI 53403 | Karen D. Brandenburg<br>1122 Willow Street, Suite 200<br>San Jose, CA 95125 |
| D. Scott Cacchione<br>Merriman Curhan Ford & Co.<br>600 California St., 9th Floor<br>San Francisco, CA 94108 | DCFS USA LLC<br>36455 Corporate Dr<br>Farmington Hills, MI 48331 | DGB Investments<br>40 Foxhill Road<br>Redwood City, CA 94062 |

| | | |
|---|---|---|
| Verna M Trust DeCosta<br>Luigi Pietrantoni TTEE<br>P.O. Box 3149<br>San Leandro, CA 94578 | Joseph DiLeo<br>1122 Willow Street, No. 200<br>San Jose, CA 95125 | Economic Concepts, Inc<br>Defined Benefit Pension Plan<br>9316 E Raintree Dr., Suite100<br>Scottsdale, AZ 85260 |
| Fat Cat Intl<br>2140 Americas Cup Circle<br>Las Vegas, NV 89117 | Harrah's Tahoe<br>15 Hwy 50<br>Stateline, NV 89449 | Paul D. Showerman<br>540 White Pelican Drive<br>Vero Beach, FL 32963 |
| David Hengehold,<br>762 San Antonio Road<br>Palo Alto, CA 94303 | K-Fab, Inc<br>3411 Leonard Court<br>Santa Clara, CA 95054 | Michael W. and Barbara A. Kedell,<br>Family Trust<br>22225 Cupertino Road<br>Cupertino, CA 95014 |
| Kerzner International<br>The Atlantis Hotel<br>1000 South Pine Island Road, Suite 800<br>Plantation, FL 33324-3907 | Kristen Del Biaggio<br>20801 Scenic Vista Drive<br>San Jose, CA 95120-1215 | Diana Lee Kroerle<br>Irrevocable Trust dtd 12/28/08<br>1122 Willow Street, No. 200<br>San Jose, CA 95125 |
| Bonnie Kuhn<br>PO Box 3210<br>Arnold, CA 95223 | F. Ronald Laupheimer<br>TTEE 401K PSP<br>45 Ashbury Terrace<br>San Francisco, CA 94117 | Lee Family Trust<br>125 Elanor Drive<br>Woodside, CA 94062 |
| Luc Robitaille<br>55 No. Nash Street<br>El Segundo, CA 90245 | Rene and Ramona Marisingen<br>4378 Mallard Creek Circle<br>Stockton, CA 95209 | Maron Enterprises NV LTD<br>123 West Nye Lane, Suite 499<br>Carson City, NV 89706 |
| Martha E. San Filippo Foundation<br>Attn: Bill Snyder<br>650 North Winchester Blvd.<br>San Jose, CA 95128 | Mayo Family Revocable Trust<br>18801 Montewood Drive<br>Saratoga, CA 95070 | Mercedes Benz Financial<br>P.O. Box 685<br>Roanoke, TX 76262 |
| Modern Bank<br>667 Madison Avenue<br>New York, NY 10021 | Michael A. Nicholas<br>P.O. Box 250<br>Diablo, CA 94528 | Lauren Bella Orlandi Gift Trust<br>P.O. Box 668<br>Santa Clara, CA 95052 |
| Lindsey Bianca Orlandi Gift Trust<br>P.O. Box 668<br>Santa Clara, CA 95052 | Lisa Orlandi<br>Living Trust<br>1070 San Tomas Aquino<br>Campbell, CA 95008 | Lisa B. Orlandi Living Trust<br>P.O. Box 668<br>Santa Clara, CA 95052 |
| Richard Alexander Orlandi Gift Trust<br>P.O. Box 668<br>Santa Clara, CA 95052 | Richard V. Orlandi<br>ROMO, LP<br>3131 Riddle Road<br>San Jose, CA 95117 | Diana Pacheco<br>1160 Industrial Road, No. 12<br>San Carlos, CA 94070 |
| Pershing LLC<br>One Pershing Plaza<br>Jersey City, NJ 07399 | R.W. and C. H. Peters 1992 Trust<br>1282 St. Mark Court<br>Los Altos, CA 94024 | Chuck Petersen<br>12755 Folson Blvd.<br>Folsom, CA 95630 |
| Richard Roberts<br>Medalist & Company<br>2880 Lakeside Drive<br>Santa Clara, CA 95054 | George and Dianne Saba<br>69 Catalpa Drive<br>Atherton, CA 94027 | San Hill Finance<br>901 Campisi Way, Suite 250<br>Campbell, CA 95008 |
| Patricia P. San Juan, Liv Trust<br>17850 Bruce Avenue<br>Los Gatos, CA 95030 | Santa Fe Trust Inc.<br>Custodian for Paul Davis IRA<br>P.O. Box 22790<br>Santa Fe, NM 87502 | Peter Silvani<br>9317 Thornton<br>Stockton, CA 95209 |
| Rudy and Beverly Ann Staedler<br>1992 Revocable Trust<br>1122 Willow Street, Suite 200<br>San Jose, CA 95125 | V. Panagotacos<br>1620 Wakefield Terrace<br>Los Altos, CA 94024 | Jeanne & Frederick Stolar<br>3100 Oakbridge Drive<br>San Jose, CA 95121-1749 |

| | | |
|---|---|---|
| Susan A. Suttle, Living Trust<br>1382 Redmond Avenue<br>San Jose, CA 95120 | Ward T. Bell and Assoc, Inc.<br>Profit Sharing Plan<br>14425 North 7th Street, Suite 101<br>Phoenix, AZ 85022 | The Misser Irrevocable<br>Insurance Trust dtd 2/27/87<br>1680 Fordham Way<br>Mountain View, CA 94040 |
| The Private Bank<br>505 Hamilton Avenue, Suite 110<br>Palo Alto, CA 94301 | The Venetian<br>3355 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | The Santucci Family Trust<br>3939 Walnut Ave., Unit 350<br>Carmichael, CA 95608-7315 |
| Mary Thornhill, Trustee<br>Wirth 1984 Revocable Trust<br>129 Spyglass Lane<br>Half Moon Bay, CA 94019 | United American Bank<br>101 S. Ellsworth Avenue<br>San Mateo, CA 94401 | Washington Mutual Bank<br>P. O. Box 78148<br>Phoenix, AZ 85062-8148 |
| Donna Wills Rev Trust<br>1968 Wesley Drive<br>Folsom, CA 95630 | Richard & Donna Wills Trust<br>FBO Ronald Earl Wills<br>1968 Wesley Drive<br>Folsom, CA 95630 | Ronald Zraick, Jr.,<br>1122 Willow Street, Suite 200<br>San Jose, CA 95125 |
| Gil Trevino<br>7505 Whitehurst Road<br>Gilroy, CA 95020 | Oscar "Rusty" Trevino<br>7505 Whitehurst Road<br>Gilroy, CA 95020 | |
| **PARTIES REQUEST FOR SPECIAL NOTICE** | | |
| **Counsel to Creditor The Private Bank of the Peninsula**<br>Mark V. Isola, Esq.<br>Rehon & Roberts<br>10 Almaden Blvd., Suite 550<br>San Jose, CA 95113 | **Counsel to HERITAGE BANK OF COMMERCE**<br>Heritage Bank of Commerce<br>c/o Richard A. Rogan, Esq.<br>Nicolas De Lancie, Esq.<br>Jeffer, Mangels, Butler, & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111-3824 | **Counsel to CIT Group Inc.**<br>Tobias S. Keller, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| **Counsel to CIT Group Inc.**<br>Pedro A. Jimenez, Esq.<br>Nathan P.J. Lebioda, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | **Counsel to Pacific Capital Bank, N.A. dba South Valley National Bank**<br>Andrew K. Alper, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90048 | **Counsel to United American Bank**<br>Catherine Schlomann Robertson, Esq.<br>Pahl & McCay<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113 |
| **Counsel to Kristen Del Biaggio**<br>William C. Lewis, Esq.<br>Law Offices of William C. Lewis<br>510 Waverley Street<br>Palo Alto, CA 94301 | **Counsel to Security Pacific Bank**<br>Cecily A. Dumas, Esq.<br>Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105 | **Counsel to David J. Hengehold**<br>Lawrence M. Schwab, Esq.<br>Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 |
| **Counsel to David J. Hengehold**<br>John W. (Jay) Fowler, Esq.<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 | **Counsel to Sand Hill Ventures, LLC, Power Play Real Estate Management, LLC and First Pitch, LLC**<br>G. Larry Engel, Esq.<br>Vincent J. Novak, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | **Counsel to Warren C. Woo and Forecheck Investments, LLC**<br>Jay M. Goffman, Esq.<br>Andrew M. Thau, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| **Counsel to Warren C. Woo and Forecheck Investments, LLC**<br>Kurt Ramlo, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 | **Counsel to The National Hockey League**<br>J. Gregory Milmoe, Esq.<br>Gregory W. Fox, Esq.<br>Skadden, Arps, Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 | **Counsel to The National Hockey League**<br>Van C. Durrer, II<br>Ramon M. Naguiat, Esq.<br>Skadden, Arps, Slate Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3500<br>Los Angeles, CA 90071-3144 |
| **Counsel to The Sports Authority of the Metropolitan Government of Nashville and Davidson County**<br>Austin L. McMullen, Esq.<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division Street, Suite 700<br>P. O. Box 340025<br>Nashville, Tennessee 37203 | **Authorized Agent for Washington Mutual Bank**<br>Larry Buckley, Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>F# 7778-N-0300<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | **Counsel to the Metropolitan Government of Nashville & Davidson County, Tennessee**<br>Metropolitan Department of Law<br>c/o Andrew D. McClanahan, Esq.<br>P.O. Box 196300<br>Nashville, Tennessee 37219-6300 |
| **Counsel to Valley Community Bank**<br>Bruce E. Copeland, Esq.<br>Todd C. Toral, Esq.<br>Andrew R. Neilson, Esq.<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, California 94111-3600 | **Counsel to Predators Holdings, LP**<br>John C. Tishler, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>333 S. Grand Avenue, Suite 1800<br>Los Angeles, CA 90071 | **Counsel to Predators Holdings, LP**<br>Ames Davis, Esq.<br>J. Chase Cole, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 |
| **Counsel for John Goyak**<br>Richard S. Berger, Esq.<br>Landau & Berger LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067 | **Counsel to Merriman Curhan Ford**<br>Jeffrey L. Bornstein, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>55 Second Street, Suite 1700<br>San Francisco, California 94105-3493 | **Counsel to Merriman Curhan Ford**<br>Christopher Aguilar, Esq.,<br>General Counsel and Chief Compliance Officer<br>Merriman Curhan Ford<br>600 California Street, 9th Floor<br>San Francisco, CA 94108 |
| **Counsel to Gil Trevino and Oscar "Rusty" Trevino dba TREVINO BROTHERS**<br>Patric J. Kelly, Esq.<br>ADLESON, HESS & KELLY, APC<br>577 Salmar Avenue, Second Floor<br>Campbell, CA 95008 | **Counsel for Craig Leipold**<br>David S. Rosenbloom, Esq.<br>Nathan F. Coco, Esq.<br>McDermott Will & Emery LLP<br>227 W. Monroe Street<br>Chicago, IL 60606 | **Counsel to DCFS USA LLC Successor to Daimler Chrysler Financial Services Americas LLC**<br>Randall P. Mroczynski, Esq.<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA 92626 |
| **Counsel to Martha E. San Filippo Foundation**<br>Stevan C. Adelman, Esq.<br>Miller, Morton, Caillat & Nevis, LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110-1339 | **Counsel for the Official Committee of Unsecured Creditors of William James Del Biaggio, III, Case NO. 08-30991**<br>Michael H. Ahrens, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | **Counsel for Charles G. Peterson**<br>John M. O'Donnell, Esq.<br>Law Offices of John M. O'Donnell<br>915 University Avenue<br>Sacramento, CA 95825 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| **Counsel for Various Creditors**<br>Wayne A. Silver, Esq.<br>333 West El Camino Real, Suite 310<br>Sunnyvale, CA 94087 | **Counsel for Cooley Godward Kronish LLP**<br>J. Michael Kelly, Esq.<br>Cooley Godward Kronish LLP<br>101 California, 5th Floor<br>San Francisco, CA 94111-5800 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

59914-002\DOCS_SF:61922.1

6

CERTIFICATE OF SERVICE

Case: 08-30991 Doc# 181 Filed: 10/08/08 Entered: 10/08/08 09:22:17 Page 7 of 7