Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:rpachulski@pszjlaw.com
        jfiero@pszjlaw.com
        mlitvak@pszjlaw.com

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-30991 (TEC) |
| WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Adriana Zaragoza, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On November 4, 2008, I caused to be served the

**MONTHLY OPERATING REPORT FOR AUGUST 2008;** and

**MONTHLY OPERATING REPORT FOR SEPTEMBER 2008.**

in this action by placing a true and correct copy of said documents in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 4, 2008, at San Francisco, California.

_/s/ Adriana Zaragoza_
Adriana Zaragoza, Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Service List

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Counsel to Debtor | UST Trustee's Office | |
|---|---|---|
| Michael St. James, Esq. | Julie M. Glosson, Esq. | |
| 155 Montgomery Street, # 1004 | Office of the U.S. Trustee | |
| San Francisco, CA 94104 | 235 Pine Street, #800 | |
| | San Francisco, CA 94104 | |

| PARTIES REQUEST FOR SPECIAL NOTICE | | |
|---|---|---|
| **Counsel to Creditor The Private Bank of the Peninsula** | **Counsel to HERITAGE BANK OF COMMERCE** | **Counsel to CIT Group Inc.** |
| Mark V. Isola, Esq. | Heritage Bank of Commerce | Tobias S. Keller, Esq. |
| Rehon & Roberts | c/o Richard A. Rogan, Esq. | Jones Day |
| 10 Almaden Blvd., Suite 550 | Nicolas De Lancie, Esq. | 555 California Street, 26th Floor |
| San Jose, CA 95113 | Jeffer, Mangels, Butler, & Marmaro LLP | San Francisco, CA 94104 |
| | Two Embarcadero Center, 5th Floor | |
| | San Francisco, CA 94111-3824 | |
| **Counsel to CIT Group Inc.** | **Counsel to Pacific Capital Bank, N.A. dba South Valley National Bank** | **Counsel to United American Bank** |
| Pedro A. Jimenez, Esq. | | Catherine Schlomann Robertson, Esq. |
| Nathan P.J. Lebioda, Esq. | Andrew K. Alper, Esq. | Pahl & McCay |
| Jones Day | Frandzel Robins Bloom & Csato, L.C. | 225 West Santa Clara Street, Suite 1500 |
| 222 East 41st Street | 6500 Wilshire Boulevard, 17th Floor | San Jose, CA 95113 |
| New York, NY 10017 | Los Angeles, CA 90048 | |
| **Counsel to Kristen Del Biaggio** | **Counsel to Security Pacific Bank** | **Counsel to David J. Hengehold** |
| William C. Lewis, Esq. | Cecily A. Dumas, Esq. | Lawrence M. Schwab, Esq. |
| Law Offices of William C. Lewis | Friedman Dumas & Springwater LLP | Patrick M. Costello, Esq. |
| 510 Waverley Street | 150 Spear Street, Suite 1600 | Bialson, Bergen & Schwab |
| Palo Alto, CA 94301 | San Francisco, CA 94105 | 2600 El Camino Real, Suite 300 |
| | | Palo Alto, CA 94306 |
| **Counsel to David J. Hengehold** | **Counsel to Sand Hill Ventures, LLC, Power Play Real Estate Management, LLC and First Pitch, LLC** | **Counsel to Warren C. Woo and Forecheck Investments, LLC** |
| John W. (Jay) Fowler, Esq. | | Jay M. Goffman, Esq. |
| Bergeson, LLP | G. Larry Engel, Esq. | Andrew M. Thau, Esq. |
| 303 Almaden Blvd., Suite 500 | Vincent J. Novak, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| San Jose, CA 95110-2712 | Morrison & Foerster LLP | Four Times Square |
| | 425 Market Street | New York, New York 10036 |
| | San Francisco, CA 94105-2482 | |
| **Counsel to Warren C. Woo and Forecheck Investments, LLC** | **Counsel to The National Hockey League** | **Counsel to The National Hockey League** |
| Kurt Ramlo, Esq. | J. Gregory Milmoe, Esq. | Van C. Durrer, II |
| Skadden, Arps, Slate,Meagher & Flom LLP | Gregory W. Fox, Esq. | Ramon M. Naguiat, Esq. |
| 300 South Grand Avenue, Suite 3400 | Skadden, Arps, Slate Meagher & Flom LLP | Skadden, Arps, Slate Meagher & Flom LLP |
| Los Angeles, California 90071 | 4 Times Square | 300 South Grand Avenue, Suite 3500 |
| | New York, NY 10036 | Los Angeles, CA 90071-3144 |

CERTIFICATE OF SERVICE

Case: 08-30991   Doc# 214   Filed: 11/04/08   Entered: 11/04/08 15:58:37   Page 3 of 4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Counsel to The Sports Authority of the Metropolitan Government of Nashville and Davidson County | Authorized Agent for Washington Mutual Bank | Counsel to the Metropolitan Government of Nashville & Davidson County, Tennessee |
|---|---|---|
| Austin L. McMullen, Esq. Boult, Cummings, Conners & Berry, PLC 1600 Division Street, Suite 700 P. O. Box 340025 Nashville, Tennessee 37203 | Larry Buckley, Esq. Brice, Vander Linden & Wernick, P.C. F# 7778-N-0300 9441 LBJ Freeway, Suite 350 Dallas, Texas 75243 | Metropolitan Department of Law c/o Andrew D. McClanahan, Esq. P.O. Box 196300 Nashville, Tennessee 37219-6300 |
| **Counsel to Valley Community Bank** | **Counsel to Predators Holdings, LP** | **Counsel to Predators Holdings, LP** |
| Bruce E. Copeland, Esq. Todd C. Toral, Esq. Andrew R. Neilson, Esq. Nixon Peabody LLP One Embarcadero Center, 18th Floor San Francisco, California 94111-3600 | John C. Tishler, Esq. Waller Lansden Dortch & Davis, LLP 333 S. Grand Avenue, Suite 1800 Los Angeles, CA 90071 | Ames Davis, Esq. J. Chase Cole, Esq. Waller Lansden Dortch & Davis, LLP 511 Union Street, Suite 2700 Nashville, TN 37219 |
| **Counsel for John Goyak** | **Counsel to Merriman Curhan Ford** | **Counsel to Merriman Curhan Ford** |
| Richard S. Berger, Esq. Landau & Berger LLP 1801 Century Park East, Suite 1460 Los Angeles, CA 90067 | Jeffrey L. Bornstein, Esq. Kirkpatrick & Lockhart Preston Gates Ellis LLP 55 Second Street, Suite 1700 San Francisco, California 94105-3493 | Christopher Aguilar, Esq., General Counsel and Chief Compliance Officer Merriman Curhan Ford 600 California Street, 9th Floor San Francisco, CA 94108 |
| **Counsel to Gil Trevino and Oscar "Rusty" Trevino dba TREVINO BROTHERS** | **Counsel for Craig Leipold** | **Counsel to DCFS USA LLC Successor to Daimler Chrysler Financial Services Americas LLC** |
| Patric J. Kelly, Esq. ADLESON, HESS & KELLY, APC 577 Salmar Avenue, Second Floor Campbell, CA 95008 | David S. Rosenbloom, Esq. Nathan F. Coco, Esq. McDermott Will & Emery LLP 227 W. Monroe Street Chicago, IL 60606 | Randall P. Mroczynski, Esq. Cooksey, Toolen, Gage, Duffy & Woog 535 Anton Boulevard, 10th Floor Costa Mesa, CA 92626 |
| **Counsel to Martha E. San Filippo Foundation** | **Counsel for the Official Committee of Unsecured Creditors of William James Del Biaggio, III, Case NO. 08-30991** | **Counsel for Charles G. Peterson** |
| Stevan C. Adelman, Esq. Miller, Morton, Caillat & Nevis, LLP 25 Metro Drive, 7th Floor San Jose, CA 95110-1339 | Michael H. Ahrens, Esq. Sheppard, Mullin, Richter & Hampton LLP Four Embarcadero Center, 17th Floor San Francisco, CA 94111 | John M. O'Donnell, Esq. Law Offices of John M. O'Donnell 915 University Avenue Sacramento, CA 95825 |
| **Counsel for Various Creditors** | **Counsel for Cooley Godward Kronish LLP** | |
| Wayne A. Silver, Esq. 333 West El Camino Real, Suite 310 Sunnyvale, CA 94087 | J. Michael Kelly, Esq. Cooley Godward Kronish LLP 101 California, 5th Floor San Francisco, CA 94111-5800 | |