POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for Countrywide Bank
C.094-3847

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

William James Del Biaggio, III AKA "Boots" Del Biaggio,

Debtor.

_____/

Bk. No. 08-30991

Chapter 11

NOTICE OF APPEARANCE

Countrywide Home Loans Servicing, L.P., servicing agent on behalf of Countrywide Bank, its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Countrywide Bank. The undersigned hereby requests that any pleadings and documents that Countrywide Bank is entitled to, be mailed to said attorneys addressed as follows:

**POLK, PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: December 3, 2008        By */s/ Dean R. Prober*
                                  Dean R. Prober, Esquire #106207

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tamika Webster, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On December 30, 2008, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at

Woodland Hills, California, addressed as follows:

William James Del Biaggio, III
3000 San Hill Road
Building 1, Ste. 240
Menlo Park, CA 94025

Michael St. James, Esquire
St. James Law
155 Montgomery Street, #1004
San Francisco, CA 94104

R. Todd Neilson, Trustee
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

John D. Fiero, Esq.
Pachulski, Stang, Ziehl, Young and Jones
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Julie M. Glosson, Esq.
Office of the U.S. Trustee
235 Pine Street, #800
San Francisco, CA 94104

Michael H. Ahrens, Esq.
Creditor Committee
Sheppard, Mullin, Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

I declare that I am employed in the office of a member of the Bar at whose direction this service was made. I certify under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2008, at Woodland Hills, California.

/s/ Tamika Webster

Tamika Webster

Case: 08-30991    Doc# 244    Filed: 12/30/08    Entered: 12/30/08 08:11:44    Page 2 of 2

2