| | |
|---|---|
| 1 | MICHAEL W. MALTER, #96533 |
| | ROBERT G. HARRIS, #124678 |
| 2 | Binder & Malter, LLP |
| | 2775 Park Avenue |
| 3 | Santa Clara, CA 95050 |
| | Telephone: (408)295-1700 |
| 4 | Facsimile: (408) 295-1531 |
| 5 | |
| 6 | Attorneys for Creditor |
| | BDB Management II, LP |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In re | Case No. 08-30991-TEC |
| William James Del Biaggio, | Chapter 11 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that BDB MANAGEMENT II, LP has selected Binder & Malter, LLP to represent it in the above captioned bankruptcy matter. Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, the local rules of this Court and Bankruptcy Code §§ 102(1), 342 and 1109(b), all notices given or required to be given in this case and all papers served or required to be served shall be given and served upon this firm at the address indicated below.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code § 1109(b), the foregoing request for notices includes not only notices and papers referred to in the Rules and Sections specified above, but also includes without limitation, orders

REQUEST FOR SPECIAL NOTICE -  PAGE 1

and notices of any application, motion, petition, pleading, request, complaint or demand which affects or seeks to affect, in any way, any rights or interest of the Creditor.

PLEASE TAKE FURTHER NOTICE that BDB MANAGEMENT II, LP requests that all notices be mailed to them at the following address:

Robert G. Harris, Esq.
Binder & Malter, LLP
2775 Park Avenue0........
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Rob@bindermalter.com

Dated: January 21, 2009         BINDER & MALTER, LLP

                                By: /s/   Robert G. Harris
                                         Robert G. Harris

                                Attorneys for Creditor
                                BDB Management II, LP

F:\Clients\BDB Management II, LP\Pleading\Request for Notice\Del Biaggio Rqst.Not.01.13.08.wpd

REQUEST FOR SPECIAL NOTICE -                                    PAGE 2