Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: rpachulski@pszjlaw.com
jfiero@pszjlaw.com
mlitvak@pszjlaw.com

Signed and Filed: January 27, 2009

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO,<br><br>Debtor. | Case No.: 08- 30991 (TEC)<br><br>Chapter 11<br><br>**ORDER UNDER BANKRUPTCY RULE 2004 FOR PRODUCTION OF DOCUMENTS BY PREDATORS HOLDINGS, LLC**<br><br>Date: January 26, 2009<br>Time: 9:30 am<br>Place: Courtroom 23<br>235 Pine Street<br>San Francisco, California<br>Judge: Honorable Thomas E. Carlson |

The Court has considered the *Ex Parte Application for Order Under Bankruptcy Rule 2004 for Production (and Continuing Production) of Documents by Predators Holdings, LLC* (the "Application"), any objections thereto, and the arguments of counsel at the hearing. Based upon the Court's review of the Application, and good cause appearing therefor,

IT IS HEREBY ORDERED that Predators Holdings, LLC ("Holdings") shall, subject to the terms of that certain Confidentiality Agreement dated August 4, 2008, by and between Holdings and R. Todd Neilson, the duly-appointed chapter 11 trustee in the above-captioned case (the "Trustee"), except as modified hereby, and reserving Holdings' rights to object to the breadth and scope of the particular DOCUMENTS requested hereby:

1. Produce the non-privileged documents described and specified below at the law offices of Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111 on or before Thursday, February 5, 2009, at 10:00 am, subject to the reservations noted in italics below;

2. Further produce the non-privileged "Continuing Obligation Documents" weekly thereafter each successive Monday for documents sought weekly and monthly on the first Monday of every month for documents sought monthly, legal holidays excepted in which case the documents shall be produced the following business day; and

3. Provide at the time of production a custodian of records declaration authenticating all documents so produced, provided that such declaration shall not be required as to the "Continuing Obligation Documents" produced on an ongoing basis either weekly or monthly.

## DEFINITIONS AND INSTRUCTIONS

A. "ALL" means both "any" and "all."

B. "DEBTOR" means William James "Boots" Del Biaggio III, the debtor in the above-referenced Chapter 11 case, together with any and all affiliated entities, including but not limited to: Forecheck Investments, LLC, together with any other entities known to Holdings to be affiliated with Mr. Del Biaggio.

C. "PREDATORS" means the Nashville Predators hockey club, whether owned by Holdings, or any predecessor in interest.

D. "DOCUMENT" or "DOCUMENTS" is used in the broadest sense possible and includes, without limitation, the following items, whether printed, recorded or reproduced by any other mechanical process or written or produced by hand: bank statements, checks (front and back), deposit slips and associated checks (front and back), wire advices, debit advices, credit advices, signature cards and other relevant information normally maintained by your institution, papers; books; letters; tangible things; records; correspondence; e-mails; electronic communications; postings on the Internet; telegrams; cables; telex messages; memoranda; diaries; reports; notes; notations; work papers; financial records; communications; summaries; transcripts; records of conversations; interviews; meetings; telephone conversations or conferences; minutes; audio or

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

videotapes; cassettes or disks; statistical statements; graphs; charts; accounts; analytical records; reports or summaries of investigations; computerized records; affidavits; statements; opinions; studies; analyses; appraisals; estimates; projections; illustrations; tables; maps; schedules; worksheets; proposals; contracts; agreements; desk or other calendars; appointment books; lists; tabulations; business records; books of account; ledgers; journals; balance sheets; financial statements; accountant's statements; drafts; negotiable instruments; receipts; invoices; purchase orders; bills; microfilms; photographs or negatives thereof; and any writings as defined by Rule 1001 of the Federal Rules of Evidence. The term "DOCUMENT" or "DOCUMENTS" also includes both originals and copies containing or having attached to them any alterations, notes, comments or other material not appearing on the original or any other copies not containing such material, and shall include drafts, revisions of drafts and other preliminary material, from whatever source, underlying, supporting or used in preparation of any DOCUMENT. The words "DOCUMENT" or "DOCUMENTS" further include any file or other container holding, or which at any time held, any DOCUMENT as well as any writing or other communication which appears or appeared on, or affixed to, such file or other container.

E. Each request contained herein extends to any DOCUMENTS in the possession, custody or control of Holdings. A DOCUMENT is deemed to be in the Holdings' possession, custody or control, (1) if it is in Holdings' physical custody, or (2) if it is in the physical custody of any other person and Holdings (a) owns such DOCUMENT in whole or in part; (b) Holdings has a right by contract, statute or otherwise to sue, inspect, examine or copy such DOCUMENT on any terms; (c) Holdings has an understanding, express or implied, that Holdings may use, inspect, examine or copy such DOCUMENT on any terms; or (d) Holdings has, as a practical matter, been able to use, inspect, examine or copy such DOCUMENT when Holdings has sought to do so. Such DOCUMENTS shall include, without limitation, DOCUMENTS that are in the custody of Holdings' attorney(s) or other agents.

F. If a DOCUMENT exists only within the memory of a computer or computer disc, a copy of that data should be produced in machine-readable form, and a "hard" copy of the DOCUMENT should be printed and produced.

G. Whenever used herein, the singular shall include the plural and vice versa, whenever such construction results in a broader request for information.

H. Whenever used herein, "and" may be understood to mean "or" and vice versa whenever such construction results in a broader request for information.

## SCHEDULE OF DOCUMENTS TO BE PRODUCED

**REQUEST FOR PRODUCTION NO. 1**

All DOCUMENTS which refer or relate to the PREDATORS' audit report and/or audited financial statements for the 2006 – 2007 Season and year-ended June 2007.

*[Already provided, but will be supplemented to the extent additional responsive documents exist]*

**REQUEST FOR PRODUCTION NO. 2**

All DOCUMENTS which refer or relate to the PREDATORS' audit report and/or audited financial statements for the 2007 – 2008 Season and year-ended June 2008.

*[Will be provided upon completion of audit]*

**REQUEST FOR PRODUCTION NO. 3 (CONTINUING OBLIGATION DOCUMENTS)**

All DOCUMENTS that refer or relate to paid attendance shown on a game-by-game basis for the past three seasons (2005-06; 2006-07; and 2007-08), with weekly updates on current attendance during the 2008-09 season.

*[Will be provided]*

**REQUEST FOR PRODUCTION NO. 4 (CONTINUING OBLIGATION DOCUMENTS)**

All DOCUMENTS that refer or relate to tickets sold for individual games shown on a game-by-game basis, for the past three seasons (2005-06; 2006-07; and 2007-08), with weekly updates to be provided on tickets sold for individual games during the 2008-09 season.

*[Will be provided]*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**REQUEST FOR PRODUCTION NO. 5 (CONTINUING OBLIGATION DOCUMENTS)**

All DOCUMENTS that refer or relate to tickets sold as season tickets or in packages, for the past three seasons (2005-06; 2006-07; and 2007-08), with weekly updates to be provided on tickets sold as season tickets or in packages during the 2008-09 season.

*[Will be provided]*

**REQUEST FOR PRODUCTION NO. 6 (CONTINUING OBLIGATION DOCUMENTS)**

All DOCUMENTS that refer or relate to suite and club seat sales for the past three seasons (2005-06; 2006-07; and 2007-08), with weekly updates to be provided on suite and club seat sales during the 2008-09 season.

*[Will be provided and specifically identified as Responsive to this Request for Production and designated as "Strictly Confidential," but (a) cannot be shared with any party other than the Trustee, his advisors at LECG, counsel to the Trustee and counsel to the Official Committee of Unsecured Creditors, and (b) cannot be disclosed in any manner or filed with the Court absent ten (10) day advance notice to Holdings and an opportunity to be heard]*

**REQUEST FOR PRODUCTION NO. 7 (CONTINUING OBLIGATION DOCUMENTS)**

All DOCUMENTS that refer or relate to commercial sponsorship of the PREDATORS during the past three seasons (2005 – 06; 2006 – 07; and 2007 – 08), with monthly updates to be provided during the 2008-09 season.

*[Will be provided and specifically identified as Responsive to this Request for Production and designated as "Strictly Confidential," but (a) cannot be shared with any party other than the Trustee, his advisors at LECG, counsel to the Trustee and counsel to the Official Committee of Unsecured Creditors, and (b) cannot be disclosed in any manner or filed with the Court absent ten (10) day advance notice to Holdings and an opportunity to be heard]*

**REQUEST FOR PRODUCTION NO. 8**

ALL DOCUMENTS that refer or relate to team coach and/or player salaries, including but not limited to all contracts for coaches and players to whom the PREDATORS are obligated to make payments during 2008 or 2009.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

59914-001\DOCS_SF:62255.4

ORDER UNDER BANKRUPTCY RULE 2004 FOR PRODUCTION OF DOCUMENTS BY PREDATORS HOLDINGS, LLC

5

*[Will be provided and specifically identified as Responsive to this Request for Production and designated as "Strictly Confidential," but (a) cannot be shared with any party other than the Trustee, his advisors at LECG, counsel to the Trustee and counsel to the Official Committee of Unsecured Creditors, and (b) cannot be disclosed in any manner or filed with the Court absent ten (10) day advance notice to Holdings and an opportunity to be heard]*

**REQUEST FOR PRODUCTION NO. 9**

ALL DOCUMENTS that refer or relate to the calculation of the amounts sought by Holdings and described generally in Holdings' proof of claim.

*[Already provided, but will be supplemented to the extent additional responsive documents exist]*

**REQUEST FOR PRODUCTION NO. 10**

ALL DOCUMENTS that refer or relate to the performance of the National Hockey League and/or any teams within the National Hockey League for the past three seasons (2005-06; 2006-07; and 2007-08) and this season (2008-09).

*[Will be provided and specifically identified as Responsive to this Request for Production and designated as "Strictly Confidential," subject to the terms of a confidentiality agreement between the Trustee and the National Hockey League, but cannot be shared with any party other than the Trustee, his advisors at LECG, counsel to the Trustee and counsel to the Official Committee of Unsecured Creditors]*

*** END OF ORDER ***

# COURT SERVICE LIST

Ames Davis, Esq.
J. Chase Cole, Esq.
Waller Lansden Dortch & Davis, LLP
Counsel to Predators Holdings, LP
511 Union Street, Suite 2700
Nashville, TN 37219

Andrew K. Alper, Esq.
Frandzel Robins Bloom & Csato, L.C.
Counsel to Pacific Capital Bank, N.A. dba South Valley National Bank
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048

Austin L. McMullen, Esq.
Boult, Cummings, Conners & Berry, PLC
Counsel to The Sports Authority of the Metropolitan Government of Nashville and Davidson County
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203

Bruce E. Copeland, Esq.
Todd C. Toral, Esq.
Andrew R. Neilson, Esq.
Nixon Peabody LLP
Counsel to Valley Community Bank
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600

Catherine Schlomann Robertson, Esq.
Pahl & McCay
Counsel to United American Bank
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113

Cecily A. Dumas, Esq.
Friedman Dumas & Springwater LLP
Counsel to Security Pacific Bank
150 Spear Street, Suite 1600
San Francisco, CA 94105

Christopher Aguilar, Esq.,
General Counsel and Chief Compliance Officer
Merriman Curhan Ford
Counsel to Merriman Curhan Ford
600 California Street, 9th Floor
San Francisco, CA 94108

David S. Rosenbloom, Esq.
Nathan F. Coco, Esq.
McDermott Will & Emery LLP
Counsel for Craig Leipold
227 W. Monroe Street
Chicago, IL 60606

| | |
|---|---|
| 1 | |
| 2 | G. Larry Engel, Esq.<br>Vincent J. Novak, Esq.<br>Morrison & Foerster LLP |
| 3 | Counsel to Sand Hill Ventures, LLC, Power Play Real Estate Management, LLC and First Pitch, LLC |
| 4 | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 5 | |
| 6 | Heritage Bank of Commerce<br>c/o Richard A. Rogan, Esq. |
| 7 | Nicolas De Lancie, Esq.<br>Jeffer, Mangels, Butler, & Marmaro LLP<br>Two Embarcadero Center, 5th Floor |
| 8 | San Francisco, CA 94111-3824 |
| 9 | J. Gregory Milmoe, Esq.<br>Gregory W. Fox, Esq. |
| 10 | Skadden, Arps, Slate Meagher & Flom LLP<br>Counsel to The National Hockey League |
| 11 | 4 Times Square<br>New York, NY 10036 |
| 12 | |
| 13 | J. Michael Kelly, Esq.<br>Cooley Godward Kronish LLP |
| 14 | Counsel for Cooley Godward Kronish LLP<br>101 California, 5th Floor<br>San Francisco, CA 94111-5800 |
| 15 | |
| 16 | Jay M. Goffman, Esq.<br>Andrew M. Thau, Esq. |
| 17 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Counsel to Warren C. Woo and Forecheck Investments, LLC |
| 18 | Four Times Square<br>New York, New York 10036 |
| 19 | Jeffrey L. Bornstein, Esq. |
| 20 | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Counsel to Merriman Curhan Ford |
| 21 | 55 Second Street, Suite 1700<br>San Francisco, California 94105-3493 |
| 22 | John C. Tishler, Esq. |
| 23 | Waller Lansden Dortch & Davis, LLP<br>Counsel to Predators Holdings, LP |
| 24 | 333 S. Grand Avenue, Suite 1800<br>Los Angeles, CA 90071 |
| 25 | John M. O'Donnell, Esq. |
| 26 | Law Offices of John M. O'Donnell<br>Counsel for Charles G. Peterson |
| 27 | 915 University Avenue<br>Sacramento, CA 95825 |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | John W. (Jay) Fowler, Esq.<br>Bergeson, LLP |
| 2 | Counsel to David J. Hengehold<br>303 Almaden Blvd., Suite 500 |
| 3 | San Jose, CA 95110-2712 |
| 4 | Julie M. Glosson, Esq.<br>Office of the U.S. Trustee |
| 5 | 235 Pine Street, #800<br>San Francisco, CA 94104 |
| 6 | |
| 7 | Kurt Ramlo, Esq.<br>Skadden, Arps, Slate,Meagher & Flom LLP<br>Counsel to Warren C. Woo and Forecheck Investments, LLC |
| 8 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 |
| 9 | |
| 10 | Larry Buckley, Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>Authorized Agent for Washington Mutual Bank |
| 11 | F# 7778-N-0300<br>9441 LBJ Freeway, Suite 350 |
| 12 | Dallas, Texas 75243 |
| 13 | Lawrence M. Schwab, Esq.<br>Patrick M. Costello, Esq. |
| 14 | Bialson, Bergen & Schwab<br>Counsel to David J. Hengehold |
| 15 | 2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 |
| 16 | |
| 17 | Mark V. Isola, Esq.<br>Rehon & Roberts<br>Counsel to Creditor The Private Bank of the Peninsula |
| 18 | 10 Almaden Blvd., Suite 550<br>San Jose, CA 95113 |
| 19 | |
| 20 | Meryl Macklin, Esq.<br>Holme Roberts & Owen, LLP<br>Counsel to AEG Facilities, Inc. |
| 21 | 560 Mission Street, 25th Floor<br>San Francisco, CA 94105 |
| 22 | |
| 23 | Metropolitan Department of Law<br>c/o Andrew D. McClanahan, Esq.<br>Counsel to the Metropolitan Government of Nashville & Davidson County, Tennessee |
| 24 | P.O. Box 196300<br>Nashville, Tennessee 37219-6300 |
| 25 | |
| 26 | Michael H. Ahrens, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>Counsel for the Official Committee of Unsecured Creditors of William James Del Biaggio, III, Case |
| 27 | NO. 08-30991<br>Four Embarcadero Center, 17th Floor |
| 28 | San Francisco, CA 94111 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Michael St. James, Esq. |
| | Counsel to Debtor |
| 2 | 155 Montgomery Street, # 1004 |
| | San Francisco, CA 94104 |
| 3 | |
| | Patric J. Kelly, Esq. |
| 4 | ADLESON, HESS & KELLY, APC |
| | Counsel to Gil Trevino and Oscar "Rusty" Trevino dba TREVINO BROTHERS |
| 5 | 577 Salmar Avenue, Second Floor |
| | Campbell, CA 95008 |
| 6 | |
| | Pedro A. Jimenez, Esq. |
| 7 | Nathan P.J. Lebioda, Esq. |
| | Jones Day |
| 8 | Counsel to CIT Group Inc. |
| | 222 East 41st Street |
| 9 | New York, NY 10017 |
| 10 | Randall P. Mroczynski, Esq. |
| | Cooksey, Toolen, Gage, Duffy & Woog |
| 11 | Counsel to DCFS USA LLC Successor to Daimler Chrysler Financial Services Americas LLC |
| | 535 Anton Boulevard, 10th Floor |
| 12 | Costa Mesa, CA 92626 |
| 13 | Richard S. Berger, Esq. |
| | Landau & Berger LLP |
| 14 | Counsel for John Goyak |
| | 1801 Century Park East, Suite 1460 |
| 15 | Los Angeles, CA 90067 |
| 16 | Robert G. Harris, Esq. |
| | Binder & Malter, LLP |
| 17 | Attorneys for Creditor BDB Management II, LP |
| | 2775 Park Avenue |
| 18 | Santa Clara, CA 95050 |
| 19 | Stevan C. Adelman, Esq. |
| | Miller, Morton, Caillat & Nevis, LLP |
| 20 | Counsel to Martha E. San Filippo Foundation |
| | 25 Metro Drive, 7th Floor |
| 21 | San Jose, CA 95110-1339 |
| 22 | Tobias S. Keller, Esq. |
| | Jones Day |
| 23 | Counsel to CIT Group Inc. |
| | 555 California Street, 26th Floor |
| 24 | San Francisco, CA 94104 |
| 25 | Van C. Durrer, II |
| | Ramon M. Naguiat, Esq. |
| 26 | Skadden, Arps, Slate Meagher & Flom LLP |
| | Counsel to The National Hockey League |
| 27 | 300 South Grand Avenue, Suite 3500 |
| | Los Angeles, CA 90071-3144 |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Wayne A. Silver, Esq.
Counsel for Various Creditors
333 West El Camino Real, Suite 310
Sunnyvale, CA 94087

William C. Lewis, Esq.
Law Offices of William C. Lewis
Counsel to Kristen Del Biaggio
510 Waverley Street
Palo Alto, CA 94301

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: mwalker             Page 1 of 1            Date Rcvd: Jan 27, 2009
Case: 08-30991                Form ID: pdfeoc           Total Served: 15
```

The following entities were served by first class mail on Jan 29, 2009.
```
aty         +Bruce E. Copeland,    Law Offices of Nixon Peabody,    1 Embarcadero Center 18th Fl,
              San Francisco, CA 94111-3667
aty         +J. Gregory Milmoe,    Skadden, Arps, Slate et al,    4 Times Square,   New York, NY 10036-6522
aty         +Pedro A. Jimenez,    Jones Day,   222 E 41st. St.,    New York, NY 10017-6727
             +Ames Davis Esq.,    J. Chase Cole Esq.,    Waller Lansden Dortch & Davis LLP,
              Counsel to Predators Holdings LP,    511 Union Street Ste. 2700,    Nashville, TN 37219-1791
intp        +Christopher Aguilar,    General Counsel and Chief Compliance,    Merriman Curhan Ford,
              600 California Street, 9th Floor,    San Francisco, CA 94108-2706
cr          +Heritage Bank of Commerce,    150 Almaden Blvd,   Attn: Richard Hagarty,
              San Jose, CA 95113-2010
             +Jay M. Goffman Esq.,    Andrew M. Thau Esq,    Skadden Arps Slate Meagher & Flom LLP,
              Four Times Square,    New York, NY 10036-6522
              Jeffrey L. Bornstein Esq.,    Kirkpatrick & Lockhart Preston,    Gates Ellis LLP,
              55 Second Street Ste. 1700,    San Francisco, CA  94105-3493
              John W. Fowler Esq.,    Bergeson LLP,    303 Almaden Blvd. Ste. 500,    San Jose, CA  95110-2712
             +Kurt Ramlo Esq.,    Skadden Arps Slate Meagher & Flom LLP,    300 South Grand Avenue Ste. 3400,
              Los Angeles, CA 90071-3137
             +Larry Buckley Esq.,    Brice Vander Linden & Wernick PC,    9441 LBJ Freeway Ste. 350,
              Dallas, Tx 75243-4652
             +Lawrence M. Schwab,    Patrick M. Costello,    Bialson Bergen Schwab,
              2600 El Camino Real Ste. 300,    Palo Alto, CA 94306-1720
cr            Metropolitan Department of Law,    P.O. Box 196300,    Nashville, TN  37219-6300
             +Michael H. Ahrens Esq.,    Sheppard Mullin Richter & Hampton LLP,
              Four Embarcadeo Center 17th Floor,    San Francisco, CA 94111-4158
             +Van C. Durrerr, II,    Ramon M. Naguiat Esq.,    Skadden Arps Slate Meagher & Flom LLP,
              300 South Grand Avenue Ste. 3500,    Los Angeles, CA 90071-3176
```

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 29, 2009**                                    Signature: *Joseph Speetjens*