1  Richard M. Pachulski (CA Bar No. 90073)
  John D. Fiero (CA Bar No. 136557)
2  Maxim B. Litvak (CA Bar No. 215852)
  Pamela E. Singer (CA Bar No. 224758)
3  PACHULSKI STANG ZIEHL & JONES LLP
  150 California Street, 15th Floor
4  San Francisco, California  94111-4500
  Telephone: 415/263-7000
5  Facsimile: 415/263-7010
  E-mail:  rpachulski@pszjlaw.com
6        jfiero@pszjlaw.com
         mlitvak@pszjlaw.com
7        psinger@pszjlaw.com

**Signed and Filed: January 30, 2009**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

8

9  Attorneys for R. Todd Neilson,
  Chapter 11 Trustee

10

11              **UNITED STATES BANKRUPTCY COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13              **SAN FRANCISCO DIVISION**

14  In re:                                    Case No.: 08- 30991 (TEC)

15  WILLIAM JAMES DEL BIAGGIO, III aka        Chapter 11
   "BOOTS" DEL BIAGGIO,
16                                            **ORDER AUTHORIZING (A) SALE OF**
                   Debtor.                    **STOCK; AND (B) PAYMENT OF**
17                                            **BROKER COMMISSIONS OUT OF**
                                              **PROCEEDS OF SALE**
18
                                             Date:   January 30, 2009
19                                           Time:   9:30 a.m.
                                             Place:  Courtroom 23
20                                                   235 Pine Street
                                                     San Francisco, California
21                                           Judge:  Honorable Thomas E. Carlson

22        The Court has considered the motion (the "Motion") of R. Todd Neilson, duly appointed

23  chapter 11 trustee in the above-captioned bankruptcy case (the "Trustee"), for entry of an order,

24  pursuant to section 363(b) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing

25  (a) the sale (the "Sale") of 206,748 shares of stock (the "Stock") in Emerald Dairy, Inc. ("EMDY"),

26  a Nevada Corporation, to John Winfield (the "Purchaser") for a purchase price of $196,410.60 (the

27  "Sale Proceeds") in cash, and (b) the payment out of the Sale Proceeds of $8,269.92 to Merriman

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Curhan Ford (the "Broker") as a commission, equal to $.04 per share of Stock sold.[1]  The Court has considered the declaration of the Trustee in support of the Motion, any objections to the Motion, and the arguments of counsel at the hearing on the Motion.  The Court finds and concludes that: (a) notice of the Motion is sufficient; (b) the proposed Sale represents the highest and best offer received for the Stock; (c) the Trustee, as representative of the estate, is the sole holder of the interests in the Stock; (d) the broker commission with respect to the Sale of the Stock were actually earned and should be paid to the Broker, and (e) the Sale has been proposed in good faith, the Purchaser is purchasing in good faith, and the Purchaser is entitled to the protections of section 363(m) of the Bankruptcy Code. Based upon the foregoing, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.     The Trustee is authorized to take any and all appropriate and necessary actions to consummate the Sale of the Stock to John Winfield for $196,410.60 in cash, in accordance with the terms and conditions of the Sale set forth in the Motion.

2.     Upon the closing of the Sale, the Trustee is authorized to pay a commission of $8,269.92 out of the Sale Proceeds to Merriman Curhan Ford.

3.     This Order is effective immediately, notwithstanding the ten (10) day stay under Bankruptcy Rule 6004(h).

*** END OF ORDER ***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

---

[1]  Capitalized terms not defined herein shall have the meanings set forth in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    COURT SERVICE LIST

2    Ames Davis, Esq.
     J. Chase Cole, Esq.
3    Waller Lansden Dortch & Davis, LLP
     Counsel to Predators Holdings, LP
4    511 Union Street, Suite 2700
     Nashville, TN 37219
5
     Andrew K. Alper, Esq.
6    Frandzel Robins Bloom & Csato, L.C.
     Counsel to Pacific Capital Bank, N.A. dba South Valley National Bank
7    6500 Wilshire Boulevard, 17th Floor
     Los Angeles, CA  90048
8
     Austin L. McMullen, Esq.
9    Boult, Cummings, Conners & Berry, PLC
     Counsel to The Sports Authority of the Metropolitan Government of Nashville and Davidson County
10   1600 Division Street, Suite 700
     P. O. Box 340025
11   Nashville, Tennessee 37203

12   Bruce E. Copeland, Esq.
     Todd C. Toral, Esq.
13   Andrew R. Neilson, Esq.
     Nixon Peabody LLP
14   Counsel to Valley Community Bank
     One Embarcadero Center, 18th Floor
15   San Francisco, California 94111-3600

16   Catherine Schlomann Robertson, Esq.
     Pahl & McCay
17   Counsel to United American Bank
     225 West Santa Clara Street, Suite 1500
18   San Jose, CA  95113

19   Cecily A. Dumas, Esq.
     Friedman Dumas & Springwater LLP
20   Counsel to Security Pacific Bank
     150 Spear Street, Suite 1600
21   San Francisco, CA 94105

22   Christopher Aguilar, Esq.,
     General Counsel and Chief Compliance Officer
23   Merriman Curhan Ford
     Counsel to Merriman Curhan Ford
24   600 California Street, 9th Floor
     San Francisco, CA 94108
25
     David S. Rosenbloom, Esq.
26   Nathan F. Coco, Esq.
     McDermott Will & Emery LLP
27   Counsel for Craig Leipold
     227 W. Monroe Street
28   Chicago, IL 60606

G. Larry Engel, Esq.
Vincent J. Novak, Esq.
Morrison & Foerster LLP
Counsel to Sand Hill Ventures, LLC, Power Play Real Estate Management, LLC and First Pitch, LLC
425 Market Street
San Francisco, CA 94105-2482

Heritage Bank of Commerce
c/o Richard A. Rogan, Esq.
Nicolas De Lancie, Esq.
Jeffer, Mangels, Butler, & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3824

J. Gregory Milmoe, Esq.
Gregory W. Fox, Esq.
Skadden, Arps, Slate Meagher & Flom LLP
Counsel to The National Hockey League
4 Times Square
New York, NY  10036

J. Michael Kelly, Esq.
Cooley Godward Kronish LLP
Counsel for Cooley Godward Kronish LLP
101 California, 5th Floor
San Francisco, CA  94111-5800

Jay M. Goffman, Esq.
Andrew M. Thau, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel to Warren C. Woo and Forecheck Investments, LLC
Four Times Square
New York, New York 10036

Jeffrey L. Bornstein, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Counsel to Merriman Curhan Ford
55 Second Street, Suite 1700
San Francisco, California 94105-3493

John C. Tishler, Esq.
Waller Lansden Dortch & Davis, LLP
Counsel to Predators Holdings, LP
333 S. Grand Avenue, Suite 1800
Los Angeles, CA 90071

John M. O'Donnell, Esq.
Law Offices of John M. O'Donnell
Counsel for Charles G. Peterson
915 University Avenue
Sacramento, CA  95825

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    John W. (Jay) Fowler, Esq.
     Bergeson, LLP
2    Counsel to David J. Hengehold
     303 Almaden Blvd., Suite 500
3    San Jose, CA 95110-2712

4    Julie M. Glosson, Esq.
     Office of the U.S. Trustee
5    235 Pine Street, #800
     San Francisco, CA 94104

6

     Kurt Ramlo, Esq.
7    Skadden, Arps, Slate,Meagher & Flom LLP
     Counsel to Warren C. Woo and Forecheck Investments, LLC
8    300 South Grand Avenue, Suite 3400
     Los Angeles, California 90071

9

     Larry Buckley, Esq.
10   Brice, Vander Linden & Wernick, P.C.
     Authorized Agent for Washington Mutual Bank
11   F# 7778-N-0300
     9441 LBJ Freeway, Suite 350
12   Dallas, Texas 75243

13   Lawrence M. Schwab, Esq.
     Patrick M. Costello, Esq.
14   Bialson, Bergen & Schwab
     Counsel to David J. Hengehold
15   2600 El Camino Real, Suite 300
     Palo Alto, CA 94306

16

     Mark V. Isola, Esq.
17   Rehon & Roberts
     Counsel to Creditor The Private Bank of the Peninsula
18   10 Almaden Blvd., Suite 550
     San Jose, CA 95113

19

     Meryl Macklin, Esq.
20   Holme Roberts & Owen, LLP
     Counsel to AEG Facilities, Inc.
21   560 Mission Street, 25th Floor
     San Francisco, CA 94105

22

     Metropolitan Department of Law
23   c/o Andrew D. McClanahan, Esq.
     Counsel to the Metropolitan Government of Nashville & Davidson County, Tennessee
24   P.O. Box 196300
     Nashville, Tennessee 37219-6300

25

     Michael H. Ahrens, Esq.
26   Sheppard, Mullin, Richter & Hampton LLP
     Counsel for the Official Committee of Unsecured Creditors of William James Del Biaggio, III, Case
27   NO. 08-30991
     Four Embarcadero Center, 17th Floor
28   San Francisco, CA 94111

Michael St. James, Esq.
Counsel to Debtor
155 Montgomery Street, # 1004
San Francisco, CA 94104

Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
Counsel to Gil Trevino and Oscar "Rusty" Trevino dba TREVINO BROTHERS
577 Salmar Avenue, Second Floor
Campbell, CA 95008

Pedro A. Jimenez, Esq.
Nathan P.J. Lebioda, Esq.
Jones Day
Counsel to CIT Group Inc.
222 East 41st Street
New York, NY 10017

Randall P. Mroczynski, Esq.
Cooksey, Toolen, Gage, Duffy & Woog
Counsel to DCFS USA LLC Successor to Daimler Chrysler Financial Services Americas LLC
535 Anton Boulevard, 10th Floor
Costa Mesa, CA 92626

Richard S. Berger, Esq.
Landau & Berger LLP
Counsel for John Goyak
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

Robert G. Harris, Esq.
Binder & Malter, LLP
Attorneys for Creditor BDB Management II, LP
2775 Park Avenue
Santa Clara, CA 95050

Stevan C. Adelman, Esq.
Miller, Morton, Caillat & Nevis, LLP
Counsel to Martha E. San Filippo Foundation
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339

Tobias S. Keller, Esq.
Jones Day
Counsel to CIT Group Inc.
555 California Street, 26th Floor
San Francisco, CA 94104

Van C. Durrer, II
Ramon M. Naguiat, Esq.
Skadden, Arps, Slate Meagher & Flom LLP
Counsel to The National Hockey League
300 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-3144

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    Wayne A. Silver, Esq.
     Counsel for Various Creditors
2    333 West El Camino Real, Suite 310
     Sunnyvale, CA  94087

3

4    William C. Lewis, Esq.
     Law Offices of William C. Lewis
     Counsel to Kristen Del Biaggio
5    510 Waverley Street
     Palo Alto, CA 94301

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28