Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:rpachulski@pszjlaw.com
      jfiero@pszjlaw.com
      mlitvak@pszjlaw.com

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No.: 08-30991 (TEC) |
|---|---|
| WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN FRANCISCO )

I, Kati L. Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On March 9, 2009, I caused to be served the

**STIPULATION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S CLAIMS OF EXEMPTION**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

Counsel to the Debtor
Michael St. James, Esq.
St. James Law
155 Montgomery Street, # 1004
San Francisco, CA 94104

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 9, 2008, at San Francisco, California.

*/s/ Katherine Suk*
Katherine Suk

CERTIFICATE OF SERVICE