| | |
|---|---|
| 1 | JAMES MCMANIS (40958) |
| | WILLIAM FAULKNER (83385) |
| 2 | GEOFFREY BENTZEL (250073) |
| | McMANIS FAULKNER |
| 3 | A Professional Corporation |
| | 50 West San Fernando Street, 10th Floor |
| 4 | San Jose, California 95113 |
| | Telephone: 408-279-8700 |
| 5 | Facsimile: 408-279-3244 |
| 6 | Attorneys for The Santucci Family Trust |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO,<br><br>Debtor. | Case No. 08-30991<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that McManis Faulkner, on behalf of The Santucci Family Trust, Albert and Florence Santucci, TTEEs ("The Santucci Family Trust") in the above-captioned Chapter 11 case, hereby requests that all notices given or required to be given in this case to creditors, any creditors' committee, or any other party in interest, whether sent by the Court, debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter be served on McManis Faulkner, attorneys for The Santucci Family Trust, at the address listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

William Faulkner, Esq.
Geoffrey Bentzel, Esq.
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113

---
1
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS, CASE NO. 08-30991

Case: 08-30991    Doc# 295    Filed: 03/11/09    Entered: 03/11/09 15:25:10    Page 1 of 2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in Rules 2002, 3017(a), 9007, and 9010(a) and (b) of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, complaint, demand, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise filed or made with respect to the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service of Papers is without prejudice to The Santucci Family Trust's rights, remedies, claims, actions, defenses, setoffs, or recoupments in law or in equity against any entity in this Chapter 11 case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved and any objection that may be made to the jurisdiction of the Court shall not be deemed or construed to submit The Santucci Family Trust to the jurisdiction of the Court.

DATED: March 11, 2009   McMANIS FAULKNER

_____//s//_____
WILLIAM FAULKNER
GEOFFREY BENTZEL

Attorneys for Creditor,
The Santucci Family Trust, LLC