Richard M. Pachulski (CA Bar No. 90073)
John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Khatiblou (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:rpachulski@pszjlaw.com
        jfiero@pszjlaw.com
        mlitvak@pszjlaw.com
        mkhatiblou@pszjlaw.com

Attorneys for R. Todd Neilson,
Chapter 11 Trustee

**Signed and Filed: June 08, 2009**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-30991 (TEC) |
| WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO, | Chapter 11 |
| Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION FOR RULE 2004 DOCUMENT PRODUCTION BY NATIONAL FINANCIAL SERVICES LLC** |

This matter came before the Court without a hearing upon consideration of the Ex Parte Application for Order Under Bankruptcy Rule 2004 for Production of Documents Directed to National Financial Services LLC (the "Application"). Based upon the Court's review of the Application, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that National Financial Services LLC ("National") shall:

1.      Produce the documents described and specified below at the law offices of Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111 on July 1, 2009, at 10:00 am (or at any later date and time); and

2.      Provide at the time of production a custodian of records declaration authenticating all documents so produced.

59914-001\DOCS_SF:65823.1

ORDER GRANTING TRUSTEE'S APPLICATION
FOR RULE 2004 DOCUMENT PRODUCTION BY
NATIONAL FINANCIAL SERVICES LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## DEFINITIONS AND INSTRUCTIONS

1.     "ALL" means both "any" and "all."

2.     "DEBTOR" means William James "Boots" Del Biaggio III, the debtor in the above-referenced Chapter 11 case.

3.     "DOCUMENT" or "DOCUMENTS" is used in the broadest sense possible and includes, without limitation, the following items, whether printed, recorded or reproduced by any other mechanical process or written or produced by hand:  bank statements, checks (front and back), deposit slips and associated checks (front and back), wire advices, debit advices, credit advices, signature cards and other relevant information normally maintained by your institution, papers; books; letters; tangible things; records; correspondence; e-mails; electronic communications; postings on the Internet; telegrams; cables; telex messages; memoranda; diaries; reports; notes; notations; work papers; financial records; communications; summaries; transcripts; records of conversations; interviews; meetings; telephone conversations or conferences; minutes; audio or videotapes; cassettes or disks; statistical statements; graphs; charts; accounts; analytical records; reports or summaries of investigations; computerized records; affidavits; statements; opinions; studies; analyses; appraisals; estimates; projections; illustrations; tables; maps; schedules; worksheets; proposals; contracts; agreements; desk or other calendars; appointment books; lists; tabulations; business records; books of account; ledgers; journals; balance sheets; financial statements; accountant's statements; drafts; negotiable instruments; receipts; invoices; purchase orders; bills; microfilms; photographs or negatives thereof; and any writings as defined by Rule 1001 of the Federal Rules of Evidence.  The term "DOCUMENT" or "DOCUMENTS" also includes both originals and copies containing or having attached to them any alterations, notes, comments or other material not appearing on the original or any other copies not containing such material, and shall include drafts, revisions of drafts and other preliminary material, from whatever source, underlying, supporting or used in preparation of any DOCUMENT.  The words "DOCUMENT" or "DOCUMENTS" further include any file or other container holding, or which at any time held, any DOCUMENT as well as any writing or other communication which appears or appeared on, or affixed to, such file or other container.

59914-001\DOCS_SF:65823.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4.      Each request contained herein extends to any DOCUMENTS in the possession, custody or control of National.  A DOCUMENT is deemed to be in the National' possession, custody or control, (1) if it is in National' physical custody, or (2) if it is in the physical custody of any other person and National (a) owns such DOCUMENT in whole or in part; (b) National has a right by contract, statute or otherwise to sue, inspect, examine or copy such DOCUMENT on any terms; (c) National has an understanding, express or implied, that National may use, inspect, examine or copy such DOCUMENT on any terms; or (d) National has, as a practical matter, been able to use, inspect, examine or copy such DOCUMENT when National has sought to do so.  Such DOCUMENTS shall include, without limitation, DOCUMENTS that are in the custody of National' attorney(s) or other agents.

5.      If a DOCUMENT exists only within the memory of a computer or computer disc, a copy of that data should be produced in machine-readable form, and a "hard" copy of the DOCUMENT should be printed and produced.

6.      Whenever used herein, the singular shall include the plural and vice versa, whenever such construction results in a broader request for information.

7.      Whenever used herein, "and" may be understood to mean "or" and vice versa whenever such construction results in a broader request for information.

## **DOCUMENTS TO BE PRODUCED**

## **REQUEST FOR PRODUCTION NO. 1**

ALL DOCUMENTS that constitute account statements for any brokerage account(s) or IRAs held by or for the benefit of the DEBTOR, including, but not limited to the following accounts that were maintained at The Shemano Group (collectively, the "Shemano Accounts"):

| **Account Name** | **Name of Account** |
| --- | --- |
| Account #KW2-000396 | William J Del Biaggio III |
| Account #KW2-020443 | 1999 Del Biaggio Family Trust |
| Account #KW2-021555 | BDB Management LLC / Sand Hill Capital Partners |

59914-001\DOCS_SF:65823.1

ORDER GRANTING TRUSTEE'S APPLICATION
FOR RULE 2004 DOCUMENT PRODUCTION BY
NATIONAL FINANCIAL SERVICES LLC

| Account #KW2-000027 | BDB Management LLC / Sand Hill Capital #2 |
|---|---|
| Account #KW2-800074 | William J Del Biaggio III IRA |
| Account #KW2-021091 | Sand Hill Capital |
| Account #KW2-001376 | Sand Hill Venture Debt III |

**REQUEST FOR PRODUCTION NO. 2**

ALL DOCUMENTS that refer or relate to deposits, such as checks (front and back) and wire transfers, into any brokerage account(s) or IRAs held by or for the benefit of the DEBTOR, including, but not limited to, the Shemano Accounts.

**REQUEST FOR PRODUCTION NO. 3**

ALL DOCUMENTS that refer or relate to withdrawals, such as checks (front and back) and wire transfers, out of any brokerage account(s) or IRAs held by or for the benefit of the DEBTOR, including, but not limited to, the Shemano Accounts.

**REQUEST FOR PRODUCTION NO. 4**

ALL DOCUMENTS that relate or refer to correspondence between the DEBTOR and National relating to any brokerage account(s) or IRAs held by or for the benefit of the DEBTOR.

**REQUEST FOR PRODUCTION NO. 5**

ALL DOCUMENTS that relate or refer to correspondence between the DEBTOR and Shemano relating to any brokerage account(s) or IRAs held by or for the benefit of the DEBTOR.

**REQUEST FOR PRODUCTION NO. 6**

ALL DOCUMENTS that relate or refer to the opening or closing of any brokerage account(s) or IRAs held by or for the benefit of the DEBTOR, including, but not limited to, the Shemano Accounts.

****END OF ORDER ***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

59914-001\DOCS_SF:65823.1

ORDER GRANTING TRUSTEE'S APPLICATION
FOR RULE 2004 DOCUMENT PRODUCTION BY
NATIONAL FINANCIAL SERVICES LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# COURT SERVICE LIST

Julie M. Glosson, Esq.
Office of the U.S. Trustee
235 Pine Street, #800
San Francisco, CA  94104

Michael H. Ahrens, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Counsel for the Official Committee of Unsecured Creditors
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111

William James Del Biaggio III
20801 Scenic Vista Drive
San Jose, CA 95120

Michael St. James, Esq.
St. James Law
155 Montgomery Street, # 1004
San Francisco, CA  94104

59914-001\DOCS_SF:65823.1

ORDER GRANTING TRUSTEE'S APPLICATION
FOR RULE 2004 DOCUMENT PRODUCTION BY
NATIONAL FINANCIAL SERVICES LLC

Case: 08-30991    Doc# 345    Filed: 06/11/09    Entered: 06/11/09 22:10:55    Page 5 of 6

# CERTIFICATE OF NOTICE

```
The following entities were noticed by first class mail on Jun 11, 2009.
db              +William James Del Biaggio, III,   3000 San Hill Road, Building 1, Ste 240,
                 Menlo Park, CA 94025-7113

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2009**                    **Signature:**    _Joseph Speetjens_