## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  William James Del Biaggio, III

**Case No.**  ___08-30991___

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  ___07/31/09___  **PETITION DATE:**  ___06/06/08___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  ___$1___

| 2. | **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
| | a. Current Assets | $27,915 | $33,372 | |
| | b. Total Assets | $8,028,618 | $8,080,088 | $53,869,058 |
| | c. Current Liabilities | $2,903,632 | $2,733,644 | |
| | d. Total Liabilities | $506,108,476 | $505,938,488 | $88,435,604 |

| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| | a. Total Receipts | $10 | $110 | $3,501,399 |
| | b. Total Disbursements | $5,169 | $5,110 | $4,147,989 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($5,159) | ($4,999) | ($646,590) |
| | d. Cash Balance Beginning of Month | $26,392 | $31,391 | $667,823 |
| | e. Cash Balance End of Month (c + d) | $21,233 | $26,392 | $21,233 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $2,903,632 | $2,733,644 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $487,729 | $445,014 | |

At the end of this reporting month:

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___;  U.S. Trustee Quarterly Fees ___;  Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _____

_____
Responsible Individual

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** ___07/31/09___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value[1] | Notes |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | ✓ | $21,234 | **2** |
| 2 | Accounts receivable (net) | | | |
| 3 | Retainer(s) paid to professionals | | | |
| 4 | Other: Prepaid Insurance (Trustee Bond) | | $1,667 | |
| 5 | Prepaid Insurance (Property) | | $1,564 | |
| 6 | BDB Receivable | | $1,725 | |
| 7 | BDB III Receivable | | $1,725 | |
| 8 | **Total Current Assets** | | $27,915 | |
| | **Long Term Assets (Market Value)** | | | |
| 9 | Real Property (residential) | ✓ | $6,885,632 | **3** |
| 10 | Real property (rental or commercial) | | | |
| 11 | Furniture, Fixtures, and Equipment | ✓ | Unknown | **4** |
| 12 | Vehicles | ✓ | $15,000 | |
| 13 | Partnership interests | | Unknown | **5** |
| 14 | Interest in corportations | | Unknown | **6** |
| 15 | Marketable Securities - Group A | | $569,495 | **7** |
| 16 | Unrealized Gain / Loss (Marketable Securities - Group A) | | ($103,997) | **7** |
| 17 | Marketable Securities - Group B | | $480,000 | **8** |
| 18 | Stock Warrants | | Unknown | **9** |
| 19 | Interests in IRA, Keogh, other retirement plans | ✓ | $154,574 | **10** |
| 20 | Other: Note Receivable | | $0 | **11** |
| 19 | Life Insurance Policies | | $0 | **12** |
| 20 | | | $0 | |
| 21 | **Total Long Term Assets** | | $8,000,704 | |
| 22 | **Total Assets** | | $8,028,618 | |
| | **Liabilities** | | | |
| | **Post-Petition Liabilities** | | | |
| | **Current Liabilities** | | | |
| 23 | Post-petition not delinquent (under 30 days) | | $102,531 | **13** |
| 24 | Post-petition delinquent other than taxes (over 30 days) | | $487,729 | **14** |
| 25 | Post-petition delinquent taxes | | | |
| 26 | Accrued professional fees - Trustee | | $423,169 | |
| 27 | Accrued professional fees - Accountants | | $937,144 | |
| 28 | Accrued professional fees - Counsel | | $952,408 | |
| 29 | Accrued US Trustee Fees | | $650 | |
| 30 | Accrued Interest | | $208,925 | **15** |
| 31 | **Total Current Liabilities** | | $2,903,632 | |
| 32 | **Long-Term Post Petition Debt** | | | |
| 33 | **Total Post-Petition Liabilities** | | $2,903,632 | |
| | **Pre-Petition Liabilities (allowed amount)** | | | **16** |
| 34 | Secured claims (residence) | | $6,257,292 | **3** |
| 35 | Secured claims (other) | | $192,435,701 | |
| 36 | Priority unsecured claims | | $2,724,193 | |
| 37 | General unsecured claims | | $301,787,658 | |
| 38 | **Total Pre-Petition Liabilities** | | $503,204,844 | |
| 39 | **Total Liabilities** | | $506,108,476 | |
| | **Equity (Deficit)** | | | |
| 40 | **Total Equity (Deficit)** | | ($498,079,858) | |
| 41 | **Total Liabilities and Equity (Deficit)** | | $8,028,618 | |

**NOTE:**
See attached **Notes to Balance Sheet** and **Bank Reconciliation Schedule**.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | | | |
| 2 | **Scheduled Gross Rents** | | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|---|
| 10 | **Bank** | United American Bank | UBOC | UBOC | Morgan Stanley |
| 11 | **Account No.** | 11001682 | 2130139984 | 2130139992 | |
| 12 | **Account Purpose** | Checking Account | Money Market | Checking Account | Money Market |
| 13 | **Balance, End of Month** | $1,112 | $18,681 | $3,579 | $637 |
| 14 | **Total Funds on Hand for all Accounts** | $24,009 | | | |

**NOTE:**
See attached **Bank Reconciliation Schedule**

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# WILLIAM JAMES DEL BIAGGIO III
**Notes to Balance Sheet**


## Note 1 – Market Value

Market value for the Debtor's assets and liabilities was determined pursuant to (1) the values determined by professionals working with the Trustee, (2) values reported on Schedules A, B, D and F of the Debtor's bankruptcy schedules, (3) the balances reported on the Debtor's bank account statements as of 07/31/09 (see attached bank account statements at the end of this report for additional detail) and (4) the values reported on Merriman Curhan Ford & Co. ("Merriman") as well as Morgan Stanley brokerage account statements as of 07/31/09 (see attached brokerage account statements at the end of this report for additional detail). Market values for many of the assets are unknown at this time.

## Note 2 – Cash & Cash Equivalents

Cash and cash equivalents includes the balance from the Debtor's United American Bank account of $1,112.07. The balance on this account was reported as of 07/31/09; however, the statement end date for the account is 08/07/09.

Cash and cash equivalents also includes $19,484 held in the Trustee's Union Bank of California accounts.

Cash and cash equivalents do not include any balances reported on the Merriman or Morgan Stanley brokerage account statements, as the amounts reported on these statements cannot be properly allocated due to a lack of information available to the Trustee as of 07/31/09. See **Note 1 to Statement of Cash Receipts & Disbursements** for additional detail.

## Note 3 – Real Property (Residential)

The market value of $6,885,632 reported for the following three residential real properties was determined using the following amounts:

1. 20801 Scenic Vista Drive: $3,595,000 – This amount represents the listing price of the property as of 07/31/09.
2. 7263 Glenview Drive: $1,933,214 – This amount represents the secured claim amount in the property held by Washington Mutual. The Trustee and his real estate broker have analyzed the potential sale of the property and determined the amount of secured debt would be greater than any proceeds that could be realized from the sale of the property. Therefore, the Trustee intends to allow the secured creditor to take possession of the property in conjunction with the secured creditor's relief from stay motion.
3. 850 / 852 Squaw Creek Resort: $1,357,418 – This amount represents the secured claim amount in the property held by Countrywide. The Trustee and his real estate broker have analyzed the potential sale of the property and determined the amount of

secured debt would be greater than any proceeds that could be realized from the sale of the property. Therefore, the Trustee intends to allow the secured creditor to take possession of the property in conjunction with the secured creditor's relief from stay motion.

On 03/31/09, the Trustee closed on the sale of the Debtor's property located on 127 Hollister Avenue. The gross proceeds received for the sale totaled $2,775,000. The net proceeds received by the Debtor from the sale total approximately $133,479. Additionally, during the month of May 2009, $8,540 was received by the Debtor as a refund of escrow related to the sale.

As a result of the aforementioned sale of property, Washington Mutual's proof of claim #5 was satisfied and removed from the Secured Claims (residence) amount in the Pre-Petition Liabilities portion of the Debtor's balance sheet.

As of the date of this Monthly Operating Report, no disbursements had been made to secured creditors in regard to the remaining three outstanding mortgage amounts.

## Note 4 – Furniture, Fixtures & Equipment

While the Trustee has conducted preliminary assessments of the value of furniture, fixtures and equipment the market value of the Debtor's furniture, fixtures and equipment has not yet been determined. When the value is determined by the Trustee, this amount will be reported on the Debtor's monthly report.

## Note 5 – Partnership Interests

The Debtor has interests in various partnerships and corporations as reported on Schedule B of the bankruptcy schedules filed with the Court. Pursuant to tax records and other documentation, the Trustee has identified additional ownership interests potentially held by the Debtor. The Debtor did not assign a value to these interests, nor have values been determined by the Trustee as of the date of this report. See attached schedule for additional detail.

## Note 6 – Interest in Private Corporations

The amount reported as interest in corporations for purposes of this report has been reported as unknown. Currently, the Trustee is in negotiations with potential buyers of the Debtor's interest in corporations. For example, the Debtor holds a 5/6ths membership interest in Forecheck Investments, LLC ("Forecheck"), which invested $30,000,000 in the Nashville Predators. Schedule B of the Debtor's bankruptcy schedules lists the Debtor's interest at $23,500,000. In addition, pursuant to Schedule B and to the Debtor's books and records, the Debtor has ownership interests in the following three corporations: (1) Bank Up Recovery Services, (2) Enviro Waste Systems, Inc. and (3) ZNYX Corporation. Enviro Waste Systems, Inc. has filed a notice of dissolution to its shareholders. The Debtor did not assign a value to the remaining interests, nor have values been determined by the Trustee as of the date of this report.

## Note 7 – Marketable Securities - Group A

The Trustee has prepared this report to be consistent with the Debtor's claims regarding the state of legal and equitable title to certain securities. Pending the conclusion of his investigation and review, the Trustee neither endorses the validity of such claims, nor denies them. All rights are reserved.

The securities represented in Group A include the following:

| Stock | # of Shares Held | | Cost | | Market Value |
|---|---|---|---|---|---|
| St. Bernard Software Inc | 33,600 | $ | 69,495 | $ | 5,376 |
| Emerald Dairy | 306,748 | | 500,000 | | 460,122 |
| | **340,348** | **$** | **569,495** | **$** | **465,498** |

These securities have been reported on a cost basis on the balance sheet with a market adjustment (Unrealized Gain / Loss) to report the securities at their fair market value. The cost and market value data shown were obtained from the Morgan Stanley brokerage account statements as of 07/31/09.

During the month of March 2009, the Debtor's Merriman brokerage account #NB3-005734, which previously held securities included in Group A, was foreclosed and taken control of by AEG and Craig Leipold. This occurred as part of a settlement agreement, approved by the court, as a result of a security interest / collateral agreement between AEG, Craig Leipold and the Debtor. As part of the settlement, the Debtor received $75,000 of the proceeds upon the sale of the securities. As a result of the settlement, all securities in the aforementioned brokerage account have been written off the Debtor's records.

As a result of the aforementioned settlement, AEG's proof of claim #39 and Craig Leipold's proof of claim #95 will be offset by the amounts recovered from this transaction.

## Note 8 – Marketable Securities - Group B

The Trustee has prepared this report to be consistent with the Debtor's claims regarding the state of legal and equitable title to certain securities. Pending the conclusion of his investigation and review, the Trustee neither endorses the validity of such claims, nor denies them. All rights are reserved.

3

The securities represented in Group B include the following:

| Stock | # of Shares Held | Cost | Market Value |
|---|---|---|---|
| ONCO Petroleum | 6,000,000 | Unknown | 480,000 |
| Square One Financial Inc | 4,000 | Unknown | Unknown |
| | 6,004,000 | $ - | $ 480,000 |

These securities have been segregated based on the available market and cost data obtained from the brokerage. For Group B stocks, only market data was obtained by the Trustee.

The Trustee has not yet obtained sufficient historical cost information related to these securities as of the date of this Monthly Operating Report.

As detailed in the previous table, ONCO Petroleum has been reported at its market value of $480,000 or $.08 per share. However, there have been no recent trade volumes for this stock and the amount to be realized from sale is unknown. The Debtor valued the ONCO Petroleum shares at $1,500,000 on Schedule B.

Square One Financial Inc has no available historical cost or market data; therefore, no values have been recorded for these securities on the balance sheet.

No unrealized gain / loss has been recorded for the month of July 2009 with respect to Group B due to the lack of historical cost data.

On 12/31/08, 778,901 shares of St. Bernard Software stock previously included in Group B were transferred from the Debtor's Merriman brokerage account #NB3-007581 to an account controlled by United American Bank ("UAB"). This transfer was the result of a relief from stay motion in favor of UAB whereby UAB was allowed to take possession of said shares in which they had a perfected secured interest.

During the month of March 2009, the Debtor's Merriman brokerage account #NB3-005734, which held the remaining 359,066 shares of St. Bernard Software Inc previously included in Group B, was foreclosed and taken control of by AEG and Craig Leipold. This occurred as part of a settlement agreement, approved by the court, as a result of a security interest / collateral agreement between AEG, Craig Leipold and the Debtor on the stocks held in this account. As part of the settlement, the Debtor received $75,000 of the proceeds upon the sale of the securities. As a result of the settlement, all securities in the aforementioned brokerage account have been written off the Debtor's records.

## Note 9 – Stock Warrants

The Debtor holds two classes of stock warrants related to Emerald Dairy (See **Note 7** for additional discussion of Emerald Dairy). Class A has an exercise price of $2.04 per share for 61,350 shares. Class B has an exercise price of $3.26 per share for 306,748 shares. The value of warrants (or options) is broken down into two components: intrinsic value and time value. Intrinsic value only exists if the price of the underlying asset, a stock price for example, exceeds the exercise price of the warrant. In this situation, the intrinsic value is calculated as the stock price less the exercise price. As of 07/31/09, the Emerald Dairy warrants had no intrinsic value. Warrants also have time value. Wikipedia explains that the time value of a warrant "captures the possibility, however remote, that the option may increase in value due to volatility in the underlying asset." The time value of warrants is calculated using option pricing models, such as Black-Scholes and Bi-nomial models. Accordingly, the Emerald Dairy warrants posses some element of time value. However, due to the expense associated with calculating the time value associated with the Emerald Dairy warrants, we have stated the value of the Emerald Dairy warrants at zero for purposes of presentation in the Monthly Operating Report.

On 7/27/09 Emerald Dairy announced that it had amended its offer to existing warrant holders to exchange their warrants for warrants with amended terms. The amended terms called for a shortened exercise period and reduced the exercise price of the two classes of warrants held by the Debtor to $1.63.

The Trustee has decided not to accelerate the exercise of the options held by the Debtor at the reduced exercise price.

## Note 10 – Interest in IRA

The Trustee has prepared this report to be consistent with the Debtor's claims regarding the state of legal and equitable title to certain securities. Pending the conclusion of his investigation and review, the Trustee neither endorses the validity of such claims, nor denies them. All rights are reserved.

The securities represented in the Debtor's Merriman and American Funds IRA accounts include the following:

| Stock | # of Shares Held | Cost | | Market Value |
|---|---|---|---|---|
| St. Bernard Software Inc | 738,624 | Unknown | $ | 118,158 |
| American Funds IRA | 2,714 | Unknown | | 36,416 |
| | 738,624 | $ - | $ | 154,574 |

The St. Bernard securities have been reported at their market value as reported in the Merriman and account statements as of 07/31/09 while the American Funds IRA

securities are reported at their value as of 12/31/08, which is the last statement received to date by the Trustee. The Trustee has not yet obtained sufficient historical cost information related to these securities as of the date of this Monthly Operating Report. The Debtor valued all shares of St. Bernard Software Inc on Schedule B at $1,200,000 (see **Note 8** for additional detail related to shares of St. Bernard Software Inc).

## Note 11 – Note Receivable

The note receivable relates to a note owed to the Debtor by Power Play Real Estate Fund as reported on Schedule B. Additional information and analysis is required in order to determine the nature and collectability of this note. Schedule B also includes notes receivable and debts receivable in the amount of $2,500,000 due from John Dunning and Scott Cacchione. These assets also require additional information and analysis in order to determine their nature and collectability. For purposes of this report the value of these receivables has been recorded at $0.

## Note 12 – Life Insurance Policies

The Trustee has identified three life insurance policies held by the Debtor. The first policy is a term life policy with a listed death benefit of $17,000,000. The premium payments have been discontinued on this policy by the Trustee; therefore, the value of the policy has been reported at $0. The second policy held by the Debtor is a life insurance policy with a death benefit of $500,000 and a cash surrender value of $15,726.29 as of 06/30/08. During the month of March 2009, the Trustee received net cash surrender proceeds of $9,518 related to this account and the policy was subsequently discontinued. The third life insurance policy held by the Debtor is a variable whole life policy. During the month of March 2009, the Trustee received net cash surrender proceeds of $8,193 related to this policy and the policy was subsequently discontinued.

## Note 13 – Post-petition Not Delinquent

This amount is equal to current post-petition liabilities, including utilities, insurance, county taxes and mortgage payments related to the Debtor's residential real property holdings.

## Note 14 – Post-petition Delinquent Other Than Taxes

This amount is equal to delinquent post-petition mortgage payments related to the Debtor's residential real property holdings.

## Note 15 – Accrued Interest

Accrued interest relates to Forecheck's quarterly interest payment obligation to CIT Lending Services Corporation. The Debtor holds a 5/6ths membership interest in Forecheck, which invested $30,000,000 in the Nashville Predators. The 5/6ths membership interest equates to a 5/6ths share of the quarterly interest payment due on August 13, 2009.

**Note 16 – Pre-Petition Liabilities**

The amount reported on the Monthly Operating Report related to secured and unsecured claims has been revised to reflect the claims filed by creditors. These amounts are currently being investigated by the Trustee and have not been adjusted. Some of these claims are duplicative, some are unliquidated and/or contingent and some ultimately may be disputed. Of note, the amount reported as unsecured claims contains approximately $1,950,000 of claims that have not yet been classified as secured or unsecured as they were filed without alleging a priority.

As a result of the reclamation of funds by Modern Bank and the aforementioned settlement between AEG, Craig Leipold and the Debtor, Modern Bank's proof of claim #18, AEG's proof of claim #39 and Craig Leipold's proof of claim #95 will be offset by the amounts recovered from these transactions.

As a result of the aforementioned sale of the Hollister property, Washington Mutual's proof of claim #5 was satisfied and removed from the Secured Claims (residence) amount in the Pre-Petition Liabilities portion of the Debtor's balance sheet.

Also of note, the amount of claims filed in the Debtor's bankruptcy schedules total $88,435,604 and were scheduled with the following priorities:

Secured – $31,735,254
Unsecured - $56,700,350

# WILLIAM JAMES DEL BIAGGIO III
## Note 5 - Potential Interests In Partnerships & Corporations

| # | Entity Name | Owner [1] | K-1 | Capital Percentage [2] | Holdings |
|---|---|---|---|---|---|
| 1 | 2000 Union Street Partners LLC | William J Del Biaggio III | 2008 | 1.53846% | (1) Interest In _____ (?) |
| 2 | Acuity Ventures II LLC | William J Del Biaggio III | 2006 | 1.01472% | (1) Interest In Portfolio Of Companies |
| 3 | Almaden Tower Venture MM LLC | West Santa Clara Associates LLC | 2007 [DRAFT] | 52.90410% | (1) Interest In Axis Apartment Development, San Jose, CA |
| 4 | American Hockey Group LLC | William J Del Biaggio III | 2008 [FINAL] | 0.00000% | (1) Interest In Omaha Lancers [Junior Hockey Team] |
| 5 | APV TP Affiliates Fund III LP | Sand Hill Capital Partners IV LLC | 2003 | 2.02399% | (1) Interest In _____ (?) |
| 6 | BDB Fund I LP | The 1999 Del Biaggio Family Trust | 2007 | 40.64210% | (1) Interest In Coyote Valley [Land Located Near San Jose, CA] |
|   |  | William J Del Biaggio III | 2007 | 1.00000% | (2) Interest In MSTV Investors LLC |
|   |  |  |  |  | (3) Interest In Mountain View Technology Park LLC |
|   |  |  |  |  | (4) Interest In Oak Creek Park LLC |
|   |  |  |  |  | (5) Interest In Page Mill Properties LP |
|   |  |  |  |  | (6) Interest In West Santa Clara Associates LLC |
| 7 | BDB Fund II LP |  |  |  | (1) Interest In _____ (?) |
| 8 | BDB Management LLC | The 1999 Del Biaggio Family Trust | 2007 | 24.01889% | (1) Interest In Heritage Commerce Bank |
|   |  |  |  |  | (2) Interest In BDB Fund I LP [General Partner] |
| 9 | BDB Management II LP | The 1999 Del Biaggio Family Trust | 2007 | 17.50546% | (1) Interest In ONCO Petroleum |
| 10 | BDB Management III LLC | The 1999 Del Biaggio Family Trust | 2007 | 36.28447% | (1) Interest In Premier Pacific Bancorp Inc |
| 11 | The Diamond Project / The Golden Baseball League | First Pitch LLC | 2007 | 9.71932% | (1) Interest In Minor Leage Baseball Organization [Federal League Baseball] |
| 12 | Deer Point LLC [CHAPTER 11] | The Del Biaggio Family Trust / Power Play Real Estate Fund LP (?) | 2007 | 14.02206% | (1) Interest In 26.5 Acres In Deer Valley, CA |
| 13 | DHP-PP LLC | Power Play Real Estate Fund LP |  | 100.00000% | (1) Interest In 540 Acres In Live Oak, CA |
|   |  |  |  |  | (2) Interest In Power Play Greer - Live Oak LLC |
| 14 | Divco San Tomas Investors LLC | The 1999 Del Biaggio Family Trust | 2004 [FINAL] | 0.00000% | (1) Interest In _____ (?) |
| 15 | DW Shoreline Investors LLC | William J Del Biaggio III | 2006 [FINAL] | 1.71610% | (1) Interest In _____ (?) |
| 16 | First Pitch LLC | William J Del Biaggio III | 2006 | 50.00000% | (1) Interest In The Diamond Project / The Golden Baseball League |
| 17 | Forecheck Holding LLC |  |  |  | (1) Interest In _____ (?) |
| 18 | Forecheck Investments LLC | William J Del Biaggio III |  | 83.33333% | (1) Interest In Predators Holdings LLC |
| 19 | Forecheck Management LLC |  |  |  | (1) Interest In _____ (?) |
| 20 | Forecheck Ventures LP |  |  |  | (1) Interest In _____ (?) |
| 21 | The Good Life Film Project LLC | William J Del Biaggio III | 2006 | 2.65341% | (1) Interest In Sundance Film Festival Film |
| 22 | Home Equity Investments LLC | The Del Biaggio Family Trust |  | 16.00000% | (1) Interest In Six Residential Lots In San Jose, CA |
| 23 | MB Real Estate Holdings LLC | William J Del Biaggio III | 2007 [FINAL] | 100.00000% | (1) Interest In 127 Hollister Avenue, Santa Monica, CA |
| 24 | MS Tower Ventures LLC | William J Del Biaggio III |  |  | (1) Interest In _____ (?) |
| 25 | MSTV Investors LLC | BDB Fund I LP |  |  | (1) Interest In _____ (?) |

| # | Entity | Holder | Year | Percentage | Description |
|---|--------|--------|------|-----------|-------------|
| 26 | Mountain View Technology Park LLC | BDB Fund I LP | 2007 [FINAL] | 0.00000% | (1) Interest In Commercial Land In Mountain View, CA [SOLD PRE-PETITION] |
| 27 | Muze Clothing LLC | William J Del Biaggio III | 2005 | 2.00000% | (1) Interest In T-Shirt Company |
| 28 | O'Flaherty's LLC | William J Del Biaggio III | 2005 | 16.67000% | (1) Interest In _____ (?) |
| 29 | Oak Creek Park LLC | BDB Fund I LP | 2007 | VARIOUS | (1) Interest In Oak Creek Technology Park [Commercial Office Park] |
| 30 | Page Mill Capital I LP | Page Mill Capital Management LLC / Sand Hill Capital Partners IV LP | 2004 [FINAL] | 1.00000% / 24.75000% | (1) Interest In Technology Companies |
| 31 | Page Mill Capital Management LLC | Sand Hill Capital Partners III LLC | 2004 [FINAL] | 50.00000% | (1) Interest In Page Mill Capital I LP |
| 32 | Page Mill Properties LP | BDB Fund I LP | 2007 | 0.22134% | (1) Interest In Cross Point In Lowell, MA |
| 33 | Page Mill Ventures LLC | Sand Hill Capital Partners I / Sand Hill Capital Partners IV | 2005 | FORMULA / FORMULA | (1) Interest In _____ (?) |
| 34 | Pizza Antica - Lafayette LLC | The Del Biaggio Family Trust | 2008 | 7.15000% | (1) Interest In Restaurant In San Jose, CA |
| 35 | Power Play Greer - Live Oak LLC | DHP-PP LLC / William Greer | | | (1) Interest In Live Oak Property / Development (2) Interest In Q-Ranch Property / Development (3) Interest In Biggs Property / Development |
| 36 | Power Play Real Estate Fund LP | The Del Biaggio Trust | 2006 | 28.98600% | (1) Interest In Deer Point LLC (2) Interest In DHP-PP LLC (3) Interest In San Jose Transit Village Partners LLC (4) Interest |
| 37 | Power Play Real Estate Management LLC | The Del Biaggio Trust | 2006 | 20.00000% | (1) General Partner Of Power Play Real Estate Fund LP |
| 38 | Power Play Ventures LLC | | | 20.00000% | (1) Interest In _____ (?) |
| 39 | Predators Holdings LLC | Forecheck Investments LLC | | | (1) Interest In Nashville Predators NHL Club |
| 40 | Red Line Partners LLC | William J Del Biaggio III | 2006 | 50.00000% | (1) Interest In San Jose Sports & Entertainment Enterprises LLC |
| 41 | Red Line Partners II LLC | | | | (1) Interest In _____ (?) |
| 42 | Sacramento Street Partners LLC | The Del Biaggio Family Trust | 2008 | 2.02020% | (1) Interest In Restaurant In San Francisco, CA [Not Yet Opened] |
| 43 | San Jose Sports & Entertainment Enterprises LLC | Red Line Partners LLC | | | (1) Interest In San Jose Sharks [SOLD PRE-PETITION] |
| 44 | San Jose Transit Village Partners LLC | Power Play Real Estate Fund LP | | | (1) Interest In 23.5 Acres In San Jose, CA [Multi-Tenant Apartment / Commercial Development] |
| 45 | Sand Hill Aviation LLC | William J Del Biaggio III | 2006 | 50.00000% | (1) Interest In Airplane Slot [SOLD PRE-PETITION] |
| 46 | Sand Hill Capital Holdings LLC | | | | (1) Interest In _____ (?) |
| 47 | Sand Hill Capital Holdings Special Purpose LLC | | | | (1) Interest In _____ (?) |
| 48 | Sand Hill Capital Management LLC | | | | (1) Interest In _____ (?) |
| 49 | Sand Hill Capital LLC | William J Del Biaggio III | 2004 [FINAL] | 0.00000% | (1) Interest In Moduslink Global Solutions Inc (?) |
| 50 | Sand Hill Capital II LP | William J Del Biaggio III | 2004 [FINAL] | 0.00000% | (1) Interest In Sand Hill Capital Fund I LP |
| 51 | Sand Hill Capital IIG LP | | | | (1) Interest In Sand Hill Capital Fund I LP |
| 52 | Sand Hill Capital III LLC | | | | (1) Interest In _____ (?) |
| 53 | Sand Hill Capital IV GP LLC | William J Del Biaggio III | 2006 | 0.20000% | (1) Interest In Sand Hill Capital IV LP |
| 53 | Sand Hill Capital IV LP | The Del Biaggio Family Trust | 2006 | 0.00000% | (1) Interest In Technology Companies |
| 55 | Sand Hill Capital Fund I LP | Sand Hill Capital II LP / Sand Hill Capital IIG LP / Sand Hill Capital Partners V LLC | 2004 / 2004 / 2004 | 4.10821% / 1.66711% / 2.54591% | (1) Interest In Avasta (?) (2) Interest In 1-800-Wineshop (?) (3) Interest In Worthless Investments (?) (4) Interest In Page Mill Ventures LLC (?) |
| 56 | Sand Hill Capital Partners I LLC | | | | (1) Interest In Page Mill Ventures LLC (?) |
| 57 | Sand Hill Capital Partners II LLC | | | | (1) Interest In _____ (?) |

| # | Entity | Holder | Year | Percentage | Interest |
|---|--------|--------|------|-----------|----------|
| 58 | Sand Hill Capital Partners III LLC [CHAPTER 7] | William J Del Biaggio III | 2006 | 100.00000% | (1) Interest In Page Mill Capital Management LLC |
| 59 | Sand Hill Capital Partners IV LLC | | 2004 [FINAL] | | (1) Interest In Page Mill Capital I LP<br>(2) Interest In Page Mill Ventures LLC<br>(3) Interest In APV TP Affiliates Fund III LP<br>(4) Interest In APV Management (?) |
| 60 | Sand Hill Capital Partners V LLC | William J Del Biaggio III | 2005 [FINAL] | 100.00000% | (1) Interest In Sand Hill Capital Fund I LP<br>(2) Interest In Triscend Corporation<br>(3) Interest In Vertical Networks |
| 61 | Sand Hill Capital Special Purpose | | | | (1) Interest In ____ (?) |
| 62 | Sand Hill Finance LLC | Sand Hill Ventures LLC | | | (1) Interest In Technology Companies |
| 63 | Sand Hill Real Estate Management LLC | The Del Biaggio Trust | | | (1) Converted Into Power Play Real Estate Management LLC |
| 64 | Sand Hill Sakura Cayman Fund LP | Sand Hill Sakura Management LLC | | | (1) Interest In Technology Companies |
| 65 | Sand Hill Sakura Fund LP | The Del Biaggio Family Trust | 2006 | 1.49804% | (1) Interest In Technology Companies |
| 66 | Sand Hill Sakura Management LLC | Sand Hill Sakura Management LLC<br>William J Del Biaggio III | 2006 | 40.00000% | (1) Interest In Sand Hill Sakura Fund LP<br>(2) Interest In Sand Hill Sakura Cayman Fund LP |
| 67 | Sand Hill Venture Debt LLC | William J Del Biaggio III | 2006 | 40.00000% | (1) Interest In Sand Hill Venture Debt III LLC |
| 68 | Sand Hill Venture Debt III LLC | William J Del Biaggio III<br>Sand Hill Venture Debt LLC<br>Sand Hill Ventures LLC | | | (1) Interest In Technology Companies |
| 69 | Sand Hill Venture Debt III LP | | | | (1) Converted Into Sand Hill Venture Debt III LLC |
| 70 | Sand Hill Ventures LLC | William J Del Biaggio III | 2006 | VARIOUS | (1) Interest In Sand Hill Venture Debt LLC<br>(2) Interest In Sand Hill Sakura Management LLC<br>(3) Interest In Sand Hill Capital IV GP LLC<br>(4) Interest In Sand Hill Finance LLC |
| 71 | SHCV Acquisition Corporation | | | | (1) Interest In ____ (?) |
| 72 | Universal Sports Group LLC | The Del Biaggio Family Trust | 2007 | 100.00000% | (1) Involvement In Junior League Soccer Coaches |
| 73 | Village Public House Partners LLC | The 1999 Del Biaggio Family Trust | 2008 | 3.44828% | (1) Interest In Restaurant In Woodside, CA |
| 74 | West Santa Clara Associates LLC | BDB Fund I LP | 2007 | 37.17100% | (1) Interest In Almaden Tower Venture MM LLC |
| 75 | Woodside Fund IV LP | William J Del Biaggio III | 2006 | 0.07587% | (1) Interest In Venture Fund |
| 76 | Woodside Fund V LP | The 1999 Del Biaggio Family Trust | 2004 [FINAL] | 0.00000% | (1) Interest In ____ (?) |

## Notes

1. This information is provided based on the data currently available at this time. All rights are reserved with regard to modification of the information provided upon further investigation.
2. Pursuant to percentages reported on Schedule K-1 for the indicated tax year. Percentages may be different as of the current date.

**WILLIAM JAMES DEL BIAGGIO III**
**General Checking**
**Acct #2130139992**

## BANK RECONCILIATIONS

| | | |
|---|---|---|
| **BALANCE PER BOOKS** | $ | **804.07** |
| | | |
| BANK BALANCE | | 3,579.07 |
| (+) DEPOSITS IN TRANSIT | | |
| (-) OUTSTANDING CHECKS | | 2,775.00 |
| OTHER | | |
| **ADJUSTED BANK BALANCE** | $ | **804.07** |

| **DEPOSITS IN TRANSIT** | **Date** | **Amount** |
|---|---|---|
| | | |

| **CHECKS OUTSTANDING** | **Ck #** | | **Amount** |
|---|---|---|---|
| | 3126 | $ | 140.00 |
| | 3127 | | 35.00 |
| | 3128 | | 1,950.00 |
| | 3129 | | 325.00 |
| | 3130 | | 325.00 |
| | **Total** | **$** | **2,775.00** |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS (See Note 1)
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    07/31/09

| | | Actual Current Month | Cumulative (Case to Date) | Notes |
|---|---|---|---|---|
| | **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | | |
| 2 | Cash Received from Sales | | | |
| 3 | Interest Received | $10 | $6,604 | |
| 4 | Borrowings | | $75,000 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | | |
| 6 | Capital Contributions | | | |
| 7 | Other Cash Receipts: | | $512,773 | |
| 8 | Life Insurance Proceeds | | $17,712 | |
| 9 | Sale of Hollister Property | | $2,783,540 | |
| 10 | AEG Settlement | | $75,000 | |
| 11 | Sale of Investments / Interests | | $30,770 | 2 |
| 12 | **Total Cash Receipts** | $10 | $3,501,399 | |
| | **Cash Disbursements** | | | |
| 13 | Selling | | | |
| 14 | Administrative | | $15,000 | |
| 15 | Capital Expenditures | | | |
| 16 | Principal Payments on Debt | | | |
| 17 | Interest Paid | | $675,341 | |
| | Rent/Lease: | | | |
| 18 | Personal Property | | | |
| 19 | Real Property | | | |
| | Amount Paid to Owner(s)/Officer(s) | | | |
| 20 | Salaries | | | |
| 21 | Draws | | | |
| 22 | Commissions/Royalties | | | |
| 23 | Expense Reimbursements | | | |
| 24 | Other | | | |
| 25 | Salaries/Commissions (less employee withholding) | | | |
| 26 | Management Fees | | | |
| | Taxes: | | | |
| 27 | Employee Withholding | | | |
| 28 | Employer Payroll Taxes | | | |
| 29 | Real Property Taxes | | | |
| 30 | Other Taxes | | $158 | |
| 31 | Other Cash Outflows: | | | |
| 32 | Utilities | $1,800 | $42,953 | |
| 33 | Other | $769 | $79,548 | |
| 34 | U.S. Trustee Fees | $2,600 | $29,353 | |
| 35 | Bank Fees | | $30 | |
| 36 | Reclamation of Modern Bank Interest Reserve Account | | $664,085 | |
| 37 | Sale of Hollister Property | | $2,641,521 | |
| 38 | **Total Cash Disbursements:** | $5,169 | $4,147,989 | |
| 39 | **Net Increase (Decrease) in Cash** | ($5,159) | ($646,590) | |
| 40 | **Cash Balance, Beginning of Period** | $26,392 | $667,823 | |
| 41 | **Cash Balance, End of Period** | $21,233 | $21,233 | |

**NOTE:**
See attached **Notes to Statement of Cash Receipts & Disbursements.**

# WILLIAM JAMES DEL BIAGGIO III
## Notes to Statement of Cash Receipts & Disbursements

### Note 1 – Cash Receipts & Disbursements

As detailed below, the Trustee identified total receipts in the amount of $2.08, which occurred in the five (5) Merriman / Morgan Stanley brokerage accounts during the month of July 2009. The Trustee also identified total disbursements in the amount of $0.00 occurring in these same brokerage accounts. The remaining cash balance as of 07/31/09 was equal to $8,164.52.

| Description | Amount |
|---|---|
| **Beginning Balance** | $ 8,162.44 |
| **Receipts** | |
| Interest | 2.08 |
| **Total Receipts** | $ 2.08 |
| **Disbursements** | |
| **Total Disbursements** | $ - |
| **Cash Balance** | $ 8,164.52 |

In total, the Trustee has identified receipts of $4,514,530.68 and disbursements in the amount of $4,506,366.16 for the months of June 2008 through July 2009 occurring in the Merriman / Morgan Stanley brokerage accounts.

Due to the commingled nature of the Merriman / Morgan Stanley brokerage accounts and a lack of historical documentation, the Trustee has not yet matched specific receipts and disbursements back to specific estates. As a result, the Trustee has not included any cash receipt and disbursement detail related to the Merriman / Morgan Stanley brokerage accounts on the face of the Statement of Cash Receipts & Disbursements.

### Note 2 – Sale of Investments / Interests

The amount reported as Sale of Investments / Interests relates to the sale of the Debtor's investment in 495 East Brokaw LLC in which the Debtor held an interest in a commercial building located in San Jose, CA.

# Bank Accounts



## UNITED
## AMERICAN
## BANK

101 So. Ellsworth Avenue, Ste. 110  •  San Mateo, CA 94401
(650) 579-1500  •  www.unitedamericanbank.com

```
       29   WILLIAM J DELBIAGGIO III
            KRISTEN J DELBIAGGIO                          07
            MATT BABCOCK C/O LECG LLC                      0
            201 SOUTH MAIN SUITE 450                       0
            SALT LAKE CITY UT  84111
```

ACCOUNT OWNER: WILLIAM J DELBIAGGIO III
=========================================================================
SUNNYVALE
333 W. EL CAMINO REAL                    TELEPHONE:408-636-1900
SUNNYVALE CA 94087


=========================================================================
             UNITED PERSONAL NOW ACCOUNT 11001682
=========================================================================

AVERAGE BALANCE          1,112.07   LAST STATEMENT 05/07/09     1,112.07
                                              CREDITS              .00
                                              DEBITS               .00
                                    THIS STATEMENT 06/05/09     1,112.07


MEMBER
FDIC





# UNITED
# AMERICAN
# BANK

101 So. Ellsworth Avenue, Ste. 110  •  San Mateo, CA 94401
(650) 579-1500  •  www.unitedamericanbank.com

22    WILLIAM J DELBIAGGIO III
      KRISTEN J DELBIAGGIO                              07
      MATT BABCOCK C/O LECG LLC                          0
      201 SOUTH MAIN SUITE 450                           0
      SALT LAKE CITY UT  84111

ACCOUNT OWNER: WILLIAM J DELBIAGGIO III
================================================================
SUNNYVALE                           TELEPHONE:408-636-1900
333 W. EL CAMINO REAL
SUNNYVALE CA 94087


================================================================
          UNITED PERSONAL NOW ACCOUNT 11001682
================================================================

AVERAGE BALANCE          1,112.07   LAST STATEMENT 07/07/09      1,112.07
                                             CREDITS                  .00
                                             DEBITS                   .00
                                    THIS STATEMENT 08/07/09      1,112.07

MEMBER
FDIC





EQUAL HOUSING LENDER


**Union**Bank

**STATEMENT OF ACCOUNTS**

UNION BANK
TRUSTEE SERVICES 213
POST OFFICE BOX 513840
LOS ANGELES     CA  90051-3840

Customer Inquiries
800-418-6466

Thank you for banking with us
since 2008

**BANKRUPTCY ESTATE OF WILLIAM DEL
BIAGGIO, DEBTOR
R TODD NEILSON, TRUSTEE
CASE #08-30991
2049 CENTURY PARK E STE 2300
LOS ANGELES CA 90067**

■ *Union Bank has a new logo. It represents our ongoing commitment to your banking needs, backed by nearly 150 years of strength and security. While our look has changed, everything else remains the same. No action is required on your part, and your day-to-day banking will continue as before.*

---

**Business MoneyMarket Account Summary**                          Account Number: 2130139984

Days in statement period: Days in statement period: 31

| | | | | | |
|---|---|---|---|---|---|
| Balance on 7/ 1 | $ | 18,671.10 | | | |
| **Total Credits** | | **9.49** | **Interest** | | |
| Other credits (1) | 9.49 | | Paid this period | $ | 9.49 |
| **Total Debits** | | **0.00** | Paid year-to-date | $ | 212.14 |
| **Balance on 7/31** | $ | **18,680.59** | **Interest Rates** | | |
| | | | 7/1/09-7/31/09 | | 0.60% |

---

## C R E D I T S

**Other credits and adjustments**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 7/31 | INTEREST PAYMENT | $ | 9.49 |

---

## D E B I T S

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 7/1-7/30 | $ | 18,671.10 | 7/31 | $ | 18,680.59 |