SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER, Cal Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF WILLIAM JAMES
DEL BIAGGIO, III

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br><br>　　　　　　　　Debtor. | Case No. 08-30991 TEC 11<br><br>Chapter 11<br><br>**FIFTEENTH MONTHLY REPORT PURSUANT TO INFORMATION ACCESS PROTOCOL** |

# I. INTRODUCTORY STATEMENT

This *Fifteenth Monthly Report Pursuant to Information Access Protocol* (the "Fifteenth Report") is made pursuant to the *Order Approving the Official Committee of Unsecured Creditors' Information Access Protocol* (the "Information Order") entered by the United States Bankruptcy Court of the Northern District of California, San Francisco Division (the "Bankruptcy Court") on October 16, 2008 as docket #189 in the above-captioned bankruptcy case (this "Bankruptcy Case"). The Official Committee of Unsecured Creditors in this Bankruptcy Case (the "Committee") has filed monthly reports in this case pursuant to the Information Order every month since the First Report was filed on November 4, 2008. The First through Fourteenth Reports shall be hereinafter collectively referred to as the "Prior Reports." This Fifteenth Report only covers the time period from the filing of the Fourteenth Report on December 4, 2009 to the filing of this Fifteenth Report on January 4, 2010.

This Fifteenth Report constitutes the reasonable best efforts of the Committee to provide current non-confidential and non-privileged information to its creditor constituency. The investigation into the facts and circumstances concerning this Bankruptcy Case is ongoing and subject to change. This is especially but not exclusively true with respect to information regarding the debtor's assets and liabilities. In addition, pursuant to the Information Order, the Committee is entitled to refrain from including confidential and privileged information in this Fifteenth Report, so as not to hinder any of the efforts of the Committee or the chapter 11 trustee (the "Trustee") currently underway with respect to the sale of assets of William James "Boots" Del Biaggio, III (the "Debtor" or "Del Biaggio") or otherwise that may require confidentiality or privileged discussion or analysis. Further, any court dates listed herein are subject to being changed or postponed by the parties or the Bankruptcy Court, and should be verified in advance by any party seeking to rely upon them. Finally, any summary of legal arguments, documents or statements filed with the Bankruptcy Court that may be contained herein are only summaries, and not meant as a replacement for an independent review of the underlying

pleadings or transcripts. Parties are encouraged to refer to those underlying pleadings and transcripts to the extent that they are interested in or concerned about such arguments, documents or statements filed with the Bankruptcy Court.

## II. GENERAL INFORMATION AND HIGHLIGHTS OF SIGNIFICANT EVENTS IN THIS BANKRUPTCY CASE (AND OTHER CASES WHERE NOTED)

A. <u>Trustee's Motion for Production of Documents by Shemano</u>.

On December 10, 2009, the Trustee filed a motion for production of documents under Bankruptcy Rule 2004 by The Shemano Group relating to accounts and IRAs at Shemano held by the Debtor, his family trust, and certain entities. The motion was granted by the Court on December 15, 2009, and pursuant to that order, Shemano is to produce the documents to the Trustee by January 8, 2010.

B. <u>Omnibus Objections in the BDB Cases</u>.

As noted in the Prior Reports, the Trustee filed an omnibus objection to claims in the bankruptcy cases of BDB Management LLC (Case No. 08-31001) and BDB Management III, LLC (Case No. 08-31002), largely on the grounds of insufficient supporting documentation. Multiple parties have responded to the omnibus objection in each case, though no hearing has been set on the omnibus objection in either case.

C. <u>Complaint Against Gary Thornhill in the Sand Hill III Case</u>.

The Trustee in the Sand Hill III bankruptcy case also filed a complaint against Gary Thornhill on June 11, 2009 (Case No. 09-03109) seeking to recover allegedly fraudulent transfers made to Thornhill totaling $1.28 million. One of the transfers, (totaling $350,000) is also alleged to be a preference as well. The trial date in this matter has been continued to February 4, 2010 at 9:30 a.m., and Michael Cooper has been appointed to serve as a Resolution Advocate under the Bankruptcy Dispute Resolution Program pursuant to a stipulation of the parties.

D. <u>Criminal and SEC Proceedings Against Del Biaggio</u>.

As noted in the Prior Reports, on December 4, 2008, the United States Attorney's Office charged Del Biaggio with one count of securities fraud, commencing

Case No. 08-00874 before Hon. Charles R. Breyer in the United States District Court for the Northern District of California. As discussed in the Prior Reports, Del Biaggio plead guilty, was sentenced to 97 months in prison and was ordered to pay over $67 million in restitution. See the Thirteenth Report for more detail on the criminal judgment.

Also on December 4, 2008, the Securities and Exchange Commission (the "SEC") filed a complaint against Del Biaggio, commencing Case No. 08-05450 in the United States District Court for the Northern District of California, also before Judge Breyer. On December 12, 2008, a final judgment was entered in the SEC action, with Del Biaggio's consent. See the Third Report for more detail on the final judgment in the SEC action.

Pursuant to a stipulation, the next case management conference in the SEC Action has been continued to March 19, 2010 at 8:30 a.m.

E. <u>Criminal, SEC and Bankruptcy Proceedings Against D. Scott Cacchione</u>.

As noted in the Prior Reports, David Scott Cacchione ("Cacchione") is the debtor in a chapter 7 bankruptcy case in the Northern District of California Bankruptcy Court before Judge Montali (Case No. 09-30436). Also, the U.S. Attorney's office has filed a criminal case against Cacchione which is pending in the Northern District of California District Court (the "District Court") before Judge Breyer (Case No. 09-00296). Finally, the SEC has also filed a civil action against Cacchione in the District Court before Judge Breyer (Case No. 09-01259). Mr. Cacchione is a former business associate of the Debtor's, who among other things is alleged to have aided and abetted the Debtor in certain activities. See the Sixth and Seventh Reports for more detail.

No new filings occurred in the past month in the Cacchione bankruptcy case.

As to Cacchione's criminal case, as noted in the Prior Reports, Cacchione received a sentence of 60 months' imprisonment and was ordered to pay restitution of $47,542,887.00. All of the restitution is owed jointly and severally with Del Biaggio. No new filings occurred in the Cacchione criminal case case in the past month.

In the Cacchione SEC action, the Court approved a stipulation of the parties to continue the case management conference to March 19, 2010 at 8:30 a.m.

Finally, and again as set forth in the Prior Reports, Cacchione's criminal case and his SEC case have been related to Del Biaggio's criminal and SEC cases by an order issued by Judge Breyer on March 27, 2009.

## III. SUMMARY OF RECENT PROCEEDINGS, EVENTS AND FINANCIAL INFORMATION

The above discussion of significant events in this Bankruptcy Case and others also encompasses a summary of recent proceedings and events. This section will thus discuss new final information, which comes in the form of the monthly operating report for the month of October 2009. The October operating report shows current assets rising from $2,228,605 in September 2009 to $2,233,545 in October 2009, and total assets declining from $10,314,168 to $10,311,816. The October operating report also shows current liabilities rising from $3,162,768 to $3,613,182, and total liabilities rising from $506,367,612 to $506,818,026.

## IV. CALENDAR OF UPCOMING SIGNIFICANT EVENTS IN THIS BANKRUPTCY CASE AND RELATED CASES

| Date and Time: | Description: | Place: |
|---|---|---|
| 2/4/2010 at 9:30 a.m. | Trial date set in Thornhill Adversary Proceeding (09-03109) in Sand Hill III bankruptcy case | U.S. Bankruptcy Court Hon. Thomas E. Carlson 235 Pine Street Courtroom 23 San Francisco, CA |
| 3/19/2010 at 8:30 a.m. | Case Management Conference in Del Biaggio's SEC Case (Case No. 08-05450) | United States District Court for the Northern District of California 450 Golden Gate Ave. 19th Floor, Courtroom 8 San Francisco, CA 94102 (the "District Court") |
| 3/19/2010 at 8:30 a.m. | Case Management Conference in Cacchione's SEC Case (Case No. 09-01259) | The District Court |

Case: 08-30991   Doc# 406   Filed: 01/04/10   Entered: 01/04/10 17:08:43   Page 5 of 6

## V. COPIES OF PRESS RELEASES ISSUED BY COMMITTEE OR TRUSTEE

None.

## VI. ANSWERS TO FREQUENTLY ASKED QUESTIONS

No such questions yet.

## VII. CONTACT INFORMATION FOR COMMITTEE COUNSEL

The creditors represented by the Committee are urged to submit their questions or requests for information to counsel for the Committee at the following address:

> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, CA 94111
> Phone: (415) 434-9100
> Fax: (415) 434-3947
> Attention: Michael H. Ahrens, Esq., or Michael M. Lauter, Esq.
> Email: mahrens@sheppardmullin.com;
> mlauter@sheppardmullin.com

Dated: January 4, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Michael M. Lauter*
         MICHAEL M. LAUTER

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WILLIAM JAMES DEL BIAGGIO, III