

Signed and Filed: April 01, 2010

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
   kbrown@pszjlaw.com
   mkhatiblou@pszjlaw.com

Attorneys for R. Todd Neilson, Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO,<br><br>         Debtor | Case No. 08-30991 (TEC)<br>Chapter 11<br><br>**ORDER APPROVING COMPROMISE OF CONTROVERSY WITH THOMVEST BY DEFAULT** |

Upon consideration of the application ("Application") filed by R. Todd Neilson ("Trustee"), the chapter 11 trustee of the estate of William James Del Biaggio III for entry of an order pursuant to Bankruptcy Rule 9019, approving the Trustee's settlement Thomvest Holdings LLC ("Thomvest"), by default, the declarations of R. Todd Neilson and Miriam Khatiblou in support thereof, the *Notice Of Compromise Of Controversy With Thomvest Holdings And Opportunity For Hearing* ("Notice"), no objections to the Notice or requests for hearing having been filed, and due and adequate notice of the Notice having been provided, and good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED.

2. The Trustee's settlement with Thomvest is approved.

3. The Settlement Agreement by and between the Trustee and Thomvest, a copy of which was filed with the Court on March 24, 2010 [Docket No. 413] and incorporated herein is approved.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

David Knott, Esq.
United Asset Recovery
4361 & ½ 30th Street
San Diego, CA 92104

Ms. Yvonne Verheij
Thomvest Holdings LLC
65 Queen Street West, Suite 2400
Toronto ON, Canada
M5H 2M8

# CERTIFICATE OF NOTICE

```
District/off: 0971-3                User: mwalker               Page 1 of 1                Date Rcvd: Apr 02, 2010
Case: 08-30991                      Form ID: pdfeoc             Total Noticed: 2
```

The following entities were noticed by first class mail on Apr 04, 2010.
        David Knott Esq.,   United Asset Recovery,   4361 & 1/2 30th Street,   San Diego, CA   92104
        Ms Yvonne Verheij,   Thomvest Holdings LLC,   65 Queen Street, West Ste. 2400,
        Toronto ON, Canada,   M5H 2M8

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**        Signature: *Joseph Speetjens*