| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ANDREW S. PAULY (SBN 90145)<br>GREENWALD, PAULY, FOSTER & MILLER<br>A Professional Corporation<br>1299 Ocean Avenue, Suite 400<br>Santa Monica, California 90401-1007<br>310-451-8001<br>310-395-5961<br><br>*Attorney for* Claimant Federal Deposit Insurance Corporation as Receiver of Security Pacific Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: William J. Del Biaggio, III

Debtor.

vs.

Plaintiff(s),

Defendant(s).

CHAPTER 11

CASE NUMBER 08-30991 TEC

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*: Federal Deposit Insurance Corporation as Receiver of Security Pacific Bank

2. The name, address and telephone number of the New Attorney are *(specify)*: Andrew S. Pauly, Greenwald, Pauly, Foster & Miller, A Professional Corporation, 1299 Ocean Avenue, Suite 400, Santa Monica, California 90401-1007 (310) 451-8001

3. New Attorney hereby appears in the following matters: [x] The case ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Cecily A. Dumas, Esq. Friedman Dumas & Springwater, LLP

Dated: April 1, 2010.

BOB ROGERS
Type Name of Party

*/s/ B. J. Rogers*
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF SECURITY PACIFIC BANK
*Signature of Party*

I consent to the above substitution.

Dated: April 5, 2010.

CECILY A. DUMAS
Type Name of Present Attorney

FRIEDMAN DUMAS & SPRINGWATER, LLP

*/s/ Cecily A. Dumas*
*Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: April 19, 2010.

ADREW S. PAULY
Type Name of New Attorney

GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation

*/s/ Andrew S. Pauly*
*Signature of New Attorney*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4
F209014

In re William J. Del Biaggio, III

CHAPTER 11

Debtor.

CASE NUMBER 08-30991 TEC

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  F 2090-1.4

Case: 08-30991   Doc# 421   Filed: 04/19/10   Entered: 04/19/10 16:29:17   Page 2 of 5

| In re William J. Del Biaggio, III | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 08-30991 TEC |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1299 Ocean Avenue, Suite 400, Santa Monica, California 90401-107

A true and correct copy of the foregoing document described as  SUBSTITUTION OF ATTORNEY
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 19, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below: **Debtor**: ecf@stjames-law.com; jfiero@pszjlaw.com;

**Trustee**: mlitvak@pszjlaw.com; mkhatiblou@pszjlaw.com; psinger@pszyjw.com; **U.S. Trustee**: julOfficial **Committe of Unsecured Creditors**: mahrens@sheppardmullin.com; mlauter@sheppardmullin.com; okatz@sheppardmullin.com

[x] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 19, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached service list

[x] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 19, 2010        Brenda M. Walsh        /s/ Brenda M. Walsh
Date                   Type Name              Signature

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                F 2090-1.4

**ADDITIONAL SERVICE INFORMATION** (if needed): Pacific Capital Bank: aalper@frandzel.com
AEG Facilities, Inc.: lawrence.bass@hro.com; meryl.macklin@hro.com
John Goyak:  rberger@lblawllp.com; rlandau@lblawllp.com
Washington Mutual Bank: notice@bkcylaw.com; khintz@mccarthyholthus.com
David Hengelhold  pcostello@bbslaw.com
Heritage Bank of Commerce: ndelancie@jmbm.com; rrogan@jmbm.com
First Pitch, LLC: lengel@mofo.com
The Santucci Family Trust: wfaulkner@mcmanislaw.com
BDB Management II, LLP: Rob@bindermalter.com
Merriman Curhan Ford:  michael.heyman@klgates.ocm
The Private Bank of the Peninsula: misola@rehoroberts.com
CIT Group, Inc.: tkeller@jonesday.com
Cooley Godward Kronish LLP:  kellyjm@cooley.com
Trevino Brothers:  pjkelly@ahk-law.com
Martha E. San Filippo Foundation:  dik@millermorton.com
Kirsten Del Biaggio: ecf@williamclewis.com
Paul Showerman: manasian@mrlawsf.com; rougeau@mrlawsf.com
Metropolitan Department of Law:  andrew.mcclanahan@nashville.gov
The Sports Authority of Metropolitan Government of Nashville:  AMcMullen@BABC.com
Jania M. Elder: MMcQuad@carr-mcclellan.com
Modern Bank: dmiller@stenlubin.com
DCFS USA LLC:  rmroczynsky@cookseylaw.com
National Hockey League: ramon.naguiat@skadden.com
Valley Community Bank: aneilson@nixonpeabody.com ttoral@nixonpeabody.com
Charles G. Peterson:  jmodonnell@jmolaw.sacto.com
Countrywide Home Loans Servicing, L.P.:  cmartin@pprlaw.net
Craig Leipold:  drosenbloom@mwe.com
Bank of America NA:  khintz@mccarthyholthus.com
JP Morgan Chase Bank, NA: khintz@mccarthyholdhus.com
Barbara Perkins: w_silver@sbcglobal.net
Brandenburg Creditors: csullivan@mcgranegreenfield.com
Predators Holdings, LP: John.Tishler@waller.law.com;
Arbor Realty SR, Inc.: dwiseblood@seyfarth.com

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    F 2090-1.4

Case: 08-30991   Doc# 421   Filed: 04/19/10   Entered: 04/19/10 16:29:17   Page 4 of 5

| In Re: William J. Del Biaggio, III | CASE NUMBER: 08-30991 TEC |
|---|---|

Mailing List

Cecily A. Dumas, Esq.
Robert E. Clark, Esq.
Friedman Duma and Springwater
150 Spear Street, Suite 1600
San Francisco, CA 94105
**Attorneys for Security Pacific Bank**

Bruce E. Copeland, Esq.
Law Offices of Nixon Peabody
1 Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
**Attorneys for Valley Community Bank**

Pedro A. Jimenez, Esq.
Nathan P.J. Lebioda, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
**Attorneys for CIT Group, Inc.**

Tarek Kirk Kiem, Esq.
Akerman Senterfitt
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
**Attorneys for Kerzner International Resorts, Inc.**

J. Greogray Milmoe, Esq.
Skadden, Arpes, Slate
4 Times Square
New York, NY 10036
**Attorneys for National Hockey League**

Richard M. Pachulski, Esq.
Pachulski, Stang, Ziehl & Jones
10100 Santa Monica Boulevard, #1100
Los Angeles, CA 90067-4100
**Attorneys for R. Todd Neilson**

BK-9000