Greenwald, Pauly, Foster & Miller
A Professional Corporation

ANDREW S. PAULY (SBN 90145)
GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961

Attorneys for Claimant FEDERAL
DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF SECURITY PACIFIC
BANK

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO III,<br><br>Debtor. | Case No. 08-30991 TEC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT, DEBTOR, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Greenwald, Pauly, Foster & Miller, A Professional Corporation, hereby appears in the above-captioned case under Title 11 of the United States Code (the "Bankruptcy Code") for claimant Federal Deposit Insurance Corporation as Receiver of Security Pacific Bank ("Claimant"), party-in-interest, pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings, disclosure statements, and plans filed or otherwise provided in this Chapter 11 case be served upon the persons listed below at the following address:

-1-

996792.1 -- 20866.016

Case: 08-30991   Doc# 422   Filed: 04/19/10   Entered: 04/19/10 16:48:25   Page 1 of 3

Notice of Appearance and Request for Notice; Case No. 08039881 TEC

Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

Andrew S. Pauly, Esq.
GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Email: apauly@gpfm.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings herein.

Neither this request for notice and service nor any later appearance, pleading, claim or suit (1) is a consent to jurisdiction or waives any objection that may be made to the jurisdiction of the Court, (2) is a consent to have any attorney accept service of process of a pleading or other paper initiating a contested matter, (3) waives any right to have final orders in non-core matters entered only after de novo review by a district judge, (4) waive any right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (5) waives any right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (6) waives any other substantive or procedural right.

This request for notice and service is without prejudice to Claimant's rights, remedies, claims, actions defenses, setoffs or recoupments in law or in equity against the debtor, anyone else or other entities either in this case or in any other action, all of

///
///
///
///

996792.1 -- 20866.016

-2-

Case: 08-30991    Doc# 422    Filed: 04/19/10    Entered: 04/19/10 16:48:25    Page 2 of 3

1 | which rights remedies, claims, actions, defenses, setoffs and recoupments are
2 | expressly reserved.
3 | DATED: April 19. 2010.

GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation

ANDREW S. PAULY

By: /s/ ANDREW S. PAULY
ANDREW S. PAULY, a Member of
GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation,
Attorneys for Claimant Claimant FEDERAL
DEPOSIT INSURANCE CORPORATION AS
RECEIVER OF SECURITY PACIFIC BANK