1  Kenneth H. Brown (CA Bar No. 100396)
2  John D. Fiero (CA Bar No. 136557)
   Maxim B. Litvak (CA Bar No. 215852)
3  Miriam P. Khatiblou (CA Bar No. 178584)
   PACHULSKI STANG ZIEHL & JONES LLP
4  150 California Street, 15th Floor
   San Francisco, California  94111-4500
5  Telephone: 415/263-7000
   Facsimile:  415/263-7010
6
7  E-mail: jfiero@pszjlaw.com
           kbrown@pszjlaw.com
8          mlitvak@pszjlaw.com
           mkhatiblou@pszjlaw.com
9
   Attorneys for R. Todd Neilson, Trustee
10

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-30991 (TEC) |
| WILLIAM JAMES DEL BIAGGIO, III aka "BOOTS" DEL BIAGGIO, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

**Hearing Date**
Date:   May 28, 2010
Time:  9:30 AM
Place:  US Bankruptcy Court
          235 Pine Street, Courtroom 23
Judge:  Hon. Thomas Carlson

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                              )
COUNTY OF LOS ANGELES          )

    I, Lincoln Sneed, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd, 11th Floor, Los Angeles, CA  90067-4100.

    On May 7, 2010, I caused to be served the

**TRUSTEE'S JOINT MOTION FOR ENTRY OF AN ORDER APPROVING TOLLING AGREEMENT FOR BRINGING AVOIDANCE ACTIONS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRUSTEE'S JOINT MOTION FOR ENTRY OF AN ORDER APPROVING TOLLING AGREEMENT FOR BRINGING AVOIDANCE ACTIONS**

**DECLARATION OF R. TODD NEILSON IN SUPPORT OF JOINT MOTION FOR ORDER APPROVING TOLLING AGREEMENT FOR BRINGING AVOIDANCE ACTIONS**

**NOTICE OF HEARING ON TRUSTEE'S JOINT MOTION FOR ENTRY OF AN ORDER APPROVING TOLLING AGREEMENT FOR BRINGING AVOIDANCE ACTIONS**

    in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

**to: Please See Attached Service List**

    ☑    (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☑    (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on May 10,2010, at San Francisco, California.

                                        */s/ Lincoln Sneed*
_____
                                        Lincoln Sneed

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| PARTIES REQUEST FOR SPECIAL NOTICE | | |
|---|---|---|
| **Counsel to CIT Group Inc.**<br>Pedro A. Jimenez, Esq.<br>Nathan P.J. Lebioda, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | **Counsel to David J. Hengehold**<br>John W. (Jay) Fowler, Esq.<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 | **Counsel to Warren C. Woo and Forecheck Investments, LLC**<br>Jay M. Goffman, Esq.<br>Andrew M. Thau, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| **Counsel to Warren C. Woo and Forecheck Investments, LLC**<br>Kurt Ramlo, Esq.<br>Skadden, Arps, Slate,Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 | **Counsel to The National Hockey League**<br>J. Gregory Milmoe, Esq.<br>Skadden, Arps, Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 | **Counsel to Predators Holdings, LP**<br>Ames Davis, Esq.<br>J. Chase Cole, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 |
| **Counsel to Merriman Curhan Ford**<br>Jeffrey L. Bornstein, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>55 Second Street, Suite 1700<br>San Francisco, California 94105-3493 | **Counsel to Merriman Curhan Ford**<br>Christopher Aguilar, Esq.,<br>General Counsel and Chief Compliance Officer<br>Merriman Curhan Ford<br>600 California Street, 9th Floor<br>San Francisco, CA 94108 | **Counsel to Martha E. San Filippo Foundation**<br>Stevan C. Adelman, Esq.<br>Miller, Morton, Caillat & Nevis, LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110-1339 |
| **Counsel for The Kerzner International Resorts, Inc.,**<br>Tarek K. Kiem, Esq.<br>D. Brett Marks, Esq.<br>Akerman Senterfitt<br>350 East Las Olas Blvd., Suite 1600<br>Fort Lauderdale, Florida 33301-2229 | | |

AEG Facilities, Inc.
c/o Meryl Macklin, Esq.
Holme Roberts & Owen, LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

Arbor Realty SR, Inc.
c/o David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

BDB Management II, LP
c/o Robert G. Harris, Esq.
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacrament, CA 94230

Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Countrywide Home Loans Servicing, L.P.
fka Countrywide Home Loans, Inc.
2270 Lakeside Boulevard
Mail Stop:RLS-4-32
Richardson, TX 75082

DCFS USA LLC successor to
DaimlerChrysler Financial Services
Americas LLC.
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, 10th floor
Costa Mesa,, CA 92626-1977

Heritage Bank of Commerce
150 Almaden Blvd
Attn: Richard Hagarty
San Jose, CA 94113

IRS
P.O. Box 21126
Philadelphia, PA 19114

JPMorgan Chase Bank, National
Association
Moss Codilis, LLp @ WaMu
7255 Baymeadows Way
Mail Stop: JAXB2007
Jacksonville, fl 32256

Kerzner International Resorts, Inc.
c/o Akerman Senterfitt
350 E. Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301

Merriman Curhan Ford
c/o Kirkpatrick & Lockhart Preston Gates
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Metropolitan Department of Law
P.O. Box 196300
Nashville, TN 37219-6300

Modern Bank, N.A.
c/o Daniel K. Slaughter
c/o Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

59354-001\DOCS_SF:74959.1                                                         CERTIFICATE OF SERVICE

Nashville Tennessean
c/o Levy, Ram & Olson LLP
639 Front Street, 4th Floor
San Francisco, CA 94111

Official Committee of Unsecured Creditors
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Predators Holdings, LP
c/o John C. Tishler, Esq.
Waller Lansden Dortch & Davis, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, CA 90071

Predators Holdings, LP
c/o Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Security Pacific Bank
Security Pacific Bank
12121 Wilshire Blvd.
Suite 1350
Los Angeles, CA 90025

Sheppard Mullin Richter & Hampton LLP
Attn: Michael Ahrens, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Skadden, Arps, Slate, Meagher and Flom
300 S. Grand Ave. 34th Fl.
Los Angeles, CA 90071

The Private Bank of the Peninsula
c/o Rehon and Roberts
10 Almaden Blvd. #550
San Jose, CA 95113

The Sports Authority of the Metropolitan
Government of Nashville and
c/o Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Trevino Brothers
7505 Whitehurst Road
Gilroy, CA 95020

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3400

United American Bank
Attention Catherine Robertson
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113.

59345-001\DOCS_SF:74959.1

Valley Community Bank
Valley Community Bank
5000 Pleasanton Ave.
Suite 210
Pleasanton, CA 94566

Washington Mutual Bank
PO Box 44090
Jacksonville, Fl 32231

U.S. Bankruptcy Court
235 Pine Street, 19th floor
Post Office Box 7341
San Francisco, CA 94120

2006 Cook Family Rev Trust
533 Flannery Street
Santa Clara, CA 95051

2006 Cook Family Revocable Living Trust
c/o Gary Cook
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

AEG Facilities Inc.
Meryl Macklin, Esq.
Holme Roberts & Owen, LLP
560 Mission Street, 25th Fl
San Francisco, CA 94105

American Hockey Group, LLC
c/o: Robert T. Kugler, Esq.
Leonard, Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MC 55402

Amex
P.O. Box 297871
Fort Lauderdale,, FL 33329

Andrew Arata c/o Don Arata
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Andrew M. Thau
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, NY 10036

Andrew M. Thau
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, New York 10036

Arata, Andrew
1160 Industrial Road, No.12
San Carlos,, CA 94070

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 6 of
28
599188v01\DOC9\SF\24959.1                                    CERTIFICATE OF SERVICE

Arata, Daniel
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Arata, Don
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Arata, Nicholas
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Aymar, Michael A. and Lynn A.
114 Alerche Drive
Los Gatos,, CA 95032

BDB Management II, LP
c/o Robert G. Harris, Esq.
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

BDB Management III, LLP
3000 Sand Hill Road
Building 1, Suite 240
Menlo Park, CA 94025

BDB Management, LLC
3000 Sand Hill Road
Building 1, Suite 240
Menlo Park, CA 94025

BDB Management, LLP
3000 Sand Hill Road
Building 1, Suite 240
Menlo Park, CA 94025

Bachelor, Eric and Christine
Children Trust
120 Deer Ridge Place
Danville,, CA 94506

Barbara Perkins
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Baron, Caroline L UTMA
1122 Willow Street
San Jose,, CA 95129

Baron, Pierce F UTMA
1122 Willow Street
San Jose,, CA 95129

Case: 08-30991    Doc# 428    Filed: 05/10/10    Entered: 05/10/10 11:56:43    Page 7 of
28
59984-001\DOCS_SF:74959.1                                                                    CERTIFICATE OF SERVICE

Bell, Ward T. and Assoc, Inc.
Profit Sharing Plan
14425 North 7th Street, Suite 101
Phoenix,, AZ 85022

Brandenburg, Brandenburg Revocable Trust
Brandenburg Revocable Trust
1122 Willow Street
Suite 200
San Jose,, CA 95125

Brandenburg, Brenton Lee
Irrevocable Trust dtd 12/31/97
1122 Willow Street, No. 200
San Jose,, CA 95125

Brandenburg, Eric, Trustee
E. Brandenburg separately Property Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125

Brandenburg, Jackson Lee
2002 Trust dtd 12/24/02
McGrane Greenfield LLP
One Ferry Building, #220
San Francisco, CA 94111

Brandenburg, Karen D.
1122 Willow Street, Suite 200
San Jose,, CA 95125

Bronstein, Irving
Christina Maria Taylor
1609 Whipple Road
Hayward,, CA 94544

Bronstein, Troy
1609 Whipple Road
Hayward,, CA 94544

Brothers Living Trust
57 Newport Drive
Napa,, CA 94559

Brothers Living Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Bruce K. Powell, Trustee UTD May 7,1981
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

CIT Group Inc.
c/o Nathan P.J. Lebioda
Jones Day
222 East 41st Street
New York, NY 10017

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 8 of
28
59918-001\DOCS_SF:74959.1                                                         CERTIFICATE OF SERVICE

CIT Group Inc.
c/o Pedro A. Jimenez
Jones Day
222 East 41st Street
New York, NY 10017

CIT Lending Services Corporation
505 Fifth Avenue, 4th Fl
New York, NY 10017
Attn: Vice President & Grp Portfolio Mgr

Cacchoione, D. Scott
Merriman Curban Ford & Co.
600 California St. 9th Fl
San Francisco, CA 94108

Cesar M. Mayo Roth IRA
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Charles G. Peterson
c/o Law Offices of John M. O'Donnell
915 University Avenue
Sacramento, CA 95825

Christine K. Connor
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Christopher Aguilar
General Counsel and Chief,
Compliance Officer
Merriman Curhan Ford
600 California St. 9th Fl
San Francisco, CA 94108

Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20432
Kansas City,, MO 64195

Connor, David
3450 Quail Walk Court
Danville,, CA 94506

Cook, Gary T.
533 Flannery Street
Santa Clara,, CA 95051

Cooley Godward Kronish LLP
Attn: J. Michael Kelly
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Countrywide Bank
c/o Countrywide Home Loans Servicing, L.
2270 Lakeside Boulevard - Mail Stop: RLS
Richardson, TX 75082

Countrywide Home Loans
450 American St
Simi Valley,, CA 93065

Craig L. Leipold
c/o McDermott Will & Emery LLP
Attn: David Rosenbloom, Nathan Coco
227 West Monroe Street
Chicago, IL 60606-5096

Craig Leipold
555 Main Street
Suite 500
Racine, WI 53403

Craig Leipold
555 Main Street
Suite 500
Racine, WI 53403

Croesus Investments, LLC
2984 Via Della Amore
Henderson,, NV 89052

Croesus Investments, LLC
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

D. Scott Cacchione
Merriman Curban Ford & Co.
600 California St., 9th Floor
San Francisco, CA 94108

DCFS USA LLC
36455 Corporate Dr
Farmington Hills,, MI 48331

DGB Investments
40 Foxhill Road
Redwood City, CA 94062

DGB Investments, Inc.
Michael H. Steinberg/ Sullivan and Cromw
Los Angeles, CA 90067-1725

Daniel Arata c/o Don Arata
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

David D. Connor
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

David Freeman
501 Broadway
Nashville, Tennessee 37203

David Hengehold
c/o Bialson, Bergen & Schwab
Attn: Patrick Costello, Esq.
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

David S. Rosenbloom Esq.
McDermott Will & Emery LLP
227 W Monroe Street
Chicago, IL 60606

DeCosta, Verna M Trust
Luigi Pietrantoni TTEE
P.O. Box 3149
San Leandro,, CA 94578

Debra A. Woolley Lee
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Dewitt and John Thompson
1245 Bridgestone Blvd.
LaVergne, Tennessee 37086

DiLeo, Joseph
1122 Willow Street, No. 200
San Jose,, CA 95125

Diana Pacheco c/o Don Arata
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Dolly W. Woolley
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Don Arata
1160 Industrial Road, Suite 12
San Carlos, CA 94070

Don Arata
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Donald W. Woolley
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 11 of
999584.00100/6532491959.1                                                    CERTIFICATE OF SERVICE
28

Donna P. Woolley
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Douglas A. Lee
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

ECI Investment Advisors, Inc., DBPB
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

ECI Pension Services, LLC DBPP
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Economic Concepts, Inc
Defined Benefit Pension Plan
9316 E Raintree Dr., Suite100
Scottsdale,, AZ 85260

Economic Concepts, Inc.
Defined Benefit Pension Plan
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Eric And Christine Bachelor Children Trust
C. Clark Jordan, TTEE
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

F. Ronald Laupheimer
TTEE 401 K PSP
45 Ashbury Terrace
San Francisco, CA 941117

F. Ronald Laupheimer, Trustee of the F.
Ronald Laupheimer 401K PSP
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Fat Cat International, a Nevada Corporation
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Fat Cat Intl
2140 Americas Cup Circle
Las Vegas,, NV 89117

First Pitch, LLC
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Forecheck Investments, LLC
c/o Warren Woo, Manager
461 North Faring Road
Los Angeles, CA 90077

Gary Brandenburg Revocable Trust
112 Willow Street, No. 200
San Jose, CA 95125-9320355

Gary Thornhill, Trustee of the Thornhill
Living Trust dtd 10/08/98
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Gil Trevino and Oscar "Rusty" Trevino
dba Trevino Brothers
c/o Patric J. Kelly, Esq.
Adleson, Hess & Kelly APC
577 Salmar Ave. Second Fl
Campbell, CA 95008

Gil Trevino and Oscar Trevino dba Trevino
Brothers
c/o Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
577 Salmar Ave., Campbell, CA 95008

Goyak, John K.
3680 Howard Hughes Parkway, Suite 360
Las Vegas,, NV 89109

Gregory L. Maxim (atty for Resort at
Squaw Creek C
3721 Douglas Boulevard, Suite 300
Roseville, CA 95661

Harrah's Casino Hotel Lake Tahoe
c/o Robert G. Aisenstein, Esq.
2114 Fountain Springs Drive
Henderson, Nevada 89074

Harrah's Tahoe
15 Hwy 50
Stateline, NV 89449

Hengehold, David
762 San Antonio Road
Palo Alto,, CA 94303

Herbert Fritch
1 Morningside Drive
Nashville, Tennessee 37215

Heritage Bank of Commerce
150 Almaden Blvd
San Jose,, CA 95113

Heritage Bank of Commerce
Richard A. Rogan, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Internal Revenue Service
Insolvency
PO BOX 21126
Philadelphia, PA 19114

Irving Bronstein
1609 Whipple Road
Hayward, CA 94544

Irving Bronstein and Christine Maria Taylor
1609 Whipple Road
Hayward, CA 94544

J. Gregory Milmoe
Skadden, Arps, Slate, Meagher & Flom
LLP
4 Times Square
New York, New York 10036

J.Peckham; R.Peters,TTee,1992Trust;
J.Duning; J.Ryan
c/o David I. Kornbluh, Esq.
25 Metro Drive, Ste 700
San Jose, CA 95110

Janet M. De Carli, Successor Trustee UTD
9-26-84
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Janet and William Tarr
325 Sharon Park Drive Suite B6
Menlo Park, CA 94025

Janina M. Elder, Chapter 7 Trustee
c/o Michael J. McQuaid, Esq.
Carr, McClellan, et al.,
216 Park Road
Burlingame, CA 94010

Jeanne M. Anderson
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Jeffrey L. Bornstein Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
55 Second Street Ste. 1700
San Francisco, CA 94105-3493

K-Fab, Inc
3411 Leonard Court
Santa Clara,, CA 95054

K-Fab, Inc. c/o Michael W. Kedell,
President
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Kedell, Michael W. and Barbara A.
Family Trust
22225 Cupertino Road
Cupertino,, CA 95014

Kenneth S Tersini,Ttee; Mark & Terry
Tersini,Tttes
c/o David Kornbluh, Esq,
25 Metro Dr Ste 700
San Jose, CA 95110

Kenneth S. Tersini, Trustee UTD October
9, 2000
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Kerzner International
The Atlantis Hotel
1000 South Pine Island Road
Suite 800
Plantation, FL 33324-3907

Kerzner International Resorts, Inc.
Philip J. Landau, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301

Kristen Del Biaggio
20801 Scenic Vista Drive
San Jose, CA 95120-1215

Kroerle, Diana Lee
Irrevocable Trust dtd 12/28/08
1122 Willow Street, No. 200
San Jose,, CA 95125

Kuhn, Bonnie
PO Box 3210
Arnold, CA 95223

Laupheimer, F. Ronald
TTEE 401K PSP
45 Ashbury Terrace
San Francisco,, CA 94117

Laura Bella Orlandi Gift Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Lee Family Trust
125 Elanor Drive
Woodside,, CA 94062

999999\0001\DOCS\_2491959.1

Lindsay B. Orlandi Gift Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Lisa B. Orlandi Living Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Luc Robitaille
55 No. Nash Street
El Segundo, CA 90245

Luc Robitaille
c/o: Robert T. Kugler, Esq.
Leonard, Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MC 55402

Marisingen, Rene and Ramona
4378 Mallard Creek Circle
Stockton,, CA 95209

Mark E. & Terry S. Tersini, Trustees UTD
11-6-98
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Maron Enterprises NV LTD
123 West Nye Lane, Suite 499
Carson City,, NV 89706

Martha E. Sanfilippo Foundation
Attn: Bill Snyder
650 North Winchester Blvd.
San Jose, CA 95128

Mary Thornhill, Individually and as
successor-
in-interest to the Wirth 1984 Revocable
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Mayo Family Revocable Trust
18801 Montewood Drive
Saratoga, CA 95070

Mayo Family Revocable Trust
18801 Montewood Drive
Saratoga,, CA 95070

Mayo Family Revocable Trust, Corazon G.
and Cesar M. Mayo as Trustees
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

McManis Faulkner
Attn: William Faulkner
50 W. San Fernando Street
10th Floor
San Jose, CA 95113

Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262

Mercedes-Benz Credit Corporation
c/o Shermeta, Adams & Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

Metropolitan Department of Law
c/o Andrew D. McClanahan, Esq.
P.O. Box 196300
Nashville, Tennessee 37219-6300

Michael Aymar & Lynn A. Aymar
1991 Family Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Michael Nicholas, c/o Irvine Nicholas
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Michael W. and Barbara A. Kedell Family
Trust dtd 9/9/95
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Modern Bank
Attn Jonathan R. Weinberg
667 Madison Avenue
New York, NY 10065-8029

Nathan F Coco Esq
McDermott Will & Emery LLP
227 W Monroe Street
Chicago, IL 60606

National Hockey League
1185 Avenue of the Americas
New York, New York 10036
Attn: David Zimmerman

Nicholas Arata c/o Don Arata
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Nicholas Family Ltd. Partnership
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Nicholas, Michael A.
P.O. Box 250
Diablo,, CA 94528

Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104

Orlandi, Lauren Bella Gift Trust
P.O. Box 668
Santa Clara,, CA 95052

Orlandi, Lindsey Bianca Gift Trust
P.O. Box 668
Santa Clara,, CA 95052

Orlandi, Lisa
Living Trust
1070 San Tomas Aquino
Campbell,, CA 95008

Orlandi, Lisa B Living Trust
P.O. Box 668
Santa Clara,, CA 95052

Orlandi, Richard Alexander Gift Trust
P.O. Box 668
Santa Clara,, CA 95052

Orlandi, Richard V.
ROMO, LP
3131 Riddle Road
San Jose,, CA 95117

Pacheco, Diana
1160 Industrial Road, No. 12
San Carlos,, CA 94070

Pacific Capital Bank, N.A. dba
South Valley National Bank
c/o Andrew K. Alper
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

Pacific Gas And Electric Company
Barbara Green, Bankruptcy Unit
PO Box 8329
Stockton, CA 95208

Panagotacos, V
1620 Wakefield Terrace
Los Altos, CA 94024

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 18 of
28
999999\000\DOCS_SF\71959.1                                        CERTIFICATE OF SERVICE

Patricia San Juan IRA
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Paul D. Showerman
540 White Pelican Drive
Vero Beach, FL 32963

Peregrine Asset Group, Inc.
9835 Carlton Court
zip does not match any city in CA
CA 95756

Peregrine Asset Group, LLC
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Perkins, Barbara
2355 Cherry Hills Drive
This zip code is for Byron not Discovery
Byron,, CA 94514

Pershing LLC
One Pershing Plaza
Jersey City, NJ 07399

Pershing, LLC
One Perishing Plaza
Jersey City, NJ 07399

Peter Silvani
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Peters, R.W. and C. H. 1992 Trust
1282 St. Mark Court
Los Altos,, CA 94024

Petersen Chuck
12755 Folson Blvd.
Folsom, CA 95630

Power Play Real Estate Fund, L.P.
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Power Play Real Estate Management, LLC
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 19 of
28
999999.00 001 DOCS 2491959.1                                              CERTIFICATE OF SERVICE

Predators Holdings, LLC
c/o John Tishler, Esq.
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219

ROMO, LP
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Rene & Ramona Marasigan Trust
dtd 4/86
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Richard & Donna Wills Irrevocable Trust
FBO Ronald Earl Wills
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Richard & Donna Wills Revocable Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Richard Alexander Orlandi Gift Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, Suite 1100
Los Angeles, California 90067-4100

Robert Peters, Trustee UTD 1-10-92
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Robert T. Kugler
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Roberts, Richard
Medalist & Company
2880 Lakeside Drive
Santa Clara,, CA 95054

Saba, George and Dianne
69 Catalpa Drive
Atherton,, CA 94027

San Hill Finance
901 Campisi Way, Suite 250
Campbell, CA 95008

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 20 of
28
999999\00 \DOCS_SF:71959.1
CERTIFICATE OF SERVICE

San Juan, Patricia P.
Liv Trust
17850 Bruce Avenue
Los Gatos,, CA 95030

Sand HIll Sakura Management, LLC
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Sand Hill Capital IV GP, LLC
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Sand Hill Capital IV, LP
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Sand Hill Sakura Cayman Fund, LP
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Sand Hill Sakura Fund, LP
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Sand Hill Venture Debt III, LLC
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Sand Hill Venture Debt, LLC
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Sand Hill Ventures, LLC
c/o G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Santa Fe Trust Inc.
Custodian for Paul Davis IRA
P.O. Box 22790
Santa Fe,, NM 87502

Santa Fe Trust, Inc. as Custodian
for Paul Davis IRA
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Security Pacific Bank
Friedman Dumas & Springwater LLP
Attn: Cecily A. Dumas
150 Spear Street, Suite 1600
San Francisco, CA 94105

Shannon K. Connor
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Silvani, Peter
9317 Thornton
Stockton,, CA 95209

South Valley Natl Bank
517 S Main St
Salinas,, CA 93901

Southern California Edison Company
Attn: Credit and Payment Services
300 N. Lone Hill Ave.
San Dimas, CA 91773

Spanholtz, Richard D.
365 Franklin Street
San Mateo,, CA 94402

Sponholz, Richard E.
358 Franklin St.
San Mateo, CA 94402

Staedler, Rudy and Beverly Ann
1992 Revocable Trust
1122 Willow Street, Suite 200
San Jose,, CA 95125

State of California FTB
Bankruptcy Department
P.O. Box 2952
Sacramento,, CA 95812-2952

Stephanie M. Connor
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Stolar, Jeanne & Frederick
3100 Oakbridge Drive
San Jose,, CA 95121-1749

Susan Suttle Living Trust
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Suttle, Susan A.
Living Trust
1382 Redmond Avenue
San Jose,, CA 95120

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 22 of
999999\00\DOCS_SF\71959.   28
CERTIFICATE OF SERVICE

Taylor Ann Brandenburg
2002 Trust dtd 12/24/02
McGrane Greenfield LLP
One Ferry Building, #220
San Francisco, CA 94111

Tersini Family
c/o David I. Kornbluh, Esq.
25 Metro Drive, 7th Floor
San Jose, CA 95110

The 1999 Del Biaggio Family Trust
3000 Sand Hill Road
No. 1-240
Menlo Park, CA 94025

The Baron Family Rev Trust
1122 Willow Street
San Jose,, CA 95129

The Misser Irrevocable
Insurance Trust dtd 2/27/87
1680 Fordham Way
Mountain View,, CA 94040

The Misser Irrevocable Trust
Insurance Trust dtd 02/27/87
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

The Private Bank
505 Hamilton Avenue, Suite 110
Palo Alto, CA 94301

The Private Bank of the Peninsula
Mark V. Isola, Esq.
Rehon & Roberts, APC
10 Almaden Blvd., Suite 550
San Jose, CA 95113

The Santucci Family Trust
77 Bay Tree Lane
Los Altos,, CA 94022

The Shemano Group, Inc.
c/o David J. Millstein
100 The Embarcadero, Suite 200
San Francisco, CA 94105
415) 348-0348

The Spencer 2006 Revocable Tr
73 Toyon Road
Atherton,, CA 94027

The Sports Authority of Metro Nashville
c/o Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
Nashville, TN 37203

Case: 08-30991    Doc# 428    Filed: 05/10/10    Entered: 05/10/10 11:56:43    Page 23 of
28
999999\001\DOCS_SF\71959.1
CERTIFICATE OF SERVICE

The Venetian
3355 Las Vegas Blvd. So.
Las Vegas, NV 89109

Thomas C. Connor
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Thomas C. Connor, Jr.
c/o David I. Kornbluh, Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110

Thomas and Christopher Cigarran
701 Cool Spring Blvd.
Franklin, Tennessee 37067

Thornhill, Mary
Trustee, Wirth 1984 Revocable Trust
129 Spyglass Lane
Half Moon Bay,, CA 94019

Troy Bronstein
1609 Whipple Road
Hayward, CA 94544

U.S. Department of Treasury
IRS Insolvency Unit
P.O. Box 21126
Philadelphia,, PA 19114-0326

U.S. Securities & Exchange Commission
Kristin A. Snyder
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

United American Bank
101 S. Ellsworth Avenue
San Mateo, CA 94401

United American Bank
c/o Stephen Pahl/Catherine Robertson
Pahl & McCay
225 W. Santa Clara St., Suite 1500
San Jose, CA 95113

V. Panagotacos
1620 Wakefield Terrace
Los Altos,, CA 94024

Valley Community Bank
a California Corporation
Todd C. Toral, Esq.
Nixon Peabody LLP
One Embarcadero Center, 18th Fl
San Francisco, CA 94111

999 \ 99900 \ DOCS_SF \ 71959.1

WASHINGTON MUTUAL BANK
POST OFFICE BOX 44090
JACKSONVILLE, FLORIDA 32231

WTB Limited Partnership
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

WTBA Profit Sharing Plan
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

WTKBJT, LLC
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Ward T. Bell
c/o Wayne A. Silver, Esq.
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94087

Washington Mutual Bank
P. O. Box 78148
Phoenix, AZ 85062-8148

West Santa Clara Associates, LLC
c/o David I. Kornbluh
Miller Morton Caillat & Nevis LLP
25 Metro Drive, Ste 700
San Jose, CA 95110

William Brandenburg Revocable Trust
1122 Willow Street, No. 200
San Jose, CA 95125

William Lewis Esq.
510 Waverly Street
Palo Alto, CA 94301-2009

Wills, Donna
Rev Trust
1968 Wesley Drive
Folsom,, CA 95630

Wills, Richard & Donna Trust
FBO Ronald Earl Wills
1968 Wesley Drive
Folsom,, CA 95630

Zraick, Jr., Ronald
1122 Willow Street, Suite 200
San Jose,, CA 95125

999 SF 001 0 DOCS_SF:71959.1

Charles G. Peterson
c/o Law Offices of John M. O'Donnell
915 University Avenue
Sacramento, CA 95825

Christopher Aguilar
General Counsel and Chief Compliance
Merriman Curhan Ford
600 California Street, 9th Floor
San Francisco, CA 94108

Craig Leipold
c/o David Rosenbloom
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL 60606
U.S.A.

David Hengehold
c/o John W. (Jay) Fowler, Esq.
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

Gil Trevino
7505 Whitehurst Road
Gilroy, CA 95020

Janina M. Elder
P.O. Box 1657
Santa Rosa, CA 95402

Luc Robitaille
Leonard, Street and Deinard
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
U.S.A.

Martha E. San Filippo Foundation
c/o Stevan C. Adelman, Esq.
25 Metro Drive, 7th Floor
San Jose, CA 95110

Michael St. James
St. James Law
155 Montgomery St. #1004
San Francisco, CA 94104

Oscar "Rusty" Trevino
7505 Whitehurst Road
Gilroy, CA 95020

William James Del Biaggio III
3000 San Hill Road, Building 1, Ste 240
Menlo Park, CA 94025R. Todd Neilson
Tom Jeremiassen
LECG
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Paul Showerman
540 White Pellican Circle
Orchid, FL 32963

Case: 08-30991   Doc# 428   Filed: 05/10/10   Entered: 05/10/10 11:56:43   Page 26 of
28
999999\0001\DOCS_SF\81959.1                                   CERTIFICATE OF SERVICE

R. Todd Neilson
Tom Jeremiassen
LECG
2049 Century Park East, Suite 2300
Los Angeles, CA 90067


## VIA E-Mail

- Michael H. Ahrens    mahrens@sheppardmullin.com
- Andrew K. Alper    aalper@frandzel.com, ekidder@frandzel.com;efiling@frandzel.com
- Lawrence Bass    lawrence.bass@hro.com
- Richard S. Berger    rberger@lblawllp.com, eborman@lgbfirm.com
- Bradley D. Blakeley    bblakeley@blakeleyllp.com
- Kenneth H. Brown    kbrown@pszyj.com, pjeffries@pszyj.com
- Lawrence J. Buckley    notice@bkcylaw.com
- Patrick M. Costello    pcostello@bbslaw.com, timothe@bbslaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Janina M. Elder    jmelder7@aol.com, Ca80@ecfcbis.com
- G. Larry Engel    lengel@mofo.com, vnovak@mofo.com,jkline@mofo.com
- William Faulkner    wfaulkner@mcmanislaw.com, sshakoori@mcmanislaw.com
- John D. Fiero    jfiero@pszjlaw.com, pjeffries@pszjlaw.com;Ksuk@pszjlaw.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Bernard S. Greenfield    bgreenfield@mcgranegreenfield.com,
  pcampagna@mcgranegreenfield.com;vfischer@mcgranegreenfield.com;kdiep@mcgrane
  greenfield.com;jjimenez@mcgranegreenfield.com
- Robert G. Harris    rob@bindermalter.com
- Michael J. Heyman    michael.heyman@klgates.com
- Mark V. Isola    misola@rehonroberts.com
- Ori Katz    okatz@sheppardmullin.com
- Tobias S. Keller    tkeller@jonesday.com
- J. Michael Kelly    kellyjm@cooley.com
- Patric J. Kelly    pjkelly@ahk-law.com
- Miriam Khatiblou    mkhatiblou@gsdllaw.com
- Miriam Khatiblou    mkhatiblou@pszjlaw.com
- David I. Kornbluh    dik@millermorton.com
- Robert T. Kugler    robert.kugler@leonard.com, callie.sanford@leonard.com
- Rodger M. Landau    rlandau@lblawllp.com, kmoss@lblawllp.com
- Michael Lauter    mlauter@sheppardmullin.com
- William C. Lewis    ecf@williamclewis.com
- Maxim B. Litvak    mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Meryl Macklin    meryl.macklin@hro.com, kelly.gerrish@hro.com
- Paul E. Manasian    manasian@mrlawsf.com, gradl@mrlawsf.com
- Andrew D. McClanahan    andrew.mcclanahan@nashville.gov

- Austin McMullen    AMcMullen@BABC.com
- Michael J. McQuaid    MMcQuaid@carr-mcclellan.com
- Dennis D. Miller    dmiller@steinlubin.com
- Randall P. Mroczynski    rmroczynski@cookseylaw.com
- Ramon Naguiat    ramon.naguiat@skadden.com
- John M. O'Donnell    jmodonnell@jmolaw-sacto.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Andrew S. Pauly    apauly@gpfm.com, bwalsh@gpfm.com
- Dean Prober    cmartin@pprlaw.net
- Catherine Schlomann Robertson    crobertson@pahl-mccay.com, tmeek@pahl-mccay.com
- Richard A. Rogan    rrogan@jmbm.com, jb8@jmbm.com;to1@jmbm.com
- David S. Rosenbloom    drosenbloom@mwe.com
- Gregory A. Rougeau    rougeau@mrlawsf.com, gradl@mrlawsf.com
- Kristin A. Schuler-Hintz    khintz@mccarthyholthus.com, Bknotice@mccarthyholthus.com
- Wayne A. Silver    w_silver@sbcglobal.net
- Pamela E. Singer    psinger@pszyjw.com, ksuk@pszyjw.com;azaragoza@pszyjw.com
- Michael St. James    ecf@stjames-law.com
- Christopher D. Sullivan    csullivan@mcgranegreenfield.com
- John C. Tishler    John.Tishler@wallerlaw.com, chris.cronk@wallerlaw.com;bk@wallerlaw.com;Michelle.irick@wallerlaw.com
- Todd C. Toral    ttoral@nixonpeabody.com, jzic@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
- David M. Wiseblood    dwiseblood@seyfarth.com

Case: 08-30991    Doc# 428    Filed: 05/10/10    Entered: 05/10/10 11:56:43    Page 28 of 28
999999\00\DOCS_SF\71959.1    CERTIFICATE OF SERVICE