1 | John C. Tishler (CA SBN 252670)
Ames Davis (TN SBN 003826)
2 | J. Chase Cole (TN SBN 006663)
WALLER LANSDEN DORTCH & DAVIS, LLP
3 | 511 Union Street, Suite 2700
Nashville, TN 37219
4 | Telephone: (615) 244-6380
Facsimile: (615) 244-6804
5 |
*Former Counsel for Predators Holdings, LP*
6 |

7 | UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
8 | SAN FRANCISCO

9 |

10 | In re ) Case No. 08-30991
)
WILLIAM JAMES DEL BIAGGIO III, ) **NOTICE OF WITHDRAWAL OF**
11 | ) **APPEARANCE**
Debtor. )
12 | ) **[No Hearing Required]**
)
13 | )
)
14 |

15 | TO: THE CLERK OF THE COURT; THE UNITED STATES TRUSTEE; THE

16 | DEBTOR, DEBTOR'S COUNSEL OF RECORD; AND OTHER PARTIES IN INTEREST:

17 | PLEASE TAKE NOTICE that John Tishler, Ames Davis, J. Chase Cole, and the law

18 | firm of Waller Lansden Dortch & Davis, LLP (collectively, "Counsel"), as counsel for

19 | Predators Holdings, LP ("Predators"), hereby request the withdrawal of Counsels' previous

20 | request for notice and service of papers filed with this Court on June 19, 2008 (Dkt.# 53), and

21 | ask that they be removed from all service lists maintained or utilized in connection with the

22 | above case, including any and all electronic notice.

23 |

24 |

25 |

26 |

27 |

28 |

1 | Dated:  May 26, 2010                    Respectfully submitted,

2

3 | /s/ John C. Tishler
John C. Tishler (CA State Bar No. 252670

4 | WALLER LANSDEN DORTCH & DAVIS, LLP

5 | 511 Union Street, Suite 2700
Nashville,  Tennessee 37219
Telephone:  (615-244-6380
6 | Facsimile:  (615) 244-6804

7 | *Former Counsel for Creditor and Party-in-Interest*

8 | *Predators Holdings, LP*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Waller Lansden**
**Dortch & Davis, LLP**

3737982.2

-2-

NOTICE OF WITHDRAWAL OF APPEARANCE

# PROOF OF SERVICE

I, Christine T. Cronk, the undersigned, declare that:

I am employed in the County of Davidson, State of Tennessee, over the age of 18, and not a party to this cause. My business address is 511 Union Street, Suite 2700, Nashville, TN 37219.

On May 26, 2010, I caused a true copy of the **NOTICE OF WITHDRAWAL OF APPEARANCE** be delivered to the following party as follows:

**[X]** VIA the Court's Electronic Noticing System to those listed on the attached matrix as specified.

**[X]** (VIA FIRST-CLASS MAIL) by placing the above-named document in a sealed enveloped addressed as set forth on the attached mailing matrix. I caused each such envelope, with postage thereon fully prepaid, to be deposited for collection and mailing and delivery, with United States Postal Service in accordance with Waller Lansden Dortch & Davis, LLP's ordinary business practices.

I am readily familiar with Waller Lansden Dortch & Davis, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. That practice includes the deposit of all correspondence with the United States Postal Service the same day as it is collected and processed. I certify that I am employed in the office of a member of the bar of this Court at whose direction service was made. I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed on May 26, 2010, at Nashville, Tennessee.

/s/ Christine T. Cronk
Christine T. Cronk

Case: 08-30991   Doc# 430   NOTICE OF WITHDRAWAL OF APPEARANCE Filed: 05/26/10   Entered: 05/26/10 15:35:27   Page 3 of 4

Via the Court's Electronic Noticing System to:

- Andrew K. Alper    aalper@frandzel.com, ekidder@frandzel.com;efiling@frandzel.com

- Lawrence J. Buckley    notice@bkcylaw.com

- Patrick M. Costello    pcostello@bbslaw.com

- Nicolas De Lancie    ndelancie@jmbm.com

- Cecily A. Dumas    cdumas@friedumspring.com, calas@friedumspring.com

- Mark V. Isola    misola@rehonroberts.com

- Tobias S. Keller    tkeller@jonesday.com

- William C. Lewis    ecf@williamclewis.com

- Austin McMullen    amcmullen@boultcummings.com

- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov

- Kurt E. Ramlo    KRamlo@skadden.com

- Catherine Schlomann Robertson    crobertson@pahl-mccay.com, tmeek@pahl-mccay.com

- Richard A. Rogan    rrogan@jmbm.com

- Michael St. James    ecf@stjames-law.com

- Todd C. Toral    ttoral@reedsmith.com, jzic@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Via First Class Mail to:

| | |
|---|---|
| AEG Facilities, Inc.<br>c/o Meryl Macklin, Esq.<br>Holme Roberts & Owen, LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105 | Bruce E. Copeland<br>Law Offices of Nixon Peabody<br>2 Embarcadero Center #2700<br>San Francisco, CA 94111-3996 |
| G. Larry Engel<br>Law Offices of Morrison and Foerster<br>425 Market St.<br>San Francisco, CA 94105 | Pedro A. Jimenez<br>Jones Day<br>222 E 41st. St.<br>New York, NY 10017 |
| Nathan P.J. Lebioda<br>Jones Day<br>222 E 41st. St.<br>New York, NY 10017 | Andrew R. Neilson<br>Nixon Peabody, LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600 |